LEWELLYN COX
PRISON REG. 48963-112
FCC-BEAUMONT-LOW
P.O. BOX 26020
BEAUMONT TX 77720



FILED
CLERK, U.S. DISTRICT COURT

OCT 23 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT
COURT OF THE
CENTRAL DISTICT CALIFORNIA

UNITED STATES
        RESPONDENT

V.

LEWELLYN COX
        PETITIONER

CASE №
SA-CR-09-000248-DOC

EXHIBIT FOR
COX'S FIRST 2255

SACV20-02064-DOC

ATTACHED PLEASE FIND EXHIBITS
FILED IN SEPERATE ENVOLOPE
ATTACHED TO COX'S FIRST 2255

FILED    10/5TH/2020

09-CR-00248-DOC



LODGED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 23 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SUMMARY EXPLANATION
CONSTITUTIONAL VIOLATION

(Cox's Declaration)

Signed _____ Date 10-5-2020

INTRO:

   When the District Court ordered discovery on March
21, 2011, It was ordered, to have been provided on hard drive
and placed on Computer in City Jail by April 27, 2011 (see
Transcript 4/27/11). After viewing the 300,000 pages, I noticed
that all six packs with Jessica Bacque, Ronisha Jessie, Yolanda M
Magana, and Brandon Pettus were made pitch black as if appeared
to be a black and white copy machine error. I described them
as containing redacted photos because they were pitch black.

   I insisted attorney Thomas Wolfsen obtain viewable six
packs, so that I could see if it was my photo in position 4
of all 5 six packs, circled by the above named 5 witnesses.
I wanted to verify their authenticity. Wolfsen informed me
that the six packs were the only evidence tying me to Count 1,
Overt Acts 1 & 7, Count 2, Count 3, Count 4, and Count 5.
Wolfsen explained that it was his opinion that if I could
prove they were falsified that I should go to trial. I asked
Wolfsen to get me a viewable copy of each six pack. And,
agreed that if those identifications are legit I would accept.
Ausa Joseph McNally's offer to drop all but one Bank Fraud
Count, if I pled to the Conspiracy. Wolfsen said McNally would
insist that I only pled to Count 1, and 23, with multiple

This statement is true under penalty of perjury EXHIBIT A

**This statement is true under penalty of perjury.**

Counts of §1028A, and a firearm possession in Count 105.
McNally agreed concurrent sentences for Count 1, and 23
would be appropriate. So Wolfsen explained that if I did
not McNally would seek consecutive sentences of 30 years
at sentencing, but agreed not to prosecute Count 2, 3, 4,
and 5, if I pled guilty. McNally gave my Counsel a note
to give to me titled:

"Government's Sentencing Guideline Calculations (approximate
may seek additional)." (See Exhibit A2)

The calculation's explained that McNally would charge
me with "Access Device" fraud, because it stated a 2 offense
level guideline enhancement for "Access Device". McNally,
offered to drop the §1029 Count if I pled guilty. Wolfsen
told me that I could be charged with §1029, simply by
knowing of my codefendant's action even if I was not in
agreement or had any connection to it. I pled guilty to avoid
being tried for §1029, or Count 2, 3, 4, and 5. Today after
sentencing I have discovered Counsel was wrong about the
§1029 count. I can not be charged for §1029, just by knowledge,
I would have to participate. I state now that had I known there
was no probable cause to charge me with §1029, I would have
not pled guilty and went to trial. The same goes for, Count
2, 3, 4, and 5, I would have not pled guilty if I knew the
photo six packs were fabricated.

Wolfsen failed to obtain viewable copies of the six pack,
and decided on his own that it was authentic six pack with my
photo circled in position 4 of all 5 six pack. Wolfsen said"
"It's you in the picture, I'm not going to argue it isn't you,
So, you don't need to see the six packs."

Date 10-5-2020          EXHIBIT A

## LEWELLYN COX DECLARATION

Exhibit A1                     This statement is true under penalty
                               of perjury.

(1) The first time I seen clear viewable copies of
the six packs where witness Jessica Bacque,
Ronisha Jessie, Guadelupe Mendoza, Yolanda
Magana, and Brandon Pettus allegedly identified
me was in November 2014

(2) The six packs provided for me to view in the
discovery ordered by the discovery deadline
were pitch black unviewable photos. I did not
see a black and white version of all six packs
until after I was sentenced.

(3) In response to my request to see viewable copies
prior to the suppression hearing and guilty plea
Attorney Thomas Wolfsen agreed to meet with
AUSA Joseph T. McNally, and Secret Service Agent
James Mikkelson to obtain clear viewable copies
off the six packs. Wolfsen returned days later
without the copies, and said that the Agents told
him their copy machine is broken and allowed
wolfsen to view indentifiable photos in the six
packs. Wolfsen said, "It's you in the picture
I'm not going to argue that it isn't you, so
you don't need to see the six packs".

·Wolfsen, was required to determine whether it
was my photo, but also whether the six packs·
were authentic, not altered or forged. Without
allowing the opportunity to view the six packs
individual viewable photos, because the photos
were redacted, I was unable to have the opportunity
to authenticate the photos.

(4) The first time I seen 6 packs of photos used to·
ID me, by Jessica Bacque, Ronisha Jessie, Guadelupe
Mendoza, yolanda Magana, and Brandon Pettus, was
when I received the Jessica Bacque statement and
read it for the first time after sentencing. I
recieved a copy of the Bacque statement after
Wolfsen told the Court he lost it (see 6/30/14
Vol. 1, P. 57-61). I was never provided a copy
of the Bacque statement with attached 6 pack until on
or about November 2014.

_____ Date 10-5-2020

Continued No. 4....    **This statement is true under penalty of perjy**

Specifically, I never saw any viewable six packs
where I was identified by Jessica Bacque, Ronisha
Jessie, Guadelupe Mendoza, Yolanda Magana, and
Brandon Pettus, until I saw the Jessica Bacque
statement for the first time in November 2014.
Attached to the Bacque statement is Exhibit H. This
was the first six packs I saw, and because all of
the six packs for the other witnesses all show
identical six photos, I determined that the six
packs were fabricated. I spotted my 2008 mugshot
after my mother told me that I had the shirt on
that she bought me to match my new convertible,
of which I had for only 2 months before it was
crashed. I was able to determine the year of the
car it was a 2005, that I bought 2007, just before
my arrested in Arizona, for being out of bounds on
parole.

(5)    I was never told by Attorney Wolfsen, that I was in
the Los Angeles County Jail on May 23, 2005, until
Wolfsen sprung it on me in open Court on 6/27/14 with
official jail records. If I had known that I was
in jail prior to pleading guilty I would have went
to trial. I could have shown that the Government
used fabricated evidence and perjury to get the
Indictment, because they knew or should have known
I was in Jail before charging me with May 23, 2005
in Count 3. If Wolfsen would have allowed me to see
viewable six packs I would have known, that my
mugshot was photographed in 2008 at the Parole
Office by Agent James Gruender, in the presence of
my then wife JamalaPratt. By denying me the right
to discovery, that invalidates Overt Acts 1 through
7 in Count 1, my guilty plea was induced by
misrepresentation, that I was Identified by Jessica
Bacque, Ronisha Jessie, and Guadelupe Mendoza, I
feared Counts 2, 3, 4, and 5, would increase my
Bank Fraud convictions, and result in consecutive
sentences. Docket 312, had attached to it, viewable
six packs for Bacque, Jessie, Mendoza, Magana, and
pettus. Mr. Wolfsen denied me the right to see that
filing.

_____  Date _10-5-2020_

EXHIBIT A

(6) Counsel told me that if I got more than one §1344 the sentence could run consecutive. He told me that if I pled to Count 23 and Count 1, McNally agreed to drop count 2,33, 4, and 5. He told me that McNally agreed not to charge me with §1029 if I pled guilty to Count 23, and Count 1. Wolfsen, told me Count 23 and Count 1 would run concurrent.

(7) Under the penalty of per I declare that I had no knowledge that I could not be charged with §1029 for possession of checks.

(8) There was an Asian and Black male originally alleged to be present on May 16, 2005. I was told that Bacque decided to change her description to 2 Black males naming me and Angus Brown. If I would have known that this was a false allegation made up by the Government I would not have pled guilty.

(9) Wolfsen told me that Bates Number 048064 was my mugshot, implicating me as present on May 23, 2005 ID'd by Bacque.

(10) If I did not plead guilty Wolfsen told me that McNally would charge me with Access Device Fraud, and give me a count for every check that was found.

(11) I declare under the penalty of perjury that I never cut my mustache thin straight accross until late 2007 while in the Maricopa County Jail.


**Under the penalty of perjury the foregoing is true and correct,**


Date 10-5-2020


EXHIBIT A

<u>Government's Sentencing Guidelines Calculations (approximate may
seek additional)</u>:

```
Base Offense Level   : 7
$7M Loss             : 20
250 Victims          : 6
Sophisticated Means  : 2
Access Device        : 2
Leadership           : 4
Obstruction          : 2

Total                : 43
Acceptance           : -3

Criminal History VI
Offense Level 40 ----360-Life

Sentence Capped at 68 years
```

EXHIBIT A2

EXHIBIT B

DOJ CAL-PHOTO IMAGE NETWORK LINE-UP



1.    2.    3.

4.    5.    6.

Cox's Declaration concerning
the first time he seen the folder
that contained the Bacque Statement

On June 27, 2014, I was in Court and Investigator Tracy
Spada was trying to get my attemtion in the audience, seated
beside me and my attorney Thomas Wolfsen. I had been asking
whether ther was a report from Tracy Spada, because I knew
she interviewed Bacque again on June 24, 2014 after their
first interview on June 3, 2014. The June 24, 2014, interview
was for the purpose of getting a signed statement. So, I asked
Wolfsen, whether there was a statement and he said yes, but
he does not have it. I pointed to Tracy Spada, and she got up
and handed me a purple folder, which she said had the Bacque
Statement. The Marshal in the Court immediately approached and
said that she could not give me a foder, and made me surrender
the folder over to Thomas Wolfsen. I never got a chance to
open it. I never read the Bacque Statement that was inside,
because I was forced to hand it to Wolfsen. I understood it
as a violation of security, and at that point understood that
I should wait until after court for Wolfsen to bring me a copy.
Wolfsen failed to make me a copy on June 30, 2014, to hand over
to me in pro se. He alleged that he lost it (see 6/30/14 Vol. I,
P. 58).


Under the penalty of perjury the foregoing is true and correct.

Date  10/1/2020

EXHIBIT C



P.I.
Creative
Investigations

-*CONFIDENTIAL*-

Law Offices of Thomas H. Wolfsen
1111 East Katella Avenue, Suite 200                              June 24, 2014
Orange, CA 92867

Re: Witness Interview of Jessica Bacque/SAMRA
USA Vs. Lewellyn Cox

*On Monday June 2, 16 and 24, I Tracy Spada, a Licensed California Private Investigator
holding license number 26625, interviewed Jessica Bacque, a witness listed in the above
referenced case. The details from the in-person interview are contained in this report.*

1) Bacque stated that she told police on May 23, 2005, that "a Chinese male" and a
"black male" were sitting inside a "white Jaguar with paper plates" on May 16,
2005, the first day she cashed a check.

This is a true statement *Jessica Samra* _____

2) Can you confirm that the signature 'Jessica Lorene Bacque' and the writing under
'Statement of Witness/Victim' is yours?

048070

This is a true statement *Jessica Samra* _____

Creative Investigations 1042 N. Mountain Ave. Suite B109, Upland, CA 91786 P. 213-975-7779, F. 909-204-2492

*EXHIBIT D*

•3) Bacque stated that she had heard the name 'Homicide' through conversations Lamar had over a two-way radio while in Bacque's presence.

This is a true statement *Jessica Samra*

•4) Is it true you were questioned and asked to "ID" individuals regarding the dates May 16, 2005 and May 23, 2005 on the following three occasions? First: Questioned on the day of your arrest. Second: Interviewed and questioned while incarcerated in Orange County Jail and Third: After your release from jail for time served?

This is a true statement *Jessica Samra*

•5) Bacque stated that "The only time I could see anyone was the Chinese guy and the black guy in the white Jaguar on the first day." (May 16, 2005) On May 23, 2005, Bacque became aware that four black males were sitting inside the blue green Jaguar because 'the windows were darkly tinted and were briefly rolled down halfway' where she was able to see the profiles of "two black guys in front and two black guys in back."

This is a true statement *Jessica Samra*

•6) Bacque described the time she was questioned about the 2005 incident was by two Federal agents. She recalled one of them named 'Mikkelson.' She was asked to "identify the gang members that kidnapped your daughter". (Bacque explained to this author that Lamar her neighbor, who was not a gang member but introduced her to the check cashing scheme, was the one that drove her truck from the bank on the day of her arrest with her infant daughter Sydnie in the back to avoid questioning. Lamar was not indicted in the crime.) She tried to tell the agents that she would have a hard time identifying anyone involved because she "did not see clear faces". The agent told her that if she agreed to meet with them he would "clear her record" and "pay for her travel expenses". She was trying to move on with her life but did agree to the meet with them based on those promises. Once at the meeting, she was presented with a photo of her attempting to cash a check on the day of her arrest and was asked by the agent "Is this you?" She became terrified that she was in trouble. The agent began asking her to identify individuals by name but she did not recognize the names. She recalled hearing the name 'Showtime' on this day. She had already reported the only name she was familiar with to law enforcement while incarcerated at Orange County Jail. (see photo admonishment form above)

This is a true statement *Jessica Samra*

•7) Bacque was shown "alot" of pictures and was having a hard time identifying individuals. The agents were "rushing her" and one began "clicking his pen impatiently." He stated "C'mon, we have alot of people to interview." Bacque stated that the agent used his pen to "circle certain sections pictures" as he made statements such as "Is this ~~the person?~~" and "Is he up here or down here". At one point, Bacque stated he was so obviously trying to direct her to certain people she said "Are you TRYING to tell me he's up there?"

This is a true statement *Jessica Samra*

Creative Investigations 1042 N. Mountain Ave, Suite B109, Upland, CA 91786 P: 213-973-7779, F: 909-204-2492

054

*EXHIBIT E*

8) During the identification process, the agent provided Bacque with a form that had wording on it that indicated her record would be "expunged" if she signed it. She recalled signing it and giving it back. Bacque stated "I felt if I didn't do what was expected of me, I would be put in jail" and felt the entire process was "Very intimidating." Bacque began circling numbers of those she felt they wnated her to pick as she told them "It might be him" and "It looks like him." She confessed that she "became frustrated" with the process and wanted it to end.

This is a true statement _Jessica Sanra_

9.) *Please read the above photo admonishment form.

I have read the above photo admonishment form _Jessica Sanra_



1       2       3

4       5       6

**Do any of the men in the above six photographs look familiar to you as the person who you saw seated in the white Jaguar in 2005? (If one applies, please circle the number and sign your name.)**

I was shown these six photographs after reading the photo admonishment form and was

not influenced in any way to pick a certain person _Jessica Sanra_

Creative Investigations 1042 N. Mountain Ave. Suite 1109 Upland, CA 91786 P 213-973-7779 F 866-261-2492

EXHIBIT D



1.     2.     3.

4.     5.     6.

*I do recognize this man and the name matching Homicide from when I was told by Lamar*

**Do any of the men in the above six photographs look familiar to you as the person who you saw seated in the white Jaguar in 2005?  (If one applies, please circle the number and sign your name.)**

I was shown these six photographs after reading the photo admonishment form and not influenced in any way to pick a certain person *Jessica Sarver*

This concludes the interview with Jessica Bacque.  If you have any questions, please contact Private Investigator Tracy Spada at 213-973-7779

'I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.'

Tracy Spada
Private Investigator/ License # 26625

Creative Investigations 1042 N  Mountain Ave, Suite B109, Upland, CA 91786 P  213-973-7779, F  909-204-2492

003

*EXHIBIT D*

Questions Con't

11)    When asked to "ID" individuals involved in the 2005 incident, were photo line ups consisting of "Chinese" or "Asian" males presented to you for viewing at any time?

YES____                                                    NO_X_

_Jessica Samner_ (signature)

Jessica Bacque / SAmna

12)    Were you ever asked to identify (or did you ever) identify 'Lamar' in any photo line ups presented to you?

YES____                                                    NO_X_

_Jessica Samci_ (signature)

Jessica Bacque / SAmna

13)    Do you recall meeting with any members of law enforcement in San Bernardino who requested you view additional photo line ups on 11/02/2005?

YES____                                                    NO_X_

_Jessica Samna_ (signature)          I was again on Drugs. JS.

Jessica Bacque / SAmna

14)    When this investigator (Tracy Spada) asked you to validate your signature affixed under a photograph which consisted of a black male wearing a plaid shirt which read '11/2/2005 Jessica Bacque passenger in white Jag', did you point out "I did not write that date, that's not how I write my fives."

YES____                                                    NO_X_

_Jessica Samna_ (signature)          I dont recall writing

Jessica Bacque / SAmna          a date on any
photos. especially
with a zero before
a number. JS.

*Jessica Bacque read and affixed her signature to these statements on ___10/24/14___

In the presence of  _Mary Murda_ (signature)

                                    Tracy Spada

EXHIBIT D

* Statements written by Jessica Bacaue

EXHIBIT D



3. Dark like this

2. did not identify Llewellyn Cox

1. Jessica

6.

5. Looks like this sort a

4.

EXHIBIT E
Pg 5 of 5

Question: Please confirm that Investigator Tracy Spade presented you with this line up p confirm that you wrote the statements in blue ink under #5 ; #3



Appellant's Exhibit B



PLEASE confirm that you were asked to
review your signature under photo #4 &
confirmed you wrote 'Jessica Bacque Passenger
of white Jag, on 5/16/2005'.

_Jessica Bacque_

JESSICA BACQUE

FG 1 of 2

JESSICA BACQUE

Please confirm that
you wrote the above dates to
correctly depict how you would
write the date if asked.

10/18/2005

Search Mail | Search Web    lewellyn | Profile [▼] Go | Sign Out | Home

## Motion corrections

Monday, June 23, 2014 2:59 PM

From: "Tracy Spada" <tracy@creativeinvestigations.com>

To: "Elizabeth Cox" <lewellyncox@yahoo.com>

Cc: "Thomas Wolfsen" <thomas.wolfsen@gmail.com>

Hi Liz,

As requested, here are the items in the motion that are not in line with what Jessica told me.  I should also add that if Lew or Wolfsen has access to that video tape where Jessica was interviewed ORIGINALLY in Browns car, I suggest its looked at before the final draft.

Page 1, line 25/26:  When I asked Jessica about the statement made by law enforcement about the "same black male...." she told me "I don't know why they said that....I never saw the faces of the four guys in the green Jag on the 23rd"  Therefore it was impossible for her to say that.

Page 2 line 1/2:  Jessica told me she was never able to match faces with the names that Law enforcement was telling her.  She was aware of the name Homicide because she heard Lamar talking to him on the 2 way but she was not able to confirm which of the people Lamar talked and got the check from was actually Homicide.  It wasn't until she was forced to ID people she only saw for seconds that SHE was told who Homicide was.

Page 2 line 3:  The line up that Jessica picked in jail with Casler on 6/15/2005 does NOT correctly depict the "Homicide wearing glasses" who she would have ID'd on that day.  Homicide #3 is NOT wearing glasses.  Jessica asked me to find the photo line up where she correctly pointed out Angus Brown wearing glasses but it does not seem to exist.  Read her photo admonishment form dated 6/15 where she accurately ID's Homicide.

Line 7/8:  Regarding the 11/2/2005 meeting where Law Enforcement interviewed Guadalupe, Brandon, Rhonessha and another....how did they interview that many people in different parts of the state on the same day:  None of the notes match.  Jessica does NOT remember being interviewed again on 11/2.  She also denies that she wrote '11/2/2005' on the photo ID.  I believe she circled Angus Brown, the picture we recently acquired.  Im sure when she views it on Wed, this will come out.

Line 9:  Jessica never states anywhere that Agent Schwark circled position 4 forcing her to circle it.  If you try to get her to say that she's gonna be pissed because it did not happen.  She said that he was urging her to pick "certain people".  Furthermore....this did NOT happen 11/2 as the motion is alleging.

Line 12/13:  Offers for expungement were made to Jessica in 2009, Not in November, 2005.



Tracy Spada
Private Investigator
O: 213-973-7779
M: 909-565-8058
F: 909-204-2492
www.creativeinvestigations.com
'Affordable Investigative Solutions'

CONFIDENTIALITY NOTICE:
This transmission contains information from Creative Investigations, which may be confidential and legally privileged.  The information is intended only for the use of the individual(s) or entity named on this transmission document.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify Creative Investigations immediately at 213-973-7779.

*E.*
*EXHIBIT*

**Subject:**   Re: angus

**From:**   lewellyn cox (lewellyncox@yahoo.com)

**To:**   tracy@creativeinvestigations.com;

**Date:**   Monday, June 16, 2014 1:15 AM

I'm going sent the pictures to my son and see what he can do

This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

On Sunday, June 15, 2014 11:23 PM, "tracy@creativeinvestigations.com" <tracy@creativeinvestigations.com> wrote:

Got it. In the email I just sent a few minutes ago you can see he dark the photo line ups that they gave to discovery were. There is no reason they should be that dark. Mr Wolfsen has the ability to get the pics the way they were shown.

Tracy Spada
Creative Investigations
Creativeinvestigations.com
Mobile: 213-973-7779

EXHIBIT

DOJ CAL-PHOTO IMAGE NETWORK LINE-UP

Page 1 of 1

048064



1.     2.     3.

4.     5.     6.

http://167.10:___:4/calphoto/lineup.asp?sid=78374410182005CPH1818843          /18/2005

• *This Photo ID lineup is too dark to indicate who Bacque identified. We need to see clear copies of these pictures. It's odd that there are two ID's that Bacque did on this day which are in spot #4. It is imperative that we get clarity on who these individuals were intended to be.*

EXHIBIT F.2

**Subject:**   Fw: Fw: Lewellyn Cox

**From:**   lewellyn cox (lewellyncox@yahoo.com)

**To:**   JLC@jennifercoonlaw.com;

**Date:**   Monday, November 24, 2014 1:52 PM

This is from Lew old attorney he sent the sign statement for witness that Lew needed

Thank You

Elizabeth Cox, his Mom

This message may contain confidential and/or privileged information. If you are not the
addressee or authorized to receive this for the addressee, you must not use, copy, disclose,
or take any action based on this message or any information herein. If you have received
this message in error, please advise the sender immediately by reply e-mail and delete this
message. Thank you for your cooperation.

On Sunday, November 23, 2014 8:06 PM, Pretty Rose <iamprettyrose@gmail.com> wrote:

Yes this is great! !! Finally! !!
On Nov 23, 2014 5:38 PM, "lewellyn cox" <lewellyncox@yahoo.com> wrote:

This message may contain confidential and/or privileged information. If you are not the
addressee or authorized to receive this for the addressee, you must not use, copy,
disclose, or take any action based on this message or any information herein. If you have
received this message in error, please advise the sender immediately by reply e-mail and
delete this message. Thank you for your cooperation.

On Sunday, November 23, 2014 6:27 PM, lewellyn cox <lewellyncox@yahoo.com> wrote:

This message may contain confidential and/or privileged information. If you are not the
addressee or authorized to receive this for the addressee, you must not use, copy,
disclose, or take any action based on this message or any information herein. If you have
received this message in error, please advise the sender immediately by reply e-mail and
delete this message. Thank you for your cooperation.

On Sunday, November 23, 2014 4:47 PM, Thomas Wolfsen
<thomas.wolfsen@gmail.com> wrote:


EXHIBIT G

Appellant's Exhibit

DOJ CAL-PHOTO IMAGE NETWORK LINE-UP

http://167.10.34.14/calphoto/lineup.asp?sid=7837441018
2005CPH1818841

Jessica Bacque

Did you indicate during our interview that "I did not write that date"?

11/02/05

④

Jessica Bacque Passenger of white car JAG on 5/16/05

1.

2.

3.

4.

5.

6.

PLEASE confirm that you were asked to review your signature under photo # 4 & confirmed you wrote 'Jessica Bacque Passenger of white Jag on 5/16/2005'.

*Jessica Bacque* (signature)

JESSICA BACQUE

Exhibit #
PG 1 of 2
JESSICA BACQUE

11/5/05

11/6/11

Please confirm that you wrote the above dates to correctly depict how you would write the date if asked.

*Jessica Bacque* (signature)

10/18/2005

Page 1 of 2

| | | Search Mail | Search Web | Jewellyn | Profile | Go | Sign Out · Home |

**Re: Jessica's final signature report**

Tuesday, June 24, 2014 12:23 PM

From: "Thomas Wolfsen" <thomas.wolfsen@gmail.com>
To: "Tracy Spada" <tracy@creativeinvestigations.com>
Cc: "Elizabeth Cox" <jewellyncox@yahoo.com>

Thanks Tracy,

That is really an excellent report.

I like having the report short, but not too short. As long as it has all the detail that we need.

I do need clarification in one area. She remembered being questioned three times. The day she was arrested on May 23, 2002, She told them that on May 16, 2005 it was a dark black man and a Chinese man. She later identified Homicide on June 15, 2005. On May 23, 2005 she said saw four black men but she only recognized the name Homicide. I am not sure she was shown any photo line-ups on either May 16 or May 23. I am just talking without notes. I think it was on June 15, 2005.

June 15, 2005 she was shown line-up photos, but could not identify anyone but Homicide. Nothing is said about a Asian man being in any of the line ups.

On November 2, 2005 she is shown line-ups by SA Swark. To this day she does not seem to remember this line-up although the line-ups are dated: 11-2-2005. She skips over to the 2009 incident at the Grand Jury where she is shown line-ups by SA Mikkelson and he rushed her to remake the identifications. SA Mikkelson was not the agent that showed her the photographs on 11-2-2005.

Does she remember being shown line-ups on 11-2-2005? When she signed the photographs did she write everything on the line-up photo or did she just sign her name. SA Swark says on 11-2-2005 she identified all 4 men. Homicide, Cox, OB and Hawkins. Does she recall making identifications of all 4 men in 2005? I need the information about SA Mikkelson, and that is good, but what is critical is the identification on 11-2-2005. Interesting, if she identified all 4 men were they there on the 16th or the 23rd? Why are all 4 men not charged for overt acts on the 16th and the 23rd.

SA Mikkelson, using SA Swark's report, says in the SW: "On May 23, 2005, the Orange County Sheriff's Department ("OCSD") responded to a BOA in Irvine. A BOA employee told OCSD that she believed that J.B. ("J.B.") whose name was on the check, had cashed checks without the account holders' authorization. J.B. was interviewed and told police that her friend "Lamar" recruited her to cash checks. She told OCSO that on May 16, 2005, Lamar gave her an unauthorized check and she cashed it at BOA. She then gave the cash back to Lamar and they drove around the corner and met with two males in a white Jaguar. **J.B. stated that the black male went by the name of "Homicide."** J.B. stated that after she cashed the check (in her name), Lamar gave the males in the Jaguar the money and they gave him a cut." (They don't say that the person with him was an Asian or Chinese man.)

The next paragraph of the SW says: On May 23, 2005, J.B. went with Lamar to a location near a BOA in Lake Forest, CA and met with four. black males in a bluish green Jaguar. J.B. stated that the driver was "Homicide," the same black male that had driven the white Jaguar on May 16, 2005. J.B. stated that the men in the Jaguar gave Lamar checks for J.B. to cash. J.B. then went into the BOA in Lake Forest and cashed an unauthorized check. J.B. was shown a six-pack and identified BROWN as the driver of the Jaguars who she knew as "Homicide." **She identified COX as one of the black males inside of the Jaguar on May 23, 2005.** The victim account holders were interviewed by OCSD and each stated that J.B. did not have authorization to cash the checks.

We know that just can't be true because Cox was in jail from May 22, 2005. Something funny is going on. Why does the line-up on Cox have the date of May 16, 2005 when in the SW it says the line-up was done by Jessica, and the writing on it says Cox was there on May 16, 2005? They have to put that Cox was there on on May 16, 2005, otherwise they can't show that he was involved at all. Why wouldn't the 11-2-2005 line-up

My name is Ronisha Jessie, I'm writing to clarify that I never met Agent Wesley Schwark and was never asked to view any six pack of photos in 2005. The only time I was questioned was in late 2009 by Agent James Mikkelson. It was in 2009 I was asked to identify a person in a six pack. I felt pressured to pick the person after Agent Mikkelson pointed to the photo.

Under the penalty of perjury this is true.

_____ Dated 9·24·20

Ronisha Jessie

# CALIFORNIA NOTARIAL CERTIFICATE

## : (JURAT)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 24th day of September, 20 20, by Ronisha Jessie _____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____   (Seal)

ALEJANDRO LOPEZ
COMM. # 2324042
NOTARY PUBLIC·CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. MAR. 13, 2024

EXHIBIT I

To: Lewellyn Cox

February 14, 2020

On January 25th I was contacted by Lewellyn Cox, a client of mine when I was a California Licensed Private Investigator within the State of California under the business operating name of Creative Investigations.

Mr. Cox asked what my recollection was regarding my interview with witness Jessica Bacque. With little recollection, I was sent several emails and documents created by me and my office during the time of the investigation, which are part of the Cox case. These documents allowed me to recall key points to the investigation.

I will begin by stating that at the time of the investigation, I had access to the majority of the District Attorney's file which was provided to me at the time by Cox's then attorney Thomas Wolfsen. The first concern I had was the poor quality black and white six pack which was allegedly shown to the witnesses who testified in the Cox case. Ms. Bacque, one of those witnesses, was one of the individuals I was asked to locate. It should be noted that at the time I was retained, the States attorney as well as Mr. Wolfsens office indicated they were unable to locate this vital witness.

With the technologies available at the time, it was a major concern to me that a poor quality black and white six pack had been created to show witnesses when color was available at the time. There is documentation contained in the file that brings forth this concern at the time the case was active however; it was never formally addressed.

With little effort, I located Ms. Bacque in 2014. Ms. Bacque had made several positive changes in her life and was reluctant to get involved. With some persuasion of the importance of her statement, she reluctantly agreed. When I met with her and showed her copies of her signatures which were applied to the six pack photo presentation, she denied applying the date '11/2/2005' to it. She definitively stated that she didn't meet with the Detectives until 2009, which is when she was also offered a criminal case expungement. As my previous writings indicate "Jessica does not remember being interviewed 11/2. She also denies that she wrote 11/2/2005 on the photo ID." Also worth noting in this same motion; "Offers for expungement were made to Jessica in 2009, not in November 2005", further proving that Ms. Bacque did not meet with agents for viewing of the six pack until 2009.

I write this statement now as a private citizen within the State of Massachusetts under penalty of perjury on February 14, 2020.

Please feel free to contact me directly should you require additional information.

Kindly,

Tracy Spada

*EXHIBIT J*



EXHIBIT K

EXHIBIT




Data Sheet

Page 1 of 1



**FOR OFFICIAL LAW ENFORCEMENT USE ONLY**



**COX, LEWELLYN**

| | |
|---|---|
| **BOOKING#:** | 8733540 |
| **MAIN#:** | 20144873 |
| **SID#:** | 10074494 |
| **FBI#:** | 182533RA9 |
| **SEX:** | MALE |
| **RACE:** | BLACK |
| **HGT:** | 603 |
| **WGT:** | 503 |
| **HAIR COLOR:** | BLACK |
| **EYE COLOR:** | BROWN |
| **DOB:** | Aug 2 1973 |
| **AGE AT ARREST:** | 32 |
| **DL#:** | A6140102 CA |
| **ARREST DATE:** | 09/12/2005 |
| **ARREST LOC:** | |
| **CHARGES:** | 496(A) / PC / F / REC KNWN STOLN PROP $400+ 496(A) |

DR# 05-148166

THE IMAGES AND DATA CONTAINED HEREIN WERE PRINTED FROM THE LOS ANGELES COUNTY REGIONAL IDENTIFICATION SYSTEM BY ERVIN, SUSAN ON 08/24/2018 AT 05:28:49 FOR OFFICIAL LAW ENFORCEMENT USE ONLY

EXHIBIT R

Data Sheet



FOR OFFICIAL LAW ENFORCEMENT
USE ONLY



LACRIS
LOS ANGELES COUNTY
REGIONAL IDENTIFICATION SYSTEM

COX, LEWELLYN CHARLES FOURTH

| | |
|---|---|
| BOOKING#: | 8505387 |
| MAIN#: | 20144873 |
| SID#: | 10074494 |
| FBI#: | 182533RA9 |
| SEX: | MALE |
| RACE: | BLACK |
| HGT: | 603 |
| WGT: | 190 |
| HAIR COLOR: | BROWN |
| EYE COLOR: | BROWN |
| DOB: | Aug 2 1973 |
| AGE AT ARREST: | 32 |
| DL#: | |
| ARREST DATE: | 03/23/2005 |
| ARREST LOC: | |
| CHARGES: | 470(D) / PC / F / FALSE CHECK/RECS/CERT/ETC 470(D) |

DR# 05-045843

THE IMAGES AND DATA CONTAINED HEREIN WERE PRINTED FROM THE LOS ANGELES COUNTY
REGIONAL IDENTIFICATION SYSTEM BY ERVIN, SUSAN ON 08/24/2018 AT 05:30:27 FOR
OFFICIAL LAW ENFORCEMENT USE ONLY

EXHIBIT K

8/24/2018

# CALIFORNIA DEPARTMENT OF MOTOR VEHICLES

FOR USE ONLY AS AUTHORIZED BY DMV

IDENTIFICATION

CLASS1:

CLASS2:

EXP DATE: 08/02/2010



**LEWELLYN C COX,IV**

| | |
|---|---|
| DOB: | 08/02/1973 |
| SEX: | **Male** |
| HAIR: | **BRN** |
| EYES: | **BRN** |
| HEIGHT: | **603** |
| WEIGHT: | **190** |
| APP DATE: | **03/08/2005** |
| ISSUE DATE: | **03/08/2005** |
| PHOTO DATE: | **03/08/2005** |
| PHOTO SEQ #: | 6339 |
| TECHNICIAN ID: | **41** |
| RSTR: | |
| ENDORS: | |

| APP OFFICE: | 532 |
|---|---|
| ISSUE OFFICE: | 532 |
| PHOTO OFFICE: | 532 |

| TYPE APP: | I |

State of California
DEPARTMENT OF MOTOR VEHICLES

I hereby certify that the document to which this is affixed
is a true copy of the records of the Department of Motor Vehicles.

Motor Vehicle File No. _____

Date 2-15-13   Signed _____

COPY

In accordance with Section 1810 thereby as an employee of the
Department of Motor Vehicles has been authorized to prepare
under seal and certify copies of records of this Department.

Machine:RWS5
02/14/2018 11:00:21.547

*IN COLOR*

*EXHIBIT*



# CALIFORNIA DEPARTMENT OF MOTOR VEHICLES

FOR USE ONLY AS AUTHORIZED BY DMV

DRIVERS LICENSE

CLASS1: Non-Commercial C    CLASS2:

EXP DATE: **08/02/2009**

LEWELLYN C COX,IV

DOB: **08/02/1973**
SEX: **Male**
HAIR: **BRN**    HEIGHT: **602**
EYES: **BRN**    WEIGHT: **190**
APP DATE: **05/17/2007**
ISSUE DATE: **05/17/2007**
PHOTO DATE: **04/07/2005.**
PHOTO SEQ #: **4304**
TECHNICIAN ID: **08**
RSTR:
ENDORS:

APP OFFICE: **532**
ISSUE OFFICE: **532**
PHOTO OFFICE: **532**

TYPE APP: **D**

State of California
DEPARTMENT OF MOTOR VEHICLES

COPY

I hereby certify that the document to which this is affixed
is a true copy of the records of the Department of Motor Vehicles.

Motor Vehicle File No.

Date 1-23-16

In accordance with Section 1813 CVC, the above employee of the
Department of Motor Vehicles has been authorized to prepare
under seal and certify copies of records of this Department.

Machine:RWS5
01/17/2018 12:21:15.473

EXHIBIT K

BEST COPY
AVAILABLE



F23780

COX, L

DOB 7/8/08

RIV7/8/08

— EXHIBIT K

ORPS007B - Offender Photograph
Name: COX, LLEWELYN C.                                                CDC #: F23780  PID #: 111971
Offender Photograph                                                  Tuesday March 20, 2018 01:56:40

Date Taken*:  01/31/2005                    Time Taken*:  15:56:54
Source*:  State Parole Office              Facility/Office:
Type*:  Full Face Frontal (Primary mugshot)
Date ID Card Printed:  03/20/2018           Card Sequence:  0



**Show Last Updated Information**

*EXHIBIT K*

Name: COX, LLEWELYN C.
Offender Photograph

Date Taken*:   04/23/2007
Source*:   State Parole Office
Type*:   Full Face Frontal (Primary mugshot)
Date ID Card Printed:   03/20/2018

Time Taken*:   16:48:17
Facility/Office:

Card Sequence:   0



**Show Last Updated Information**

EXHIBIT K

3/20/20

Date Taken*:  08/08/2008
Source*:  State Parole Office
Type*:  Full Face Frontal (Primary mugshot)
Date ID Card Printed:  03/20/2018

Time Taken*:  13:43:36
Facility/Office:

Card Sequence:  0



Show Last Updated Information

EXHIBIT R

L.
COX
F23780
03/20/08

EXHIBIT K

Date Taken*:  04/23/2007          Time Taken*:  16:48:11
Source*:  State Parole Office      Facility/Office:
Type*:  Front View (with Glasses)
Date ID Card Printed:  02/26/2018       Card Sequence:  0



Show Last Updated Information

*EXHIBIT K*



# GARDENA POLICE DEPARTMENT

1718 W. 162nd Street • Gardena, CA 90247
Phone (310) 217-9600 • Fax (310) 217-9638

*Edward Medrano, Chief of Police*

01/17/18

Lewellyn Charles Cox IV
Prison ID 48963-112
United States Penitentiary
3901 Klein Blvd
Lompoc, CA 93436

Attention:   Lewellyn Charles Cox IV

Regarding:   Public Records Act Request
             Request for Mug Shot of Arrest

I have received your Public Records Act request.

Enclosed is a copy of the booking form from arrest on 02/20/2006. We do not maintain the booking photos. The booking photos are maintain the Los Angeles County Sheriffs Department. Hopefully the copy of the booking form will help with your needs.

If you have any questions, please don't hesitate to contact me.

Sincerely,

ELENA GARNER
Support Services Supervisor
Custodian of Records

*EXHIBIT K*

*Service with Pride and Professionalism*

| OCA NO. 06-31118 | | LOS ANGELES COUNTY BOOKING AND PROPERTY RECORD | | FOREIGN NATIONAL | YES | NO | UNK |
|---|---|---|---|---|---|---|---|
| | | | | PCD SUBMITTED | — | — | — |

| LOC. BKD 1924 | DL LIC. NO STATE | CA | ALIEN # | SUBJECT PHOTO - FRONT W/O GLASSES |
|---|---|---|---|---|

**LEE'S NAME (LAST, FIRST, MIDDLE)**
A. LLEWELLYN CHARLES IV

**HOME PHONE** 9099810391

**ADDRESS**
942 REDDING D UPLAND,CA 91782

| SEX M | DESC'ENT B | HAIR BRO | EYES BRO | HEIGHT 603 | WEIGHT 190 | BIRTHDATE -08-02-1973 | AGE 32 |
|---|---|---|---|---|---|---|---|

| VEH. LIC. NO. 4SCV740 | ST. CA | RPT. DIST. 1924 | AKA/NICKNAME HOPPER, LOU CHARLES | | |
|---|---|---|---|---|---|

| BIRTHPLACE MI DETROIT | FILE NO. 060001108 | MONIKER | | AD. CHG. Y |
|---|---|---|---|---|

| AG'Y. OR DETAIL ARRESTING 1924 | DATE & TIME ARRESTED 02-20-2006   2215 | TIME BKD 2330 |
|---|---|---|

| LOCATION OF ARREST 14400 BLK WESTERN AV | TOTAL BAIL 25070.00 |
|---|---|

| CHARGE 23222(B) / VC / M   (CITED) POSS MARIJUANA W/DRIVING | WARR./COMM. NO. |
|---|---|

| JAIL LOC. 1924 | ARRAIGN DATE | TIME | COURT | PRISONER'S SIGNATURE WHEN BOOKED X |
|---|---|---|---|---|

| SOC. SEC. NO. | OBSERVABLE PHYSICAL ODDITIES | OCCUPATION OPERATOR |
|---|---|---|

| EMPLOYER (FIRM OR PERSON'S NAME, CITY & PHONE NO.) BUYERS REALTY,9094897051 21833 PAINTBRUSH LN DIAMOND BAR,CA 91722 | SPECIAL MEDIK'AL PROBLEM |
|---|---|

| CLOTHING WORN WHT SHRT, BLK PANTS. GLASSES | LOCATION O .DISPOSITION OF VEHICLE HISHAMS TOW 14201 S HALLDALE AV GRD 3103238 |
|---|---|

**IN CASE OF EMERGENCY NOTIFY (NAME, RELATIONSHIP, ADDRESS, CITY & PHONE NO.)**
COX.JAMAL.A.SPOUSE
942 N REDDING WAY D UPLAND,CA 91782 H;9099810391.

| ARRESTING OFFICER HEITMEYER 801178 | BOOKING EMPLOYEE REYNOSO 810891 | SEARCHING OFFICER STANCAVAGE 800664 | TRANSPORTING OFFICER HEITMEYER 801178 |
|---|---|---|---|

| CASH RETAINED 00.00 | PROPERTY BOX 26 |
|---|---|

| | PRISONER'S SIG FOR RE'T OF FOREGOING CASH & PROPERTY X |
|---|---|

| CASH DEPOSITED 000652.23 | PROPERTY KEYS, BLK BEANIE, BLK BELT, BRO JCKT, |
|---|---|

BLK

GRY PLAID SHRT, CA ID.

| | PRISONER'S SIG FOR REC'T OF REMAINING CASH & PROPERTY X |
|---|---|

| RIGHT FOUR IN | RIGHT THUMB IN | RIGHT THUMB OUT | RIGHT FOUR OUT |
|---|---|---|---|

*EXHIBIT K*

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
DEPARTMENTAL ARCHIVES UNIT
2015 AEROJET ROAD, SUITE D
RANCHO CORDOVA, CA 95742



CONFIDENTIAL

## DECLARATION OF CUSTODIAN OF RECORDS
Department of Corrections, Departmental Archives Unit
Re: United States District Court, Central District of California
Lewellyn Charles Cox IV v. United States of America et. al,.
Civil Action Case No.: 8:16-CV-01222-CJC-KESx

I, Anna G. Plascencia, hereby declare:

That I am the duly authorized custodian of records and/or other qualified witness for the above-named entity.

That a thorough search of our files carried out by me or at my direction has revealed that this business or facility does not have the records described in the Subpoena Duces Tecum, for Lewellyn Charles Cox IV CDCR Number F23780, as indicated on the subpoena.

I declare under the penalty of perjury under the laws of The State of California that the foregoing is true and correct and Executed at Rancho Cordova, California on this, day the 17th of April, 2018.


Anna G. Plascencia
Correctional Case Records Analyst

*EXHIBIT K*

STATE OF CALIFORNIA— DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR, *Governor*

**DIVISION OF ADULT PAROLE OPERATIONS**
**Parole Case Records**
**9160 Cleveland Ave. Suite 101**
**Rancho Cucamonga, CA 91730**



# DECLARATION OF CUSTODIAN OF RECORDS
# PAROLE CASE RECORDS

I, Diane Jimenez, hereby declare:

That I am the duly authorized custodian of records and/or other qualified witness for the above-named entity.

A thorough search of our files carried out by me or at my direction has revealed that this business or facility does not have the Parole Field files records described in the Subpoena/Subpoena Duces Tecum  for  Cox, Llewelyn C.  CDCR#: V35142 and F23780.

The discharged Parole Field Files were held in the assigned parole unit for 12 mos. after the parolee discharged and the Parole Field Files may have been destroyed after 5yrs.

I declare under the penalty of perjury under the laws of The State of California that the foregoing is true and correct.  Executed at <u>Rancho Cucamonga, CA on this 23rd day of March, 2018.</u>


*Diane Jimenez*
Diane Jimenez
Correctional Case Records Analyst

*EXHIBIT K*

NS:NR
F.#2017R00577

FILED
CLERK

2018 FEB 22  PM 4: 07

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

— — — — — — — — — — — — — — —X

UNITED STATES OF AMERICA

- against -

MICHAEL FODER,

Defendant.

— — — — — — — — — — — — — — —X

I N D I C T M E N T

Cr. No. CR 18 - 97

(T. 18, U.S.C., §§ 1512(c)(2), 1623, 2 and
3551 et seq.)

CHEN, J.

REYES, M.J.

THE GRAND JURY CHARGES:

### INTRODUCTION TO ALL COUNTS

1.       At all times relevant to this Indictment, unless otherwise indicated:

I.   The Defendant

2.       The defendant MICHAEL FODER was employed as a detective by the

New York City Police Department.  Between October 2015 and December 2016, FODER

was assigned to the 70th Precinct in Brooklyn, New York.

II.   Perjury and Obstruction of Justice

3.       On or about December 29, 2016, the defendant MICHAEL FODER

testified under oath at a hearing (the "Hearing") held in connection with a federal criminal

prosecution of three individuals charged with, among other things, robbery and carjacking

(hereinafter, the "Case"), which was pending in the United States District Court for the

Eastern District of New York.   FODER testified under oath about the procedures he

*Exhibit L*

2

purportedly followed in having a carjacking victim, an individual whose identity is known to

the Grand Jury (the "Victim"), identify two of the defendants in the Case.

    4.  In an attempt to conceal the fact that he had falsified documentation

relating to the purported identifications made by the Victim, the defendant MICHAEL

FODER lied while under oath during the Hearing in response to questions concerning the

identification procedures, including: (a) falsely testifying about when the identification

procedures had occurred and (b) falsely claiming that he had witnessed the Victim sign the

identifications.

<div align="center">

COUNT ONE
(Perjury)

</div>

    5.  The allegations contained in paragraphs one through four are realleged

and incorporated by reference as if fully set forth in this paragraph.

    6.  On or about December 29, 2016, within the Eastern District of New

York, the defendant MICHAEL FODER, while under oath in a proceeding before a court of

the United States, to wit: a hearing conducted in United States v. Sasha Honore, et al.,

Criminal Docket No. 16-114 (ERK), a case pending in the United States District Court for

the Eastern District of New York, did knowingly and intentionally make one or more false

material declarations, to wit: FODER gave false testimony, including the following

underlined testimony:

(a)   Q:  I am directing your attention specifically to November 27th of 2015.
        Did you conduct any photo arrays on that date?

      A:  <u>Yes.</u>

*Exhibit 1*

3

Q:   I'm placing before you a document I've marked, this will be page 3 of Government's Exhibit 6.  Detective, do you recognize this document?

A:   Yes.

Q:   What is it?

A:   <u>It's my photo array that I conducted.</u>

Q:   On November 27th, 2016 [sic]?

A:   <u>Yes, sir.</u>

\*   \*   \*

(b)   Q:   And today you told us about a photo array that took place on November 27th, is that correct?

A:   <u>Correct.</u>

\*   \*   \*

(c)   Q:   You said that you showed that photo array on November 27th, is that correct?

A:   <u>Correct.</u>

Q:   And that the complainants [sic] looked at the photograph for about two minutes?

A:   <u>Two minutes, yes, sir.</u>

Q:   Did you note that anywhere?

A:   No, sir.

Q:   And this is again your recollection?

A:   Yes.

Q:   Did the complainant indicate a level of confidence with respect to the identification of the person he identified on November 27th?

*Exhibit 2*

4

A:      <u>Yes.</u>

Q:      What level of confidence did he indicate?

A:      <u>He was very sure about which guy got out of the back seat of the car
        and got into the front seat.</u>

(Title 18, United States Code, Sections 1623 and 3551 et seq.)

<div align="center">

COUNT TWO
(Perjury)

</div>

7.      The allegations contained in paragraphs one through four are realleged
and incorporated by reference as if fully set forth in this paragraph.

8.      On or about December 29, 2016, within the Eastern District of New
York, the defendant MICHAEL FODER, while under oath in a proceeding before a court of
the United States, to wit: a hearing conducted in <u>United States v. Sasha Honore, et al.</u>,
Criminal Docket No. 16-114 (ERK), a case pending in the United States District Court for
the Eastern District of New York, did knowingly and intentionally make one or more false
material declarations, to wit: FODER gave false testimony, including the following
underlined testimony:

(a)     Q:      Now directing your attention, Detective, to February 14, 2016.  Did you
                administer any photo arrays on that date?

        A:      <u>Yes.</u>

        Q:      And who was a witness to whom you were administering an array?

        A:      Excuse me?

        Q:      Who were you showing the array to?

*EXHIBIT L*

5

A:     The victim involved in this [the Victim].

Q:     Same individual.

A:     Yes sir.

* * *

(b)     Q:     There appears to be a signature underneath that photograph.  Do you recognize that signature?

A:     Yes, sir.

Q:     Whose is that?

A:     The victim, [Victim].

Q:     Same signature that we saw on the last array?

A:     Yes.

Q:     Did you watch him sign the document?

A:     I did.

* * *

(c)     Q:     [I] would like to start with February 14, 2016.  That's the day you presented a photo array to the driver of the livery cab, correct?

A:     Correct.

Q:     Now how was it that he was contacted on that day and knew to come whererever it was the photo array was conducted?

A:     It had to have been telephone.

EXHIBIT L

6

Q:   And where was it conducted, by the way, which precinct was it at?

A:   The 70th, sir.

(Title 18, United States Code, Sections 1623 and 3551 et seq.)

## COUNT THREE
(Obstruction of Official Proceeding)

9.   The allegations contained in paragraphs one through four are realleged and incorporated by reference as if fully set forth in this paragraph.

10.   On or about December 29, 2016, within the Eastern District of New York, the defendant MICHAEL FODER did knowingly, intentionally and corruptly obstruct and impede and attempt to obstruct and impede an official proceeding, to wit: United States v. Sasha Honore, et al., Criminal Docket No. 16-114 (ERK), a proceeding before the United States District Court for the Eastern District of New York.

(Title 18, United States Code, Sections 1512(c)(2), 2 and 3551 et seq.)

A TRUE BILL

_Monica A Holly_
FOREPERSON

_Richard P. Donoghue_
RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

_Exhibit L_

Case 1:18-cr-00097-PKC Document 1 Filed 02/22/18 Page 7 of 7 PageID #: 7

F. #2017R0577
FORM DBD-34
JUN. 85

No.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

MICHAEL FODER,

Defendant.

INDICTMENT

(T. 18, U.S.C., §§ 1512(c)(2), 1623, 2 and 3551 et seq.)

A true bill.

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 2018

_____
Clerk

Bail, $ _____

Nathan Reilly,
Assistant U.S. Attorney (718) 254-6196

The New York Times
SUBSCRIBE NOWLOG IN
The New York Times
You have reached your limit of free articles.
Already a subscriber? Log in.

## Continue reading uninterrupted.

Subscribe now for $1 a week.
Ends soon.
Basic Subscription
Unlimited articles on any device.
Regular price is $3.75 per week. The current offer price is $1 per week for the first year.$3.75 $1/week
Regular price is billed as $15 every 30 days. The current offer price is billed as $4 every 30 days for the first year.

Billed as $15 $4 every 30 days for one year

Other subscription options
You can cancel anytime.

**Unlimited articles**

Enjoy unlimited article access on NYTimes.com and in the NYTimes app.

**Subscriber exclusives**

Access exclusive features and newsletters, along with previews of new media releases.

**No commitment required, cancel anytime.**

This offer is for The New York Times Basic Digital Access. Your payment method Google will automatically be charged in advance once a month at the promotional rate for 12 months, then once a month at the standard rate after that (price subject to change). You can cancel at any time and your cancellation will be effective at the end of your then-current billing cycle. This offer is for new subscribers only. Basic Digital Access subscriptions do not include e-reader editions or digital versions of The New York Times Crossword and Cooking. Mobile apps do not work on all devices. Other restrictions apply.

© 2020 The New York Times Company

HelpFeedback

# New York Detective Charged with Faking Lineup Results

Image

*EXHIBIT M*

Detective Michael Foder, center, leaving court in Brooklyn on Tuesday.Credit...Victor J. Blue for The New York Times

- Share on Facebook
- Post on Twitter
- Mail

By Joseph Goldstein

- Feb. 27, 2018

A New York police detective was arrested on Tuesday on federal perjury charges after prosecutors concluded that he had fabricated evidence in a carjacking case.

The charges against Michael Foder, 41, who had been assigned to the detective squad in the 70th precinct in central Brooklyn, are the latest sign that perjury remains an ongoing problem within the New York Police Department. Last month another detective, Kevin Desormeau, was convicted in Queens of falsely testifying about having observed a drug deal after a jury found that the detective had made up the story to cover up a dubious arrest.

In the case on Tuesday, Detective Foder is accused of doctoring a photo lineup to persuade a judge that a victim had been able to identify two suspects in a carjacking. The charges are considered particularly troubling because they involve accusations that a detective tampered with witness identifications.

Erroneous identifications by witnesses have been a leading cause of wrongful convictions.

In the past decade, the New York Police Department has taken steps to try to prevent such misconduct. Among other requirements, detectives are supposed to follow a detailed set of instructions when conducting lineups. They cannot chat with witnesses while showing them photos or lineups, but instead should hew to a script intended to prevent the detectives from improperly influencing the result.

ADVERTISEMENT

*EXHIBIT M*

Ad



Still, the charges against Detective Foder suggest that the safeguards may not always be enough. The suspected fabrications were not caught by Detective Foder's supervisor, or the defense lawyers who scrutinized the evidence. Instead, they were spotted by a prosecutor, J. Matthew Haggans, who was taking another look at the case file as he prepared to write a brief describing the strength of the evidence.

The case involved a 2015 carjacking in Brooklyn, in which a gunman and two accomplices forced a livery cabdriver out of an S.U.V. and stole the vehicle.

The driver, Orhan Polat, was initially able to identify a person he thought was the gunman when he was brought to a station house to look at photographs of teenagers and men who fit the description of Mr. Polat's assailants. But Mr. Polat did not recognize anyone who looked like the other two men involved in the carjacking. In the weeks that followed, the police focused on two additional suspects based on an anonymous tip and fingerprint analysis.

In a 2016 court hearing in Federal District Court in Brooklyn, Detective Foder testified about what happened next. He prepared two photo lineups — one for each suspect. Each one consisted of the suspect's mug shot printed on a sheet of paper, alongside mug shots of five "fillers" — people of vaguely similar appearance with no connection to the crime. The hope was that Mr. Polat might recognize the suspect's photo and pick him out.

ADVERTISEMENT



That is exactly what happened, Detective Foder testified, explaining that Mr. Polat had gone to the station house on two different days to view the two photo lineups.

Detective Foder had documented these meetings, including the date each photo lineup was administered. On each photo lineup, a signature appears beneath the suspect's mug shot marking it as the photo the victim selected.

Image

*Exhibit M*

 

A prosecutor discovered that the many of the photos Detective Foder said he had shown the victim were taken a month after they met.

*EXHIBIT M*

The suspects were charged in the carjacking. The photo lineups were the main evidence against them.

But those lineups turned out to be fabrications, investigators said. This discovery was made when Mr. Haggans, the prosecutor, realized that many of the mug shots used in the lineups were not available to Detective Foder at the time he claimed to have put the lineups together. The reason? They had yet to be taken.

ADVERTISEMENT

The paperwork included the date of each mug shot, and most of the "filler" photos were taken after the dates the victim had supposedly viewed the photo array.

The photo array that Detective Foder claimed to have shown to the victim in November had photographs with December dates. Most of the photos from the February lineup had March dates.

An indictment unsealed on Tuesday charges Detective Foder with perjury and obstruction of an official proceeding.

"Our justice system relies upon the absolute integrity of our law enforcement officers and, while the vast majority of officers uphold that standard, we will not hesitate to act when one does not," Richard P. Donoghue, the United States attorney in Brooklyn, said in a statement.

ADVERTISEMENT

The indictment accuses Detective Foder of having "falsified documentation relating to the purported identifications made by the victim" in the carjacking case.

At an arraignment on Tuesday in Federal District Court in Brooklyn, a lawyer for Detective Foder entered a not-guilty plea on the detective's behalf. Detective Foder was released on bail.

Without addressing whether the photo lineups were fabricated, Detective Foder's lawyer, James Moschella, said the officer investigated the carjacking "in good faith."

"I don't think there is any indication he wasn't acting in good faith investigating the case," Mr. Moschella told reporters after the court hearing. Mr. Moshella said he expects Detective Foder to be suspended from the Police Department for 30 days, and return to work in some capacity while the case is pending.

ADVERTISEMENT

The carjacking charges involving Mr. Polat's vehicle were dropped against the two men who had been arrested on the basis of the photo lineups — Mardoche Petitphare and Rayvaughn Williams — when they pleaded guilty to an unrelated crime: the attempted robbery of a fast-food restaurant.

*EXHIBIT M*

The police commissioner, James P. O'Neill, said the people of New York "expect the highest levels of integrity and truthfulness from our police officers, who swore an oath to uphold the fundamental principles of our city, state, and nation."

He added, "The detective charged today broke that oath by willfully giving false testimony, an act that makes the job of every other police officer more difficult."

**RELATED COVERAGE**

New York Detective Guilty of Lying About Drug ArrestJan. 25, 2018

He Excelled as a Detective, Until Prosecutors Stopped Believing HimOct. 10, 2017

**More in New York**

Image

Credit...Facebook

## A Dispute Over $200 and a Deadly Push Down the Stairs

Jan. 19, 2020

## A Luxury Dish Is Banned, and a Rural County Reels

Jan. 17, 2020

## Why Aren't There More Rich Foster Parents?

Jan. 17, 2020

## Sign up for the New York Today Newsletter

Each morning, get the latest on New York businesses, arts, sports, dining, style and more.

*EXHIBIT M*

TRULINCS  48963112 - COX, LEWELLYN CHARLES IV - Unit: LOM-C-A

--------------------------------------------------------------------------------------------------------------

FROM: Cox, Elizabeth
TO: 48963112
SUBJECT: Jennifer Coon
DATE: 12/08/2017 03:51:12 PM

Jennifer L. Coon <jlc@jennifercoonlaw.com>
To lewellyn cox
Today at 3:33 PM
Mr. Cox,
As you requested, I corresponded with Mr. McNally regarding the photo ID issue, detailing your position, requesting that he investigate the issue and obtain a copy of the DMV photo to produce to him, asking that he settle the criminal case with a sentence of time-served, and suggesting appellate mediation.

Mr. McNally responded that he had received the information and your request, but that his office has no further comment.

As we discussed by phone last week, I have no subpoena power or other avenue in the appeal to obtain the DMV photograph, but you have subpoenaed the photograph yourself in your civil suit.  I transmitted your position and requests as a courtesy and because it may impact settlement of the appeal.  I do not represent you in any civil or habeas matter so I cannot take this issue any farther unless Mr. McNally is willing to enter appellate mediation or otherwise discuss settlement of your appeal.  My expectation is that Mr. McNally will not have any further response, especially in light of the professional complaints filed against him..  If this issue has merit, as you strongly maintained in our phone call last week, then I urge you to obtain civil or habeas counsel to assist you in litigating the issue so that you have the best possible chance of resolution in your favor.

Additionally, as discussed, I filed a motion to supplement the opening brief with your two pro se filings: (1) supplemental motion to opening appellant brief, adding failure to address request for 4 level downward departure; and (2) addition to supplemental brief, clarifying subject of statement made in Appellate opening brief at Pg. 19, 49-53.  The government in turn filed a motion to extend its deadline to file its brief until January 17.  Both motions remain pending.

Please let me know if you have any further questions or concerns.

Regards,
Jennifer Coon

LEWELLYN CHARLES IV COX on 12/8/2017 1:21:03 PM wrote
Mom please Call David Minsky, and ask him if he would like for you to mail the shoes to Aaron and he will bring them to him?
786-247-6685

N
EXHIBIT

IPTS020A - External Movements

Page 1 of 2

Name: COX, LLEWELYN C.

CDC #: F23780  PID #: 11197148

IPTS020A

# External Movements

Monday September 16, 2013 02:17:03 PM

1 - 20 of 45

| Date | Time | Reporting Location | Movement Type | Reason | Other Location |
|------|------|--------------------|---------------|--------|----------------|
| 03/28/2012 | 14:34 | REG4 ONTARIO #3 | Discharged (from Parole) | Discharge Non-violent Offn During 13th Mon of Succ. Parole | UNKNOWN |
| 08/14/2009 | 00:00 | REG4 POMONA #2 County: Los Angeles | Received Following Parole Transfer | Approved for Parole Transfer | REG4 ONTARIO #3 |
| 08/07/2008 | 00:00 | CIM-History Facility | Paroled | Adult Offender | REG4 ONTARIO #3 County: San Bernardino |
| 07/31/2008 | 19:40 | CIM-History Facility | Received from another Facility | Temporary Placement | CIM-Facility B |
| 07/31/2008 | 18:36 | CIM-Facility B | Transferred to Another Facility | Temporary Placement | CIM-History Facility |
| 07/15/2008 | 05:11 | CIM-Facility B | Received (Enroute) at another Facility | Received Enroute to Another Institutition | NKSP-History Facility |
| 07/15/2008 | 05:10 | NKSP-History Facility | Transferred (Enroute) to another Facility | Enroute to Another Institution | CIM-Facility B |
| 07/15/2008 | 05:10 | NKSP-History Facility | Received from another Facility | Permanent Transfer | NKSP-Facility D |
| 07/15/2008 | 05:10 | NKSP-Facility D | Transferred to Another Facility | Permanent Transfer | NKSP-History Facility |
| 07/08/2008 | 00:00 | NKSP-Facility D | Returned from Court | Returned with New AOJ | OTC |
| 05/14/2008 | 00:00 | CIM-History Facility | Out to Court | Not Specified | Riverside County Sheriff |
| 04/24/2008 | 00:00 | CIM-History Facility | Status Change | Change from pending rev to returned to custody | CIM-History Facility |
| 04/24/2008 | 00:00 | CIM-History Facility | Status Change | Change from temp to perm location | CIM-History Facility |
| 03/21/2008 | 19:29 | CIM-History Facility | Received from another Facility | Temporary Placement | CIM-Facility B |
| 03/21/2008 | 19:22 | CIM-Facility B | Transferred to Another Facility | Temporary Placement | CIM-History Facility |
| 03/20/2008 | 00:00 | CIM-Facility B | Returned from Parole | Pending Revocation | PAROLE |
| 03/11/2008 | 00:00 | REG4 ONTARIO #3 | Back on Parole from Abscond | Parolee Whereabouts Known | UNKNOWN |

*EXHIBIT Q*

000445

IPTS020A - External Movements

| 10/17/2007 | 00:00 | REG4 ONTARIO #3 | Absconded | Parolee Whereabouts Unknown | UNKNOWN |
|---|---|---|---|---|---|
| 04/05/2007 | 00:00 | CRC-Facility B | Paroled | Adult Offender | REG4 ONTARIO #3 County: San Bernardino |
| 10/27/2006 | 00:00 | CRC-Facility B | Out to Court | Not Specified | Riverside County Sheriff |

**Next Page**

*Exhibit 9*

000446

IPTS020A - External Movements

Page 1 of 2

Name: COX, LLEWELYN C.

CDC #: F23780  PID #: 11197148

IPTS020A

# External Movements

Monday September 16, 2013 02:17:29 PM

21 - 40 of 45

| Date | Time | Reporting Location | Movement Type | Reason | Other Location |
|------|------|--------------------|---------------|--------|----------------|
| 08/07/2006 | 15:25 | CRC-Facility B | Received from another Facility | Permanent Transfer | CRC-Central Service |
| 08/07/2006 | 15:25 | CRC-Central Service | Transferred to Another Facility | Permanent Transfer | CRC-Facility B |
| 08/06/2006 | 21:17 | CRC-Central Service | Received from another Facility | Permanent Transfer | CRC-Facility B |
| 08/06/2006 | 21:17 | CRC-Facility B | Transferred to Another Facility | Permanent Transfer | CRC-Central Service |
| 06/23/2006 | 19:06 | CRC-Facility B | Received from another Facility | Permanent Transfer | CRC-History Facility |
| 06/23/2006 | 19:06 | CRC-History Facility | Transferred to Another Facility | Permanent Transfer | CRC-Facility B |
| 06/23/2006 | 03:44 | CRC-Facility B | Received from another Facility | Permanent Transfer | NKSP-History Facility |
| 06/23/2006 | 03:44 | NKSP-History Facility | Transferred to Another Facility | Permanent Transfer | CRC-Facility B |
| 06/23/2006 | 03:44 | NKSP-History Facility | Received from another Facility | Permanent Transfer | NKSP-Facility C |
| 06/23/2006 | 03:44 | NKSP-Facility C | Transferred to Another Facility | Permanent Transfer | NKSP-History Facility |
| 05/05/2006 | 08:36 | NKSP-Facility C | Received from another Facility | Permanent Transfer | NKSP-Facility B |
| 05/05/2006 | 08:36 | NKSP-Facility B | Transferred to Another Facility | Permanent Transfer | NKSP-Facility C |
| 05/04/2006 | 00:00 | NKSP-Facility B | Admitted Offender with New AOJ | New Felony Commitment | Los Angeles Co Superior Court-Los Angeles (Airport) |
| 01/24/2006 | 00:00 | REG4-History Facility | Discharged (from Parole) | CDCR Lost Jurisdiction | UNKNOWN |
| 12/25/2004 | 00:00 | PRCCF-Central Valley | Paroled | Adult Offender | REG4 ONTARIO #3 County: San Bernardino |
| 12/09/2004 | 00:00 | PRCCF-History Facility | Out to Court | Not Specified | Los Angeles County Sheriff |
| 11/02/2004 | 00:00 | PRCCF-Central Valley | Received from another Facility | Permanent Transfer | PUCCF-Taft |
| 11/02/2004 | 00:00 | PUCCF-Taft | Transferred to Another Facility | Permanent Transfer | PRCCF-Central Valley |

*EXHIBIT G*
000447

Name: COX, LLEWELYN C.

CDC #: F23780  PID #: 11197148

IPTS020A

# External Movements

Monday September 16, 2013 02:17:45 PM

41 - 45 of 45

| Date | Time | Reporting Location | Movement Type | Reason | Other Location |
|------|------|--------------------|--------------|--------|----------------|
| 07/16/2004 | 03:55 | WSP-History Facility | Received from another Facility | Permanent Transfer | WSP-Facility A |
| 07/16/2004 | 03:55 | WSP-Facility A | Transferred to Another Facility | Permanent Transfer | WSP-History Facility |
| 07/13/2004 | 12:03 | WSP-Facility A | Received from another Facility | Permanent Transfer | WSP-Facility C |
| 07/13/2004 | 11:48 | WSP-Facility C | Transferred to Another Facility | Permanent Transfer | WSP-Facility A |
| 05/11/2004 | 00:00 | WSP-Facility C | Admitted Offender with New AOJ | New Felony Commitment | San Bernardino Co. Superior Court - Barstow |

**Prior Page**

*EXHIBIT 4*

000449
9/16/2013

IPTS020A - External Movements

| 07/16/2004 | 03:55 | PUCCF-Taft | Received from another Facility | Permanent Transfer | WSP-History Facility |
| --- | --- | --- | --- | --- | --- |
| 07/16/2004 | 03:55 | WSP-History Facility | Transferred to Another Facility | Permanent Transfer | PUCCF-Taft |

**Next Page**        **Prior Page**

*EXHIBIT 4*

## Declaration of Elizabeth Cox

(1) I am the mother of Lewellyn Cox, and was present at court on 06/27/2014

(2) In the hall of the court Jessica Barque approached me an told me that she never seen my son Lewellyn Cox before and did not identify him as the passenger of the white jaguar on 05/16/2005. Bacque stated that the officers were framing him.  Bacque said that she did not meet with and federal agents until 2009.

(3) I remember talking to Lewellyn's attorney Thomas Wofsen May 2014 and asking him to supply Lewellyn with viewable six packs', because they were blacked out.

(4) I received viewable copies of the six packs for Jessica Barque's in dentification of my son after Lewellyn was sent to prison in 2014 and noticed that the shirt he wore was purchased by me on his birthday on 08/02/2007.

Under the penalty of perjury this is true.

The above named claimant, of full legal age, who subscribed the foregoing statement be fore me and made oath that  the answers are each and all complete and true

My county of residence is _El Paso , Texas_

My commission expires _August 11, 2023_     Notary Public _Lorenza Fraire_

_8/27/2020_

Elizabeth Cox

LORENZA FRAIRE
Notary ID #4753225
My Commission Expires
August 11, 2023

EXHIBIT R

**XAVIER BECERRA**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

CJIS EXECUTIVE OFFICE
Telephone: (916) 210-5368
Fax: (916) 227-3079
E-Mail Address: jaimie.tackett@doj.ca.gov

December 18, 2017

Lewellyn Charles Cox IV
Prison ID 48963-112
United States Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436

Re: December 6, 2017 Public Records Act Request

Dear Mr. Cox:

This letter is in response to your public records request received in the Attorney General's Office on December 6, 2017, in which you sought records pursuant to the Public Records Act as set forth in Government Code section 6250 et seq.

Specifically, you stated:

*"I am seeking information on my photo line-up serial No. http://167.10.34.14/calphoto/lineup.asp?sid=78374410182005CPH1818841. Please provide me with the photos stored in the database listed by date ... I respectfully request the original photo line up, and the name of the officer whom requested this line up and date.*
*(1) I am respectfully requesting your agency to find the original six pack as saved on your computer under either James Mikkelson or Wesley Schwark of the Secret Service, and provide confirmation of whom requested this six pack on your system?*
*(2) Please provide the date this six pack was requested?*
*(3) Please provide the date for each picture listed as 1 through 6, when taken, and where the picture was taken?*
*(4) Please provide the original color copy of the six pack for me Lewellyn Charles Cox IV?*
*(5) Please provide the correct serial number and dates?*
*(6) Please confirm that the serial number listed is false?"*

After consulting with various programs, the California Department of Justice (DOJ) has determined that it has no responsive records for your request.

You may want to direct your request to the Freedom of Information Act (FOIA), as FOIA covers federal records. Information can be found at: https://www.foia.gov/how-to.html and is attached for your reference.

The DOJ responds to this request only with regard to its own records. If you wish to review records in the custody or control of another state or local agency, you should direct your request for records to that agency.

*EXHIBIT S*

*EXHIBIT S*



-*CONFIDENTIAL*-

**Law Offices of Thomas H. Wolfsen**                          June 3, 2014
**1111 East Katella Avenue, Suite 200**
**Orange, CA 92867**

**Re: Witness Interview of Jessica Bacque**
**USA Vs. Lewellyn Cox**

*On Monday June 2, 2014, Tracy Spada, a Licensed California Private Investigator holding license number 26625, arrived at the home of Jessica Bacque, a witness listed in the above referenced case. The details from the in-person interview are contained in this report.*

I arrived at Jessica Bacque's residence located in Yucaipa, CA to speak with her about the incident she was involved with in 2005. Initially, she was extremely upset at the thought of having to discuss this case again but eventually agreed to speak with me.

I first served Bacque with a subpoena to appear at the June 12, 2014 hearing. Bacque has turned her life around. She is married with three children and is leading a healthly life, free from addiction.

Bacque explained that she became involved with the check cashing scheme through an individual named 'Lamar', a friend of her boyfriends. Lamar could be described as a black male, approximately 5'6", 140lbs with short gelled, ripple-styled hair. She cashed checks with him on three occasions. Lamar rode as a passenger in Bacque's pick up truck while he communicated with others associated with the scheme using a two-way radio.

At the three locations, Bacque recalled one or more of the following vehicles present; a white or black Mercedes, a white Jaguar, a Chrysler 300, a teal green Jaguar and a black or silver Audi. The windows on the vehicles were darkly tinted. Aside from Lamar, Bacque did not have direct communication with those involved with the scheme. Her personal observations of those involved were limited to brief views inside vehicles during verbal exchanges with Lamar. Bacque even added that during the times she observed the men involved, they never even exited the vehicles they were in. Bacque was aware that four black males were in the teal Jaguar because when they pulled up next to her the driver side and driver side rear seat window were lowered exposing two individuals in the front and two in the back seat. She could not recall any features about any of the men that could assist in identifying them. Bacque stated with certainty that the white Jaguar was driven by a "Chinese guy.". When asked how she knew the driver was Asian she stated "His skin was kinda yellowish". Seated next to him in the passenger seat was a black male Bacque described as "very dark-skinned." The male wore glasses and sat taller in the passenger seat than the Asian male driver. Bacque recalled seeing this vehicle on two occasions and stated "The passenger would always give the checks to Lamar and Lamar gave the check to me."

Bacque did not know any of the men personally but was aware that "The major person" was a dark-skinned male known to her as 'Homicide.' She became aware of this through conversations she overheard Lamar having with him over the two-way radio he carried.

*EXHIBIT T*

Bacque was incarcerated in an Orange County jail for "two or three days" when she was awoken early one morning and brought to a room within the jail "across from the medical facility." Here she was met by a male and female detective who wanted her to "Take a look at some pictures." She recalled not feeling well and was "coming down" from the drugs that had been previously consuming her system.

She recalled "alot" of pictures presented to her in paper form on that day. She did not recall who or how many she identified on this day. She also did not recall exactly how the pictures were presented but did not feel pushed or intimidated to select one person over another by either one of the detectives. Bacque stated "They weren't bad but you know who WAS bad was that Federal Agent guy...is it Mikkelson, does that name sound familiar?"

In 2009, four years after the case and long after she had served her time, she received a Federal subpoena to "talk about the case." Bacque was already living a clean life and was trying to put the matter behind her. She was unable to secure employment in her previous field working with children because of her past mistake and overall felt bitter that she would have to discuss this traumatic incident again. In an effort to get out of doing it, she contacted the number on the subpoena and was eventually placed in contact with Agent Mikkelson. She explained that she did her time and her past mistakes are preventing her from getting a job in her previous field and wanted to move on and have nothing to do with the case.

Mikkelson told her he wanted her to "ID' those involved. Bacque told him that she would have a difficult time identifying people she saw for only minutes so long ago. Bacque said that Mikkelson told her if she spoke with him, he would "Clear her record." He told her "We want to nab the gang members that kidnapped your daughter." (Bacque explained that at one of the check cashing locations one of the males involved drove her truck away with her daughter Sydney in a car seat in the back seat. She was not returned for several hours.) Bacque stated that it wasn't until this meeting with Mikkelson that she became aware that the individuals involved in the scheme were gang members. Bacque also stated that Mikkelson promised her to reimburse her travel and food expenses if she attended the hearing in an effort to help her out. With the promises extended, she agreed to meet with him. *Bacque immediately noted that neither her record was cleared, nor did she receive a check from the Federal Government for her travel/food expenses.

When Bacque arrived at the courthouse, she was taken into a room which consisted of several other individuals she later learned were 'witnesses'. She was escorted into a room seperate from them and seated in what looked and felt like an interrogation room. She was asked to sit in a single chair which was in the corner of the room against the wall. She was blocked in by a desk in front of her with two chairs in front of it. Mikkelson, who Bacque described as a "skinny white male with blondish,brown hair" and another male entered the room and sat in the chairs across from her. Bacque found the entire process extremely intimidating and felt scared. Mikkelson opened his folder and produced a photograph of Bacque at the Bank of America teller counter and asked "Is that you?" Bacque was pained to see the photo of herself with her infant daughter Sydney in a car seat perched on the teller counter. She became very scared, confused and thought that the agents were trying to throw her back in jail. She asked Mikkelson why he was showing her the picture for the crime she had paid for so long ago and he replied that he was just doing his job.

*EXHIBIT T*

Mikkelson removed several pieces of paper from the folder which contained photographs of individuals he described as the "gang members" involved in the incident. Bacque recalls the pictures being in groups of six and twelve. Bacque felt overwhelmed by all the pictures and explained again that she was having a hard time remembering individuals she only saw for a few minutes so many years ago. Mikkelson seemed persistent and continued with the process anyway. Holding a pen Bacque first described as a "pointer", he asked her to ID people by names. He would put down a six pack or twelve pack group of photos and say "Now we're going to identify the Lamar", "Now we're going to identify the male known as Homicide" and so on and so forth. Bacque stated that many of the names Mikkelson mentioned were unfamiliar to her and she told him that. Bacque recalled this being the first time she heard the name 'Showtime.'

Mikkelson used his pen to circle certain sections of the line up in what Bacque felt was an apparent effort to lead her to one person over another. Bacque recalled Mikkelson say "Is the person probably here, or is he down here" and as he circled certain pictures, guiding her. She also recalled him saying, "Well, you know he's up in here right?" Bacque stated she was "uncomfortable" with the entire process. She was scared, confused and just wanted it to end. At one point she felt he was so obvious in trying to get her to select a particular person she even asked Mikkelson "Are you TRYING to tell me he's on top?

Bacque could not recall who she identified on that day and did not recall signing anything that resembled a photo admonishment form. She did recall signing something that she was told was needed to for a travel reimbursement check from the Federal Government that she never received.

Bacque also stated that Mikkelson never "cleared her record' as he promised.

'I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.'

Date:  June 3, 2014

_Tracy Spada_

Tracy Spada

Creative Investigations 1042 N. Mountain Ave, Suite B109, Upland, CA 91786 P: 213-973-7779, F: 909-204-2492

EXHIBIT 7

My name is **Jamala Pratt** I am writing to inform the Court that I was a eyewitness present at the time the photo depicted in Government Bates number 048063 showing my Ex Husband Lewellyn Cox was photographed. The photo was taken in the parole office in late 2008 shortly after he was released from prison. It was this day that I drove Lewellyn Cox to the parole office and I witnessed his parole officer take the photo. Also I know for a fact Lewellyn did not cut his mustache thin straight across until 2008 because we were married over 14 years and I seen his mustache cut thin for the first time on August 7, 2008 the day I picked him up from the Metrolink train station the day of his release from Chino state prison.

Jamala Pratt

Date **10·2·2020**

Under the penalty of perjury this is true

A notary public or other officer completing  this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not  the truthfulness ,accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed  and  sworn  to  (or affirmed )  before  me  on  this **02**  day  of **October, 2020**, by **Jamala Pratt** _____, proved  to  me  on  the basis  of satisfactory  evidence  to  be  the  person(s) who appeared before me.

Signature_____ ( Seal )



PEGGY N. RODRIGUEZ
Notary Public · California
Los Angeles County
Commission # 2268808
My Comm. Expires Nov 30, 2022

*EXHIBIT U*

Since 2005, multiple runners have identified COX as an individual that provided unauthorized check.:

## JESSICA BACQUE:

## SEARCH WARRANT:

a. On May 23, 2005, the Orange County Sheriff's Department ("OCSD") responded to a BOA in Irvine. A BOA employee told OCSD that she believed that J.B. ("J.B.") whose name was on the check, had cashed checks without the account holders' authorization. J.B. was interviewed and told police that her friend "Lamar" recruited her to cash checks. She told OCSO that on May 16, 2005, Lamar gave her an unauthorized check and she cashed it at BOA. She then gave the cash back to Lamar and they drove around the corner and met with two males in a white Jaguar. J.B. stated that the black male went by the name of "Homicide." J.B. stated that after she cashed the check (in her name), Lamar gave the males in the Jaguar the money and they gave him a cut.

On May 23, 2005, J.B. went with Lamar to a location near a BOA in Lake Forest, CA and met with four black males in a bluish green Jaguar. J.B. stated that the driver was "Homicide," the same black male that had driven the white Jaguar on May 16, 2005. J.B. stated that the men in the Jaguar gave Lamar checks for J.B. to cash. J.B. then went into the BOA in Lake Forest and cashed an unauthorized check. J.B. was shown a six-pack and identified BROWN as the driver of the Jaguars who she knew as "Homicide." She identified COX as one of the black males inside of the Jaguar on May 23, 2005. The victim account holders were interviewed by OCSD and each stated that J.B. did not have authorization to cash the checks.

## INDICTMENT:

1. On or about May 16, 2005, defendants BROWN and Cox provided a fraudulently obtained check from a Bank of America account belonging to victims J.V. and T.V. to co-conspirator FNU, LNU, aka "Lamar."

2. On or about May 16, 2005, co-conspirator J.B. cashed a fraudulently obtained check in the amount of $8,500 drawn on a Bank of America account belonging to victims J.V. and T.V. at a Bank of America branch in Irvine, California.

EXHIBIT V

### Cox's Mustache Declaration
#### where Cox declares the first time he
##### learned to cut his mustache thin straight accross

(1) The first time I cut my mustache thin straight accross like the mugshot displayed in position 4 of the Ronisha Jessie, Guadelupe Mendoza, Ronisha Jessie, Yolanda Magana, and Brandon Pettus six packs was while locked up in the Maricopa County Jail in Pheonix Arizona.

(2) The Maricopa County Jail has no mirrors, and inmates where given small razors with one inch handles. We were allowed to buy Snider's Petzel bags which had a shiny side on the inside of the bag. We flipped the bag inside out and wrapped it around a milk carton fastened by the elastic from our underwear.

(3) Because the handle was so small with an improper mirror I could not see well while shaving which caused a mistake in angling the mustache to my nose. I decided it was easiest just to cut my mustache straight across for the first time in or around November 2007 while in jail.

(4) After seeing my photo mugshot for the first time in November 2014, I know for sure that it was a photo taken at the parole office in October 2008.


**UNDER THE PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT.**


_____ Date _10-5-2020_


EXHIBIT X



PRE - 2008 COX MUSTACHE

ANGLED UP TOWARD
HIS NOSE

Cox's MUSTACHE

AFTER - 2008

THIN STRAIGHT
ACROSS





EXHIBIT

EXHIBIT X

EXHIBIT 4

| BORDER | CUSTOMER NAME | ADDRESS | CITY | ST | PHONE | MONTH/LOSS | ESTIMATED LOSS | TOTAL INVOLVED - KNOWN | DATES OF OVERT ACTS | DEFENDANTS | NOTES | RUNNERS | Available Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

EXHIBIT 4

## COX DECLARATION REGARDING HIS BOOK
## AND HIS EFFORTS TO BECOME A SHOE DESIGNER

(1) Over my entire time in prison I have been planning and designing shoes.

(2) I wrote five books detailing my efforts at rehabilitation in a series of books titled "Anti-Crime Education".

(3) In my book titled "Choosing a Carerr Vol. II" I wrote about the tactics in overseas manufacturing. How to produce your shoe designs in China.

(4) I first began to design prototypes of my shoes in Lompoc Federal Prison. I learned how to use glue to glue popsicle sticks together in order to carve the base of my high heel shoe design. The Prison offered no classes for high heel shoe making, however it did offer a purse making class, which allowed me to order leather. I glued popsicle sticks into a solid block carved, sanded and painted my designs. I would then cover it with dried floor wax and allow it to completely dry which made my shoes look plastic/

(5) I contacted a chinese manufacture and created a partnership partnership agreement, and my designs are now being made in China. I have changed and only ask that this Court recognize my efforts at being a hard workin law abiding citizen.

**Under the penalty of perjury the foregoing is true and correct**

Date  10-5-2020

Exhibit
X

EXHIBIT Y

| # | Name | Address | City | | | Phone | | | | | | | Notes |
|---|------|---------|------|---|---|-------|---|---|---|---|---|---|-------|
| 16 | MARK ALAN ROTHENBERG / DANNY M. GOLDBERG CLLEM E. GOLDBERG | 1925 Crescent Canyon Drive | Camarillo | | | $16,602.00 | $16,602.00 | $20,302.00 | | 02/03 03/03/08 | COX BENSON | electronic transfer $20,302 - Harland Clarke recording 021214221781 (Denver), 43723510231 (Cox), 43794161781... | Transaction Value $10,500 |
| 17 | | 1317 Newcomb Dr | Scottsdale | AL | 602-311-1842 | $12,000.00 | $0.00 | $2,000.00 | | 10/17/08 | | victim info found during Search Warrant at Cox's residence | unknown suspect used fake ID to withdraw money |
| 18 | MARDUKHAI FRANKEL / ALBERT FRANKEL | 1294 Amesbury Ave | Encino | CA | 818-554-4511 | $23,200.00 | $0.00 | $23,302.00 | | 10/15/08 11/13/08 10/17/08 | COX YOUNG | victim info found during Search Warrant at Cox's residence — Digital evidence found on computer at Young's residence | Victoria Aranda $4,200 / Marisa Wilson $4,000 / Maria Gomez ... $7,800 |
| 19 | A.H. Gordon | 11520 Stanford Ave | Los Angeles | CA | 323-291-6035 | $16,600.00 | $0.00 | $11,600.00 | | 12/2/08 12/18/08 | COX | victim info found during Search Warrant at Cox's residence - electronic transfer $11,600 | Cherie Smith $3,600, $7,800 |
| 20 | FARHAZ FEROL | 5172 Myrtle Ave | LONG BEACH | CA | | $0.00 | $225,000.00 | $225,000.00 | | 10/2/08 | COX | victim info found during Search Warrant at Cox's residence - 3 check totaling $100-$110, $100-$110, $871-$110 | N/A |
| 21 | SARA VICARY & CHARLES LEVINE | 3001 Lebec Ln | Gault | CA | 782-236-1720 | $5,530.00 | $13,090.00 | $19,230.00 | | 11/9/01 12/9/08 | COX | Harland Clarke recording 28389319801 (Cox), 23919219201 (Cox & 2/29297101 (Cox) - Cox's address 10103 Colona Rd, Harland Clarke's secretaries | Letisha Rafael $7,300 stamp - La Cruz Washington $1,600, $1,600 stamp |
| 22 | RAFAEL VALENCIA & MARIA VALENCIA | 1617 Coventry Ave | Cameltobe | CA | 558-664-6420 | $0.00 | $0.00 | $0.00 | | 11/25/08 | COX | victim info found during Search Warrant at Cox's residence | N/A |
| 23 | Hurt K. Khan / Richard S. Khan | 11615 Cantaria Vista Panther | San Diego | CA | 324-673-1773 | $0.00 | $410,000.00 | $410,000.00 | | 10/10/08 11/13/08 11/14/08 11/26/08 11/28/08 12/1/08 | COX BENSON HAWKINS | Harland Clarke recording 123253093191, 123253093191, 29593 (Cox), 24290564691, 123264647601, 165900249191, 04312447451 - 2 check totaling Nov 18, 2008, and Dec 11, 2008 | N/A |
| 24 | NADAR S ROSTEN / ARTHUR A ROSTEN MORDAN ROSTEN | 479 Nibba Dr | Los Angeles | CA | | $12,615.00 | $0.00 | $32,615.00 | | 12/29/08 9/9/09 12/8/08 9/9/09 | COX | Harland Clarke recording found on victim info found at Cox's residence (see Robert Johnson acct) - Cox's handwriting on check | Tracy Barker $4,400 - Carol Davis $6,675, $4,550 - Jimmy Jones $7,450 - Sequela King $4,950, Joint stamp - Jemil Wheels ... |
| 25 | Chris Ariel / Patrick Ariel / FLANAGAN I LAW GROUP | 20421 S Figueroa St | Los Angeles | CA | | $10,100.00 | $0.00 | $10,100.00 | | 12/31/08 9/9/09 | COX | Cox's email address Thaiclyrone@yahoo registered by the bank - electronic transfer $10,100 | Debra Marting $10,000 - Dwight Bell $5,500 - Richard Henry $5,000 |
| 26 | NANI ECHSTEIN | 16404 ENGUA WAY | HESDEA | CA | 818-215-8776 | $17,600.00 | $5,500.00 | $19,397.00 | | 9/14/08 | COX | Cox's email address Thaiclyrone@yahoo registered by the bank - electronic transfer $10,100 | Crystal Olvera $6,000 - Eduardo Vasquez $4,000 |
| 27 | | 164 Cherts Ave 775-1031 | Sunnyvale | CA | | $4,845.00 | $24,710.00 | $13,105.00 | | 9/5/08 2/2/08 7/7/06 7/7/06 | COX BAA 05 ... | victim info found during Search Warrant at Cox's residence - electronic transfer $7,200, $3,000 | Ramon Darks $6,000 - Carson Danks Bank attempt - Henri Diaz $7,000 stamp - Chyra McCoon $4,045 |
| 28 | DOUGLAS TOBIAS | 441 N. Coast HWY #1 | Laguna Beach | CA | | $35,100.00 | $5,000.00 | $35,100.00 | | 12/12/08 12/17/08 12/17/08 2/5/08 2/5/09 | COX | Harland Clarke recording 25915101781, 29510142157 & 29... found at Cox's residence - Goldstein acct - parties were found in Cox's residence during the Search Warrant | Detention Detain $7,500, $3,200 - Michael Ferris $5,000 stamp - Calcia Wilson $7,500 - Joey Holloway $4,100 |
| 29 | MITCHELL S HERTZ / HEATHER HERTZ | 13311 California Blvd Sq 650 | Walnut Creek | CA | 925-191-1019 | $0.00 | $115,500.00 | $115,500.00 | | 2/5/09 3/6/08 3/6/08 5/3/09 | COX HAWKINS BENSON | Check order 2521-6420 1Gorden address 7001 Beach Dr, 4 more order (0 in 1) 941-4571 - victim protector info found during Search Warrant at Cox's residence | N/A |
| 30 | EGOR FRESIDE / Zack Store / Mike Hong | 1917 Chestnut St | San Francisco | CA | 415-247-7029 | $0.00 | $0.00 | $29,215.55 | | 30/09 34/008 34/009 34/009 | COX | victim info found during Search Warrant at Cox's residence - electronic transfer $29,215.55 | Michael Shin $4025, $8919.23 - Jimmy Gordon $14,250 - Teleph Terry $7,000 |

EXHIBIT 4

EXHIBIT Y

| # | Name | Address | City | State | Phone | | | | | Code | Description | |
|---|------|---------|------|-------|-------|---|---|---|---|------|-------------|---|
| 31 | JEAN REDINGSFIELD (JACQUELINE) (JEAN & SUSAN REDINGSFIELD) | 7737 JETHAUER | GOLETA | CA | | $27,329.41 | $0.00 | $27,329.41 | 3/18/00 3/21/00 3/25/00 | COX KENNEDY STROM (STROM) WATSON WADSACK | | John Shaw $7,000 · David Morton $7,200 · Marlon Anderson $8,581.20 · Charles Espinoza $5,000.41 |
| 32 | GRAND & BERGMAN Marica Steinberg | 192N. Church Dr. Apt. D | Beverly Hills | CA | | $17,509.00 | $0.00 | $17,509.00 | 3/18/00 3/18/00 3/18/00 | COX SMITH WASHINGTON | | Tracy Young $17,509 |
| 33 | 28 FERGO LLC Jen Bone a.a. Greg Delabhyde | 20641 CAROTEO | LAGUNA HILLS | CA | 615-376-7330 | $40,658.50 | $0.00 | $40,658.50 | 2/07/00 3/28/00 3/31/00 6/26/10 6/30/10 7/26/10 | COX BROOKS | | Bryce Morris $11,043.31 · Dale Austin $5,802.31 · Marcos Lippet $3,312.21 · Mathew Thompson $4,505.29 · Jemal Mickael $4,629.25 · Kaleem Rayson $5,715.56 · Faisal Tamer $4,510.22 · Collin Henning $6,531 · Amanda Johnson $3,500 |
| 34 | LEONARD NAZARIAN CLAUDINA NAZARIAN | 10111 Donna Ave #115 | Northridge | CA | | $9,009.00 | $0.00 | $9,009.00 | 3/18/00 3/20/00 4/3/00 | COX SMITH WASHINGTON | | Joe Jocelyn Miller $9,000 |
| 35 | Harold Cohen Sharon Cohen | 1845 Camino Ave. | LOS ANGELES | CA | | $17,200.00 | $0.00 | $17,200.00 | 3/31/00 4/27/00 | COX | | Jacques Bear Mcfee $3,200 · Colo Trevor $14,000 |
| 36 | BEAR AVERILL ZOA (BEAR AVERILL) CONSTRUCTION | 5201 Laurel Dr. | Concord | CA | 125-290-4015 | $19,310.00 | $0.00 | $19,310.00 | 9/10/7/00 | COX | | Marcolo Owens $4,615 · Chrysler Phiffey $4,695 |
| 37 | GARY M. DEUTSCH | 2454 North St. | Santa Paula | CA | | $7,600.00 | $9,200.00 | $17,200.00 | 4/8/00 4/5/00 | WASHINGTON SMITH COX WATSON (STROM) WADSACK | | Timber Street $17,470, $8,200 stamp |
| 38 | DALE & CHOSTEN CHRISTINE FORSTER | 15518 Varsity St. Unit A | Sherman Oaks | CA | | $13,200.00 | $0.00 | $13,200.00 | 4/5/00 4/6/0 | SMITH WASHINGTON KENNEDY COX | | Tambal Sweet $10,000 · Joanna McCormick $3,200 |
| 39 | ANTON NAZAR NATHALIE NAZARIAN | 4747 FREEWAY WAY | EL DORADO HILLS | CA | 916-385-2153 | $16,700.00 | $0.00 | $16,700.00 | 4/18/07 12/6/10 12/12/10 12/13/10 12/27/10/00 | HAWKINS BROOKS COX | | Raphael Dyton $13,000, $3,700 |
| 40 | HUGO B. MALDONADO (BM MALDONADO) VINEYARDS | 1685 German Ave | San Helena | CA | 707-387-4871 | $19,341.35 | $10,643.20 | $29,474.55 | 4/2/00 6/7/0 6/9/000 | COX BROOKS | | Levi Voigt est $4,899 · Richmond King $4,154.42 · Steve Harvey Approvals sees $8e $5,532.34 · Nana Gary $4,432.34 |
| 41 | Aaron Thorsteen | 229 Sprunkleberry Ln. | Ladera | SC | 441-390-3645 | $12,730.00 | $131,000.00 | $155,790.00 | 6/25/00 6/56 1/2/100 1/5/10 | COX | | Chris Sylveda $5,585 · Josephine Largett $3,700, $3,500 |
| 42 | THE BLUE VINE | PO BOX 1242 | Garden Grove | CA | | $19,405.44 | $0.00 | $19,405.44 | 12/24/00 | COX | | Ramon Tommy Powell, Teddie Glass, Marcus Major, Caprecha Redford, Christine Reyza, and Sharlip Gleashur handwritten ledger; Caprecha Redford $3,735.81 · James Thomas Lipson Harris $12,440.35 |

EXHIBIT Y

| # | Name | Address | City | State | Phone | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 43 | JOHN & CAROL COEN | 833 CHAUNCY WAY | SAN JOSE | CA | (408) 972-0091 | | $44,053.73 | $0.00 | $44,053.79 | |
| 44 | FRANK VARGAS | 1709 VILLA CRESTA | CHINO HILLS | CA | | | $17,200.00 | $39,500.00 | $11,000.00 | |
| 45 | MACK MCKOWITZ & NOGA WYATT | 16 Oakland Ave Ste 300 | Pasadena | CA | 626-449-8409 | | $41,500.00 | $74,000.00 | $7,200.00 | $32,851.08 |
| 46 | CHARLES FINKEL | 35115 DIPPER BLUFF DR | ANDERSON | CA | (310) 633-9559 (310) 500-4467 | | $30,383.03 | $9,433.37 | $29,819.67 | |
| 47 | Tomás A. Finkel | 5672 Fairhaven Ave | WoodlandHills | CA | 818-906-3196 | | $162,700.00 | $134,120.00 | $18,400.00 | |
| 48 | Brian & Louise Patrick & Louise | 13115 Galvez Dr | Culver City | CA | | | $4,180.00 | $291.00 | $3,701.00 | |
| 49 | MICHAEL J. ROTHMAN | 4228 MACARTHUR BLVD SUITE 1000 | NEWPORT BEACH | CA | 714-644-4414 | | $13,300.00 | $4,500.00 | $8,300.00 | |
| 50 | ROY WOLFE | 27622 Sycamore | Valencia | CA | 661-255-8452 | | $80,000.00 | $18,600.00 | $71,800.00 | |
| 51 | RONALD WELLS PARDHALL | 443 HAMILTON ST | SAN FRANCISCO | CA | 415-407-0111 | | $131,772.31 | $0.00 | $131,772.31 | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | 9 | TIMOTHY R. CARTER | 121 KAMAHAO CIRCLE | WAILUKU | HI | | $37,844.00 | $0.00 | $37,844.00 | 6/10/09<br>6/12/09<br>6/25/09 | COX | Fraud address 1100 SULTANA AVE., ONTARIO check delivery (Levi/Rothschild/John Coon linked by address and runner Tamara Charles which was found in Cox's residence during Search Warrant) | Blake Wallace $8,844 - Joshua Turner $7,200 - Jeremy Tanner $6,100 - Catina Stewart $6,000 - Clinton Moore $6,000 - James Tyler $8,000 | | |
| 53 | 9 | Gopikan V. Rao<br>Katherine R.Rao | 125 Eureka Street | San Francisco | CA | 415-255-4545 | $6,500.00 | $19,075.00 | $25,575.00 | 6/15/09<br>6/16/09 | COX<br>BROOKS<br>WATSON<br>WADSACK<br>STRONG<br>HAVANA | Havana written statement - Brooks accessed victim info - Victim info found at Cox's residence during Search Warrant - Runners "Eric Grant, Porshe Washington, and Vincent Razo" handwritten on profile - Razo ID of Havana, Watson, Wadsack with a description of Strong | Marquishia Vann $5,075 attempt - Porshe Washington $6,500 - Eric Grant $6,500 attempt - Vincent Razo $7,500 attempt | | |
| 54 | 9 | MICHAEL HOROWITZ | 1724 W. Knoll Dr | W. Hollywood | CA | 310-265-5058 | $10,840.00 | $0.00 | $10,840.00 | 06/16/09 | COX<br>BROOKS | Brooks accessed victim information - Victim information was found at Cox's residence during Search Warrant - Bridgette Fuentes hand written on profile | Bridgette Fuentes $5,840<br>Porshe Washington $5,800, $1,200 | | |
| 55 | 9 | WALTER DAVID | 600 Dwight Way Blvd 66 | Berkeley | CA | 914-321-4700 | $12,300.00 | $76,700.00 | $88,000.00 | 6/16/09<br>6/22/09 | COX<br>BENSON | Victim information was found at Cox's residence during Search Warrant - Distributor/Recruiter Benson handwritten on victim info - Benson's address Orchard Dr., Placencia printed on checks - electronic transfers $88,000 | Maria Villalba $5,800 - Samuel Denton $9,500 | | |
| 56 | 9 | RONALD J GAGLIO<br>ATLAS APPRAISAL | 15185 Via Maravilla | CHINO HILLS | CA | 909-454-8500 | $17,000.00 | $13,400.00 | $30,400.00 | 3/20/09<br>3/10/09<br>6/28/09<br>7/1/09 | COX<br>BROWN<br>WASHINGTON<br>SMITH | Washington accessed victim info - FBI WIRE - Harland Clarke recordings 804528312801 (Cox) - Cox's phone# 714-938-0708 given to Harland Clarke during check order | Sarah Stevens $6,500 - Richie Moss $5,100 - Wilbert Jordan $5,400 - Michelle Boykin $6,600 attempt - Jabryelle McClendon $9,800 attempt | | |
| 57 | 9 | Jonathan M Weisz | 220 W. Norman Ave | Arcadia | CA | | $17,800.00 | $6,500.00 | $24,300.00 | 6/23/09<br>6/25/09<br>7/1/09<br>7/7/09 | HAWKINS<br>COX | victim information found at Hawkins residence during Search Warrant - Runners Sarah Stevens, Amanda Molnart, and Steven Estrella cashed checks on Makinchen Valenzuela acct - Runner Sarah Stevens cashed check on Gaglio acct, Cox on Harland Clarke recording on acct giving phone# 714-938-0708 - Runner "Sarah Stevens" handwritten on Roger Lewis profile found at Hawkins during Search Warrant, Roger Lewis profile also found at Cox's residence during Search Warrant | Sarah Stevens $5,000 - Steven Estrella $6,300 - Amanda Molnart $5,300 - Jabryelle McClendon $6,500 attempt | | |
| 58 | 9 | ALVIN H KOHAN | 8801 BURTON WAY APT 201 | LOS ANGELES | CA | 310-570-7180 | $6,805.90 | $22,743.18 | $29,549.08 | 07/15/09 | COX<br>BROOKS | Brooks accessed Victim information - Victim information was found at Cox's residence during Search Warrant - electronic transfer $22,549.08 - Cox's Phone# 714-240-4250 added to check shipping label | Brandon Williams $6,805.00 - Montez Dennis $7,000 attempt (arrested by LAPD) | | |
| 59 | 9 | JOSEPH KOHAN DBA J & J FABRICS | 815 WALL ST | LOS ANGELES | CA | 213-627-1000 | $29,060.45 | $5,000.00 | $34,060.45 | 7/15/09<br>7/17/09<br>7/20/09<br>7/21/09<br>7/22/09 | COX<br>BROOKS | Brooks accessed victim information - Victim information was found at Cox's residence during Search Warrant - Cox's phone# 714-240-4250 added to imprinted checks | Carol Heggins $5,000 attempt - Shaina Lavergne Sunk attempt - Christine Kham $8,050 - Thomas Evans $8,110.85 - Rogelyn Webb $5,000 - Ronald Davis $8,200 - Rinesha Green $1,500 - Lenia Williams $1,500 - Samuel Denton $1,500 - Sabrina Oelberry $1,200 | | |
| 60 | 9 | JOSE R ULLOA DBA 99CENT PLUS MARKET STORE | 10434 Manzanar Ave | Downey | CA | 323-593-7041 | $18,037.00 | $0.00 | $18,037.00 | 7/21/09<br>7/22/09<br>7/24/09 | COX<br>WADSACK | victim information found at Cox/Wadsack residences during Search Warrants - Distributor/Recruiter "Nephew" aka Wadsack, handwritten on victim info - Cox's phone# 714-240-4250 added to check delivery label - Cox's phone# 714-938-0708 (FBI wire #) printed on checks - Cox's address 414 E Arrow Hwy on check delivery | Jose Mejia $5,200 - Clifford Wilson Jr. $5,215 - Crystal Wolfgang $3,200 - Marie Pulaski $5,252 | | |
| 70 | 9 | Harjit Kaur Daljit Singh | 1033 Cactus Ave Apt C21 | Rialto | CA | 909-232-3183 | $8,953.20 | $12,049.83 | $21,000.00 | 7/22/09<br>7/28/09<br>7/30/09<br>8/4/09 | COX<br>BROOKS | Brooks accessed victim information - Victim information was found at Cox's residence during Search Warrant - electronic transfer $15,000 | Dennis Matchison $8,050.20, $2,900 - Leah McGee $8,000 attempt | | |
| | 9 | MARTHA CARO | 5127 WILD OATS LN | BONITA | CA | (619) 392-4591 | $74,000.00 | $26,035.80 | $100,035.80 | 7/24/09<br>7/28/09 | BROWN<br>SHAROPETROSIAN<br>TANDABAKYAN<br>MARKOSIAN BELL<br>COX<br>BENSON<br>WADSACK | BofA-FBI WIRE | Artur Antonyan $74,000 | | |
| | 9 | DAVID DORIGUERIAN | 300 W. COLORADO | PASADENA | CA | (818) 427-3131 | $0.00 | $102,455.98 | $102,455.81 | 07/28/09 | BROWN COX<br>BENSON | Chase-FBI WIRE | | | |

15B

EXHIBIT Y

EXHIBIT Y

EXHIBIT Y

15B

EXHIBIT Y

| # | Name | Address | City | State | Phone | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | STACEY A ERWIN | 2931 Wentworth Dr | Santa Clara | CA | | | | | | | | Jeffrey James $3,700 |
| 74 | KARL & GARRY NICHOLS | 18406 PRICKLY PEAR TRAIL | DESERT HOT SPRINGS | CA | (760)251-4802 | $115,200.00 | $0.00 | $115,200.00 | 7/23/20 | COX | Harland Clarke recording 314600087200 (Cox) - Cox's address 21919 PARTRIDGE LANE, DIAMOND BAR, CA on check delivery | Carla James re $15,200 – Shawna Carlson $15,200 |
| 75 | DAIAN BARAGHANIAN | 213 KEMP TONRD. | GLENDALE | CA | 818-637-2818 | $0.00 | $741,197.70 | $741,197.70 | 8/05/20 | SHANDPETROSIAN BROWN COX YACSACK BEISCH CASPARIAN MARKOSIAN OGANDZHANYAN | Chase FRAUD | |
| 76 | JACOB LOCKER | 6647 Vista Domus Blvd | Santa Barbara | CA | | $53,200.00 | $0.00 | $53,200.00 | 7/23/20 BROWN COX | Harland Clarke recording 314610725100 (Brown) - Runner Brandon Admin's cashed check on Andrew Sparks acct; delivery to parties found at Cox's residence during Search Warrant | Martin Ellis $15,200, $4,000 – Dayton Bergen $4,000 – Andrew Hayes $15,200 – Brent Ferguson $15,200, $8,200, $8,200 – XDagigi – Brandon $8,000 – Blanca Torres $15,200 re Dayton |
| 77 | JAMES BROOKSHIRE (VIOLA DEFRANCO) | 7772 Severson Dr | Los Angeles | CA | | $0.00 | $405,603.00 | $405,603.00 | 7/07/20 7/28/20 8/7/28 | COX BROOKS SMITH HAWKINS | 6 check orders 2014-2020, 2012-2019, 1916-1919, 1910-1919; victim information accessed by Brooks - electronic transfer; Search Warrants + FRAUD | N/A |
| 78 | AARON & ANN COACH | 3419 THOUSAND PALMS Ln | THOUSAND PALMS | CA | (702)834-4192 (702)234-5954 | $28,000.00 | $75,470.00 | $50,000.00 | 8/7/20 8/12/20 | COX | Harland Clarke reporting 956370461891 (Cox); electronic transfer $50,000 - Cox's address 21913 Partridge Ln was explained by Harland Clarke | Desmus Torres re $15,200 – Charles Everett $15,200 – LaSandra Lady $4,000 – Yhenisi Vynoso $15,200 – Marion Anderson $5,000 |
| 79 | David A. DIAZ | 1250 Avenida Loma Vista | San Diego | CA | | $6,500.00 | $0.00 | $6,500.00 | 8/26/20 2/6/20 | COX BROOKS | Brooks accessed information; victim information found at Cox's residence during Search Warrant; 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 handwritten on profile; Bank supplies 8/11/022 & handwritten checking on UPS driver | Kim Jin Ortiz $4,000 |
| 80 | TOMASA CALIENTES ATTORNEY AT LAW | 19100 CENTRAL AVE STE 116 | CHINO | CA | 909 590-7273 | $14,790.00 | $0.00 | $14,790.00 | 7/16/20 6/4/20 8/4/20 8/12/20 | COX | Cox's email address THAIRCHINO@YAHOO | Kimberly Pafael $15,200, $15,200 – Jacqun Xavier $13,200 – Javon Mosquez $15,200 |
| 81 | ROBERT AND DONNA WELMER | 2547 GREENLEAF DR | WEST COVINA | CA | | $17,316.91 | $0.00 | $17,316.91 | 7/16/20 8/4/20 8/12/20 | COX | Renal Alyssa Hofager cashed check on Carl Dry acct; Dry's profile was found at Cox's residence during Search Warrant | Agnes Mai $16,663.91, $15,200 – Alyssa Hofager $17,200, $17,200, $12,200 |
| 82 | KEIKON HIGGUM | 1615 HIGHLAND AVE. | LOS ANGELES | CA | 323-629-5094 | $0.00 | $17,319.31 | $17,319.31 | 8/12/20 | SHANDPETROSIAN BROWN COX BELL | Chase FRAUD | |
| 83 | ANGELITA FEINSTEIN | 27467 LATIGO BAY VIEW DR | MALIBU | CA | (310) 457-7544 | $19,000.00 | $10,180.00 | $29,000.00 | 8/5/20 8/7/20 8/14/20 8/17/20 | COX BROWN BROOKS | FBI WOI2 - Fixed address 1322 N Euclid Ave, Oroude check delivery | World Watson $4,000, $18,240 afenyet – Lapanches Charlie $2,000, $8,940 – Christopher Anjano $4,000 – Nancy Guadivarra $15,200 – April Dong $18,900 |
| 84 | THOMAS E VARCE (JOSEPH) VARCE | 21721 N. Osborn Rd | Lancaster | AZ | 200-370-5170 | $15,200.00 | $163,000.00 | $163,000.00 | 8/12/20 6/30/20 | COX BROOKS | victim information accessed by Brooks - victim information found at Cox's residence during Search Warrant; victim information on bank profile; Teri Dry acct found "handwritten on bank profile; Cox Dry address 419 E Avenue Ivy handwritten on bank profile; 419 E Avenue Ivy settled on checks; phoned 810-252-2762 handwritten on back during Search Warrant | Natural Woods $15,200 – Teri Depuesham $15,200 |
| — | Gregory G. Ileos | 11594 Birch Street | Largo | FL | 727-413-8438 | $3,610.00 | $0.00 | $3,610.00 | 8/14/20 8/11/20 | COX BROOKS | Harland Clarke recording 955025919831 (COX) - victim information accessed by Brooks - victim information found at Cox's residence during Search Warrant | Desilya Cooper $3,560 – Diamond Carson $3,200 – Alicia Carpacho $3,200 et'ene't |
| — | MARGO'S CHAVARRIA ISABALDO SEVERAIS SALVAGE | 1210 Doris Ln #104 | Covina | CA | | $0.00 | $375,000.00 | $375,000.00 | 6/01/20 6/10/20 | COX BROOKS | check order 150-152 - victim information accessed by Brooks - victim information found at Cox's residence during Search Warrant; Isabaldo's address 21217 Pavilion Ln was changed on account | |

| # | Name | Address | City | State | Phone | | | | | | Attorney | Dates | Description |
|---|------|---------|------|-------|-------|--|--|--|--|--|----------|-------|-------------|
| 87 | ELSA ROSAS & JOSE R. CEDILLO DBA JADE'S AUTO ELECTRIC | 15539 VALLEY BLVD | LA PUENTE | | | | | | | | | | Teresa Smith $5,000 – Celia Fasqua $7,500, $3,500 attmpt – Marquee Cervantes $9,100 |
| 88 | BRADLEY B MONAHAN (ELIZABETH MONAHAN) | 3163 Turnpen Ct | Fullerton | CA | 626-581-5811 | $19,500.00 | $19,570.13 | $11,500.00 | | COX BROOKS | | Rose Crost $7,500, $8,000 |
| 89 | EDWARD D ROTHERMAL MARGARITA E. ROTHERMEND | 4551 Lndsd Rd Apt 211 | Las Vegas | NV | 714-521-3759 | $9,090.00 | $0.00 | $9,000.00 | | COX CHASTON WADSACK WATSON | | |
| 90 | HOWARD ROSENFELD LORRAIN ROSENFELD | 1860 Tertiary Ave Unit 203 | Playa Del Rey | | 702-258-8318 | 192,300.00 | $3,300.00 | 187,400.00 | | COX BROOKS | | |
| 91 | PAUL A SMITH JACQUE L SMITH | 0418 Palmdale Way | San Diego | CA | 310-458-4459 | $37,200.00 | $0.00 | 237,200.00 | | COX BROOKS | | Kent Champoul $6,000 – Hulha H. IHE $7,500 – Annette Lawen Jones $5,800 |
| 92 | Edye D. Achens | 19 Fairway Dr Apt 18 | Derry | NH | 619-886-7695 | 129,000.00 | $0.00 | 129,900.00 | | COX BROOKS | | |
| 93 | LANE THOMAS ESSMAN | 7811 LENNOX RD RE UNT 258 | ATLANTA | GA | 619-315-4170 | $0.00 | $11,700.00 | $11,700.00 | | COX "Boo" | | Edwin Garcia $5,500 – Marjoa Morgan $4,200 |
| 94 | Gistens Construction Inc Thomas Lloyd Gistens Beth Gistens | 17482 Rawshod Dr | Yorba Linda | CA | 404-781-1655 | $7,740.00 | $0.00 | $7,740.00 | | COX BROOKS | | Tomda Morgan $7,500 attmpt – Crystal Estrom $5,000 attmpt – Charles Stud $5,000 |
| 95 | Donald E. Wellington Celee Y. Wellington | 768 N. Reese Ave | LOS ANGELES | CA | 714-515-1878 | $9,900.00 | $16,150.09 | $91,000.00 | | COX (HAWKINS  SMITH) BROOKS | | George Ayeasa $7,500 |
| 96 | Brian M. Katz Lisa H. Katz | 3200 Armada St | Westilin | CA | 310-637-7474 | $7,300.00 | $25,700.00 | $31,100.00 | | COX HAWKINS BROOKS WATSON | | |
| | ALDER KOMMUNADAH 0044 KOMMUNAH MORTGAGE | 7201 CALIFORNIA AVE | SANTA MONICA | CA | (310)784-4044 | 234,320.00 | $15,030.00 | $14,472.00 | | COX | | Jens Perez $9,900, $7,900 |

EXHIBIT Y

| # | Name | Address | City | State | Phone | | Account | Amount | Amount | Amount | Search terms | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | MARK NYE AND CHRISTINA A BARRETT | 15749 Palo Alto Ave | Chino Hills | CA | | | | | $150,420.00 | $150,420.00 | COX HAWKINS | N/A |
| 10 | AL TURE | 10940 SCRIPPS RANCH #113 | San Diego | CA | (657)255-5939 | | | $0.00 | $0.00 | $23,548.00 | COX WADSACK WATSON | Thomas Jenkins 19,504 attempt + Jose Perez 17,000 |
| 10 | GAYLE, CONRAD OR Wanda M. Conrad | 4598 BALMORAL CT | NEWMARKET | VA | 301-515-5197 | | | $0.00 | $3,990.20 | $9,980.80 | COX WADSACK WATSON | Travis Charles #1710 $9,500 located during UG transition |
| 10 | RYAN P. SEEMAN (DOUGHARTY R. SEEMAN) | 7278 Genetic Ave | Van Nuys | CA | 818-908-8403 | | | $0.00 | $0.00 | $0.00 | COX BROOKS | N/A |
| 10 | Peter Coleman R.N. | 5511 Richmond Ave | Garden Grove | CA | (714)251-1511 | | | $15,500.00 | $147,200.00 | $181,500.00 | COX BROOKS | |
| 10 | RONALD A SCHINDLER | 12922 1ST MARK ST | Garden Grove | CA | (714) 871-4924 | | | $11,500.00 | $5,900.00 | $17,400.00 | COX BROOKS WASHINGTON SMITH | |
| 10 | AARON FELDMAN | 129 Arcadia ave | Santa Clara | CA | 650-372-6074 | | | $8,750.00 | $35,750.00 | $143,900.00 | COX SMITH BROOKS | |
| 10 | Barry Cramer Lee K. Cramer | 756 W EFM CT | UPLAND | CA | 205-534-9615 | | | $7,350.00 | $0.00 | $7,350.00 | COX SMITH WASHINGTON | |
| 10 | BAGARDAR JANTSOM BILL EDWARD SLOKEN LAWRENCE K HANSEN | 5895 Trinidad Way | Buena Park | CA | 714-527-4243 | | | $17,271.60 | $0.00 | $17,271.60 | COX BROOKS | |
| 11 | Stephen Conrad Grantham Jean G. Grantham | 18915 Banner St | Northridge | CA | 818-848-8191 | | | $0.00 | $150,000.00 | $150,000.00 | COX HAWKINS BROOKS | N/A |
| 11 | Janice R. Barry | 10811 Obert St | Houston | TX | | | | $1,750.00 | $29,195.00 | $42,090.00 | COX BROOKS | James McCracko 13,700 |

EXHIBIT Y

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 109 | 11 | ALEX C HOROWITZ TONI HOROWITZ BOTH DECEASED TRUSTEE IS SON JACK HOROWITZ | 5321 Mount Helena | Los Angeles | CA | 323-694-5387 | $5,063.03 | $20,555.00 | $35,518.03 | 12/19/09 12/21/09 3/13/10 4/1/10 4/12/10 | COX | victim information found at Cox's residence - Cox address Golden Prado handwritten on info - 3 electronic transfers $9875, $9593, $9785 | Cristal M, Said B (Johnson Housekeeping) $4,000 - unknown suspect $1,663.03 | | |
| 110 | 11 | JAY H. KOHAN ELIZABETH KOHAN CONSTANCE C KOHAN | 10249 ICEFIELD CT | Corona | CA | 949-370-3142 | $12,391.00 | $19,300.00 | $31,691.00 | 12/22/08 12/24/08 12/29/08 12/21/09 12/22/09 | COX BROOKS | Brooks accessed victim information - victim information was found at Cox's residence - Cox's phone# 714-240-8258 handwritten on bank profile - electronic transfers $11,950, $4,700, $500, $5,200 - Runners "Marshall Houille, Wendy Wimmler, Eddie Lowry, and Forbes Housekeeping" handwritten on profile | Sharina Worthen $6,342 - Trenica Contreas $4,049 - Unkown suspect $2,500 attempt - Unknown suspect $3,000 attempt - Unknown suspect $2,500 | | |
| 111 | 11 | ALLEN J SILVERMAN DANA SILVERMAN | 1500 Palisades Dr | PACIFIC PALISADES | CA | 310-454-4960 | $34,100.00 | $0.00 | $34,100.00 | 5/26/09 12/27/09 12/29/09 12/30/09 | COX KENNEDY - "LIL G" | Harland Clarke recording 434335603401 - victim information found at Cox's residence during Search Warrant - "Cox" handwritten on victim info - Kennedy's address 2803 East Riverside Dr handwritten on victim info | Kenneth Thompson $4,880 - Juanita Cruz $8,400 - William Atchinson $8,700 - Juanita Cruz $5,000 - Tamara Jordan $6,500 - Ryan Swarlout $4,700 | | |
| 112 | 11 | BERNARD ABRAMSON | 200 GLENWOOD CIRCLE APT D4 | MONTEREY | CA | 831-648-0271 | $21,200.00 | $0.00 | $21,200.00 | 1/5/10 1/7/10 1/8/10 | COX | Cox's email address Thebiggone@yahoo captured by bank | Nathan Smith $7,500, $8,200, $5,500 | | |
| 113 | 11 | L & G Enterprises | | | | | $0.00 | $0.00 | $0.00 | 01/27/10 | COX | victim information found at Cox's residence during Search Warrant - Wells Fargo acct | N/A | | |
| 114 | 11 | ALAN O. GOULD | 8452 BOSECK DR UNIT 228 | Las Vegas, | NV | 702-340-8415 | $43,481.78 | $0.00 | $43,481.78 | 1/29/10 2/1/10 | COX | Cox's phone# 714-240-8258 was captured by victim - electronic transfers $72,800 | Stanley White $2,601.76, $4,200.85, $3,600 - Sarah Stevens $1,512.72, $2,250.20 - Tiffany Burnett $6,510.80 - Jeremy Poole $3,341 - Taylor Gentry $5,400, $2,000 - Njeri Garth $3,543.81 - Cardell Pryor $4,510.81 - Salina Shipp $3,021.55 | | |
| 115 | 11 | Tony P Chu Grace S Su | 11 Heatherwood | Irvine | CA | 629-448-1919 | $48,400.00 | $0.00 | $48,400.00 | 1/14/10 1/25/10 1/26/10 1/29/10 | HAWKINS COX | victim information found at Hawkins residence during Search Warrants - electronic transfers $32,300 - Runners "Sophia Franco, Jean Bledsoe, Ismael Avila, Damon Cairns, Dennis Meeks, Brenda McDonald, and Jayshawn Nettles" handwritten on Mike Franco online banking found at Cox's residence during Search Warrant | Ismael Avila $4,600 - Damon Cairns $5,000 - Denis Meeks $6,000, $6,000 - Sophia Franco $6,000, $5,000 - Sarah Stevens $2,300 - Ana Burke $4,000 - Jean Bledsoe $3,000 - Brenda McDonald $7,000 | | |
| 116 | 11 | TRUCK AND SUV SUPERSTORES MASOOD KHOROSHI | 17812 OLD WINERY WAY | POWAY | CA | 619-778-2427 | $30,900.00 | $0.00 | $30,900.00 | 2/7/08 12/3/09 1/25/10 1/27/10 1/28/10 1/29/10 2/4/10 2/12/10 2/16/10 12/17/10 12/18/10 | HAWKINS COX | Harland Clarke recording 140243188001, 100243250001, 320257220701, 776444201501, 180400655100, 180401741901 - victim information found at Cox/Hawkins residence during Search Warrants - Hawkins phone# 323-781-5081 added to check delivery - Hawkins addresses 105 W. Scott, Long Beach, and 20321 Seine Ave., Lakewood used for check deliveries - Cox said Hawkins voice is on the calls to Harland Clarke - electronic transfers $17,200 - additional CHASE attempts not calculated | Rockne Brown $9,300, $3,200, $8,200 - Robert Howard $2,600, $6,200 - Rebekah Reynolds $4,400 | | |
| 117 | 11 | CHARLES NIELSEN | 3814 CAMBRIDGE RD | CAMBRIDGE PARK | CA | 530-877-1858 | $8,500.00 | $0.00 | $8,500.00 | 1/28/10 1/29/10 2/8/10 | HAWKINS COX | Hawkins address 20821 SEINE APT E, LAKEWOOD by Harland Clarke - Runners Robert Howard, and Rebekah Reynolds cashed checks on Truck and SUV acct. Truck and SUV acct. info was found at Cox/Hawkins residence during Search Warrant | Robert Howard $3,500 - Rebekah Reynolds $5,000 | | |
| | 11 | CURTIS S. KORN KATHLEEN A KORN | 4284 Calle De Vida | San Diego | CA | | $0.00 | $0.00 | $0.00 | 2/9/10 10/13/09 10/14/09 | COX BROOKS | Brooks accessed victim information - victim information was found at Cox's residence during Search Warrant - Harland Clarke recordings 725544023201, 295552520401, 705553080401 - Cox's address Paintbrush lane handwritten on bank profile | N/A | | |
| | 11 | Carl R. Goldberg Sarah H. Postyn | 32 Downey Place | Oakland | CA | 418-565-6337 | $0.00 | $300,000.00 | $300,000.00 | 02/10/10 | COX BROOKS | 2 check orders 2751-3350, 3351-3650 - Brooks accessed victim information - Victim information was found at Cox's residence during Search Warrant | N/A | | |

15B

Page 9

EXHIBIT Y

EXHIBIT Y

EXHIBIT Y

| # | Name | Address | City | State | Phone | | | | | Contact | Notes |
|---|------|---------|------|-------|-------|---|---|---|---|---------|-------|
| 120 | WILLIAM J SANCHEZ / HUALLA RISSELL | 41815 Costa Brava | Temecula | CA | 951-297-6742 | $33,390.00 | $0.00 | | | COX BROOKS SMITH | Brooks accessed victim information - victim information was found at BrettCox's residence during Search Warrant - Barbara, Tyler Bidock, Tracy Burgett, Lisa Brewer, Tersea Markley, Paul Grove, Samantha / Brennan on bank profiles |
| 121 | DAVID C LUDWIG / VICTORIA LUDWIG | 2711 W 23 rd St | Torrance | CA | 310-320-4655 | $15,000.00 | $0.00 | | | COX BROOKS | Brooks accessed victim information - victim information was found at BrettCox's residence during Search Warrant - electronic notes |
| 122 | ARTHUR E KLEINMAN | 7211 Bennediet Canyon Dr | Beverly Hills | CA | 424-334-4403 | $41,700.00 | $0.00 | | | COX BROOKS ARIAL SMITH | Brooks accessed victim information - victim information was found at Cox's residence during Search Warrant on bank profile - Former "Victor Samantha, Teresa Markley, Kyra Duffey, Chantel Harley, and Anora Lewis" handwritten on bank profiles - Cox on his office desk at Wells fires (credit card fees at Harley Davis is not authorized) |
| 123 | DESIDERIO S. MAGNES / FRED W AND MARY R. SMITH MEDICAL NOTION ACCOUNT | 1504 CHAMPION HILLS LN | LAS VEGAS | NV | 417-414-6019 | $0.00 | $178,000.00 | | | COX BROOKS RUFASHOSA | check order 30160-70803 - Brooks accessed victim information - Victim information was found at Cox's residence during Search Warrant - Cox's placed 714-324-824 |
| 124 | MICHELLE R. KAISER / THOMAS E. KAISER | 10330 Oaks Row St. | Los Angeles | NV | 707-453-5073 | $178,000.00 | $0.00 | | | HAWKINS COX RUFASHOSA BROOKS | check order 30163160 - Brooks accessed victim information - Victim information was found at Cox's residence during Search Warrant |
| 125 | PCHD BOTTOM TRUST | | | | | $175,000.00 | $0.00 | | | COX RUFASHOSA | check order 37013166 - Cox's placed $16530-$156 captured on check order - "Rufashosa" handwritten on check order |
| 126 | | | PETALUMA | CA | 707-793-5024 | $18,200.00 | $0.00 | | | COX KENNEDY WASSACK RUFASHOSA BROOKS WATSON | Brooks accessed victim information - victim information was found at Cox's residence during Search Warrant |
| 127 | DENNIS WILSON / MICHELLE WILSON | 3314 Chinatowerre St | San Bernardino | CA | 909-652-2715 | $153.83 | $187.87 | | | COX | Victim info found at Cox's residence during Search Warrant - electronic notes $153.83 |
| 128 | JEANETTE MAYER / STEVEN MAYER | 15 Gauli of Fierce | Carlsbad | PA | 619-314-6187 | $0.00 | $0.00 | | | COX BROOKS | Brooks accessed victim information - Victim information was found at Each Cox's residence during Search Warrant |
| 129 | Frank Rodbman / Annabelle Corbani (deceased) | 1492 Rural St Lynd Ln. | Citrus Heights | FL | 916-624-6793 | $79,100.00 | $0.00 | | | HAWKING COX BROOKS | Brooks accessed victim information - victim information was found at Cox's residence during Search Warrant - Barbara Anely Calhann, Eloise White |
| 130 | BARBARA EARL NIELSON | 1290 SL OCEAN LANE #2182 | FORT LAUDERDALE | FL | 603-524-3410 | $42,000.00 | $0.00 | | | COX BROOKS VANDLER CHATTON | Brooks accessed victim information - victim information was found at Cox's residence during Search Warrant |

EXHIBIT Y

EXHIBIT Y

Page 11

| | Name | Address | City | State | Phone | | | | Dates | | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | MICHAEL MURPHY / MARY MURPHY | 1224 Chartwell Drive | Argyle | TX | 972-836-6411 | $0.00 | $0.00 | | 3/26/2010 3/26/2010 3/26/2010 | COX | |
| 13 | BRIAN NELSON / MELINDA NELSON | 1320 Clerihew Rd | Beverly Hills | CA | 310-471-7493 | $4,600.00 | $37,700.00 | $71,500.00 | 3/9/2010 3/9/2010 12/4/2013 | COX WINSOCK BROOK'S CHATTON | |
| 12 | JANA OLSEN / SCOTT OLSEN | 4195 Brook Bay Ct | Las Vegas | NV | 702-471-8871 | $4,255.00 | $0.00 | $51,655.00 | 3/26/2010 3/26/2010 10/16/2013 12/4/2013 | COX HARKINS BROOKS | |
| 18 | CHRISTOPHER RAHN / CHERYL L. SMITH | 3796 Cascade Court | San Diego | CA | | $41,802.23 | $0.00 | $43,502.23 | 2/4/2010 3/3/2010 3/17/2012 3/17/2012 6/4/2013 6/4/2013 | HARKINS CHICKENZ ROCKELTON SMITH BAY HALL SMITH | |
| 12 | STEVE M. MORRISON / JANE MORRISON | 32195 Strecker Dr | Lake Forest | CA | | $20.00 | $299,080.00 | $303,922.89 | 2/3/2010 | COX | |
| 12 | MIKE A. FRANCO / LUPE M. FRANCO | 9215 WALKER AVE | BELL | CA | 323-771-4239 | $20,540.00 | $10,719.00 | $10,334.69 | 6/4/2013 | HARKINS COX | |
| 13 | ART SCHINDLER | 3400 Chelsworth Apt 23 | WOODLAND HILLS | CA | 818-341-4356 | $80,300.00 | $0.00 | $43,750.00 | 3/9/2010 | COX CHATTON BROOKS HAMKILL WATSON RUSSAKOVA | |
| 12 | ROGER DAVIS | 1 Eastwater St | MARSHALL'S KEY | CA | 818-441-1018 | $0.00 | $0.00 | $10,200.00 | 3/3/2010 | WATSON BROOKS | |

EXHIBIT Y

| # | Name | Address | City | State | Zip/Phone | | | | Code | Description | |
|---|------|---------|------|-------|-----------|---|---|---|------|-------------|---|
| 17 | SETH A. GORDON | 13430 CASCO RD | APPLE VALLEY | CA | | $17,600.00 | $0.00 | $17,600.00 | 4/6/19 | COX CHATTON | | |
| 17 | ALAN GREENBERG / CYNTHIA GREENBERG | 12731 E. Cascader | Scottsdale | AZ | 480-241-2493 | $9,000.00 | $9,000.00 | $18,000.00 | 4/7/19 / AV/A 4/7/19 | COX | | |
| 17 | Kroger E. Lewis, CDN | 1822 Whittier Drive Ln 458 | BEVERLY HILLS | CA | 18-482-5811 | $93,750.00 | $0.00 | $93,750.00 | 4/6/19 | COX BROOKS | | |
| 12 | Femila e St. Shane / Katherine Shane | 915 Stanford Heights Ave | San Francisco | CA | 415-816-6242 | $15,000.00 | $0.00 | $15,000.00 | 4/6/19 | COX BROOKS EUFAUSIA HASKELL DUNLAP | | |
| 17 | | 716 Greenlove St. | Santa Cruz | CA | 310-349-3301 | $44,500.00 | $0.00 | $88,000.00 | 4/7/19 | COX HASKELL HASKELL BROOKS | | |
| 13 | ALANE SILVERMAN | 17593 Lucke Pierce Dr Apt CA70 | Marina Del Rey | CA | | $0.00 | $10,000.00 | $10,000.00 | 4/7/19 | COX | | |
| 13 | ALANE SILVERMAN | 1711 CHICHAWATER AVE UNIT 155 | WOODLAND HILLS | CA | | $17,500.00 | $0.00 | $17,500.00 | 4/7/19 | COX HASKELL HASKELL DUNLAP | | |
| 13 | BENNY DITZ | 5609 RIDGEWAY LAKE 5 DR. | SACRAMENTO | W. | (916)123-9999 | $17,500.00 | $0.00 | $17,500.00 | 4/6/19 | CHATTON COX | | |
| 15 | DALE & LINDA STROUD | 19624 JESSICA CIR | CERRITOS | CA | (407)691-1145 | $19,900.00 | $29,000.00 | $19,000.00 | 4/7/19 | COX BROOKS HASKELL EUFAUSIA CHATTON | | |
| 15 | DAVID R (VIAEA) / NIRALA (VIAEA) | 2327 Snyder Ln | Nazareth | CA | | $19,500.00 | $19,000.00 | $29,500.00 | 4/6/19 | COX BROOKS | | |

EXHIBIT 17

151
154
153
152
151
150

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | VOLLMA A POPE AND<br>NICHOLAS POPE<br>TRUSTEES A FAMILY<br>TRUST OF WILLIAM<br>ANTHONY POPE &<br>MONICA MARGARET<br>POPE | 1951 Fontana Vista Way | Upland | CA | 951-860-0-231 | $194,820.00 | $4,950.00 | $189,870.00 | 4/27/10<br>4/23/10<br>4/09/10 | HAYKNES<br>COX | Victim information found at Cox's residence during<br>Search Warrant. Victim<br>information was found at Cox's residence during<br>Search Warrant |
| 13 | Aure David,<br>David Parks | 1951 Fontana Vista Way | Upland | CA | | $193,820.00 | $4,050.00 | $189,870.00 | | | |
| 13 | RICHARD A ROYSON<br>Marvin Brown | 2170 CENTURY PARK E<br>#1103 | LOS ANGELES | CA | 310-691-0208 | $191,230.00 | | $191,168.00 | 5/2/10<br>5/4/10<br>4/6/10 | COX<br>BROOKS<br>HAYKNES<br>RUFANINGA<br>DUNLAP | Brooks accessed victim information - Victim<br>information was found at Cox's residence during |
| 13 | Lee E. Silverman<br>Amy L. Silverman | 11123 Wachenvielo Dr | Scottsdale | AZ | 480-443-7147 | $10,700.00 | $619 | $10,050.00 | 5/6/10<br>5/7/10 | HAYKNES<br>COX | Victim information found at Cox's residence during<br>Search Warrant |
| 13 | JOSEPH P. RYANS<br>TERESA RYANS<br>Jennifer Keyser | 11 Cresthaven Ct, | Simpsonville | SC | 858-836-4-232 | $619 | $619 | $619 | 5/5/10 | COX<br>HAYKNES<br>BROOKS | Brooks accessed victim information- Victim<br>information was found at Cox's residence |
| 13 | | | Los Gatos | CA | 408-356-6987 | $197,600.00 | $197,600.00 | $197,600.00 | | COX<br>BROOKS | Brooks accessed victim information - Victim<br>information found at Cox's residence |
| 13 | ROBIN A. B DEFOYES<br>MICHAEL A DEFOYES | 1933 SYCAMORE<br>CREEK WAY | PLEASANTON | CA | 925-344-0131 | $629 | $629 | $629 | 5/4/10<br>4/1/10 | HAYKNES<br>HAYE S<br>COX | |
| 13 | DONJI KATZ<br>Robert Katz | 118 BOYER LN | | CA | | $1,075.00 | $1,075.00 | $1,075.00 | | COX<br>BROOKS | |
| 13 | ALLEN GREENFIELD<br>CHARLEN EA<br>GREENFIELD<br>CAROL GREENFIELD | 1383, PINNACLE ST | VISALIA | CA | 916-991-4037 | | | | 6/28/10<br>6/23/10<br>8/2/10<br>6/9/10 | COX<br>BROOKS | |

158

EXH1817

| # | Name | Address | City | State | Phone | Amount | Amount | Amount | Amount | Date | Entity | Description | Comparator |
|---|------|---------|------|-------|-------|--------|--------|--------|--------|------|--------|-------------|------------|
| 12 | JOHN D MCDOWELL | 125 Thalia St | Laguna Beach | CA | 949-673-3500 | $11,200.00 | $1,200.00 | $10,000.00 | | 5/19/10 5/31/10 | COX | Runner LaToya Hampton cashed check on Tim Jones acct. Acces profile was found at Cox's residence during Search Warrant | Tommy Sandrini 10,000 - LaToya Hampton $5,000 - Amanda Sanchez $5,000 attempt |
| 13 | JASON WROTH ASHLEE L ROTH | 32 Monroe St | Bar Cia | CA | | $0.00 | $42,394.58 | $42,394.58 | | 5/24/10 5/17/10 | COX BROOKS | Brooks accessed Victim information - Victim information was found at Cox's residence during Search Warrant. Cox's printed $10,298 from handwritten on victim info - electronic transfers $19,546.58 - Runner LaRosa Martin, Christopher Bardon, and Ava Consulting handwritten on victim info | N/A |
| 14 | THOMAS W MAGNO ADRI MAGNO TRUSTEE TRUSTEE MAGNO FAMILY TRUST | 1050 OCEAN CT | RIVERSIDE | CA | 951-687-1425 | $3,900.00 | $0.00 | $3,100.00 | | 5/25/10 5/24/10 7/22/10 6/7/10 | COX BROOKS | Brooks accessed Victim information - Victim information was found at Cox's residence during Search Warrant - Runner Amardip Tamm, Cox's acct. Henya Verma, Jerry Sanson, Johnson, Coffee, Rangers Lapine, Marques Johnson, Linzay Jones, Carpen Verma, Marques Johnson, and Joseph Howard handwritten on profile | Amardip Tamm $3,900 |
| 15 | TIMOTHY (TIM) JONES LIZETTE G JONES | 1550 Carrilo Sullivan Rd | Camino Diry | CA | 619-312-5808 | $31,200.00 | $0.00 | $31,200.00 | | 5/27/10 | COX BROOKS | Brooks accessed Victim information - Victim information was found at Cox's residence during Search Warrant | Starsky Tabor $8,200 - Joseph Howard $3,200 - LaToya Hampton $7,200 - Nicholas Wei $7,200 |
| 16 | MARTIN JACOBS FAMILY TRUST MARTIN JACOBS TRUSTEE ANDRIA JACOBS TRUSTEE | 1153 GEORGINA AVE | SANTA MONICA | CA | 310-458-7773 | $10,380.00 | $4,815.00 | $31,615.00 | | 6/6/10 10/1/10 6/6/10 | COX MARCUS CRAYTON MAXWELL WATSON | Hawkins placed $10,527.00 [?] cashed on bank profile - Runner Jason Hogan[?] Watson-Martin cashed on Jacobs Hogan - Janae Ichay handwritten on Watson. Martin/Crayton - Runner Jason Hogan handwritten on bank profile - Jason Hogan handwritten on AV SoHo/Cox profile found at Cox's residence during Search Warrant - Runner Jason Hogan cashed check on Pedro Guevara - Jason Hogan/Cox/Maxwell residence during Search Warrant - Runner Jessica Taylor cashed check on Jacobs, Pedro Guevara handwritten on Jacobs info found at Cox's during Search Warrant | Jason Hogan $4,815 attempt - Jessica Taylor $3,000, $3,000 - Linzy Jones $3,000 - Henya Zakane $3,000, $3,000 |
| 17 | JOSEPH VILLMIA FREYTE ARLENE Y FREYTE | 11053 Richardson St | Loma Linda | CA | 951-317-1305 | $25,200.00 | $0.00 | $25,200.00 | | 6/7/10 6/14/10 6/7/10 | COX | Victim information found at Cox's residence during Search Warrant - 15/6 $14297? and 12/7/22 15727? 11044 handwritten on victim info | Robert Rubicki $9,200, $3,200 - Sherda Weber $4,100 - Drenika Dantar $3,200 - Marcus Major $3,200 - Jessica Taylor $3,300 |
| 18 | PEDRO GUEVARA CHARLES KEWCOMO | 14176 DIAMOND HEIGHTS BLVD APT 207 | SAN FRANCISCO | CA | (415) 860-4522 | $16,100.00 | $0.00 | $15,100.00 | | 6/5/10 6/7/10 | COX MAXWELL CRAYTON BUFORODIA | Victim information found at Cox's residence during Search Warrant - Hash McCaul cashed as bankers who gave him this check and asked him to drive where to cash checks | Richard Guerra $3,300 - Francesca Christian $3,100 - Jason Hogan $3,000 - Janae Tate Watt $3,100 |
| 19 | ALAN M ROSENSTEIN NO TRUSTEE FOR DONNIE HANSON | 109 15TH AVE | SAN FRANCISCO | CA | 415-374-7754 | $9,242.00 | $5,500.00 | $97,242.00 | | 6/10/10 | HAWKINS COX | Hawkins listed address 11045 Brodynjea Ave, Hawkins was captured by bank (Alan on DMV photo) Smith acct with Hawkins phone# 314-374-5771) - electronic transfer $8,500 - Runner Dante Lopez, and Dante Heyes handwritten on AV Schroder profile found at Cox's residence during Search Warrant - Runner Elyssa Lopez cashed check on Alan Download acct, Download profile found at Cox's residence during Search Warrant | Elyssa Lopez $5,500 - Dante Heyes $3,147 |
| 20 | DONALD L STANGENCROBO | 15077 Greenbriar Ave | Bellower | CA | 550-339-1078 | $17,500.00 | $4,678.00 | $13,678.00 | | 6/30/10 | COX | Runner Samuel Dyson handwritten on Alan Smith info found at Cox's residence during Search Warrant - Marcovia Frazidam $12,275 | Adam Brown $5,200 - Marque Pass $4,200 - Samuel Dyson $4,400 - Gary Brodingbird $3,100, $3,000 |

158

EXH1817 Y

| Name | Address | City | State | Phone | | | | Dates | | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| TEEGHAN GHIONZU / LAKSHI GHIONZU | 615 REDZALM | ANAHEIM | CA | (714) 612-0019 | $55,250.00 | $75,750.00 | $49,010.00 | 8/09/20 / 2/07/20 / 3/07/20 / 0/14/70 | COX / SUNG-JP / WATSON | Harris accessed victim information during victim's residence... |
| KARISA NICHOLS / CURTIS NICHOLS | 4001 OLIVER RD | CROSBY | TX | 713-664-0423 | $16,020.00 | $0.00 | $16,020.00 | 0/1/00 / 0/17/70 / 0/14/70 | COX / VI?000 | Victim information found at Cox/Forney residence during... |
| GREER FYTTHAL | 22607 SANCOSA | | CA | 649-205-0212 | $7,015.00 | $0.00 | $7,015.00 | 0/00/00 / 0/17/70 / 0/14/70 | COX | Victim information found at Cox residence during... |
| MICHELLE B. CONRAD / MATTHEW H. CONROR | 18 HELMAYTH RD | WOODBRIDGE | CT | 203-649-0033 | $3,900.00 | $0.00 | $3,900.00 | 0/1/00 / 0/10/70 | COX | Victim information found at Cox's residence during Search Warrant |
| GAIL M. WALLACE / FRANCISCO SINHA | 1373 El Camino Ave | Oakland | CA | 615-442-9400 | $14,400.00 | $0.00 | $14,200.00 | 0/00/00 / 0/17/70 / 0/14/70 | COX | Former Jessica Woods cashed checks at Rand... |
| Thadeus Redmond Jones | 50 Warren St, Apt 431 | Peabody | MA | | $0.00 | $0.00 | $0.00 | 29/1/70 / 6/1/70 / 7/20/70 | COX | Emails accessed victim information during Search Warrant / associated with victim Andrew |
| HILLARY LARSEN / Ignacio Esbarra | 384 VILLA DEL LAGO IDILOST A | CHINO HILLS | CA | 909-614-6300 | $20,000.00 | $12,000.00 | $15,000.00 | 6/09/70 / 7/1/70 / 7/20/70 | COX | Emails accessed victim information / Victim Andrew... |
| LORI JULIEN / ... / Esteban D. Curpran | 15728 MANGINO DOT 315 | LOS ANGELES | CA | (313) 865-1120 | $14,872.00 | $0.00 | $14,672.00 | 0/00/70 / 7/8/70 / 7/1/70 | RAMONA / COX | Victim information found at Ramirez residence... |
| Camile Butcher / Weimman | 1513 VISTA AZUL | SAN Clemente | CA | (949) 871-4233 / (949) 880-4170 | $7,300.00 | $14,300.00 | $21,330.00 | 7/8/8 / 7/1/70 / 7/8/70 | | Emails accessed victim information... |
| KORESZLY A CLERZINS | 1316 VISTA AZUL | OAK PARK | CA | 949-280-2411 | $3,500.00 | $0.00 | $3,500.00 | 7/8/70 / 7/2/70 / 7/1/70 | COX | Ramera accessed victim information... |

EXHIBIT Y

| # | | Address | City | Phone | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 176 | KODY COHEN | 1691 S. CAREY AVE SP 152 | CORONA | (909)210-4498 (909)210-4498 | $16,977.30 | $0.00 | $16,977.30 | COX RUF/AKISHA HUTTON DUNLOP TIP SMITH HAYNES "SOX" "Joshua WOODLAND" COLEMAN | 7/8/18 7/8/18 | | | | Carlos Rodriguez $13,391 - Angelica Marlana $9,222 - Ricardo Salazar $8,224 - David / Petra $9,174 |
| 177 | ARNOLD H. COLDBERG INA D COLDBERG | 421 Vista Way | Bandon | TX | $11,410.60 | $8,000.00 | $18,900.00 | COX Day - Little Deltaal Baytdukst | 7/15/18 7/16/18 | | | | Matthew Woods $4,100 - Nicholas Nix $9,600 - Betty Young $9,200 |
| 178 | RICHARD L. KRAVITZ MELANIA L. KRAVITZ | 4841 EYNLINO DR | CARMICHAEL | CA | $9,502.03 | $9,750.00 | $14,700.00 | COX BROOKS | 7/16/18 7/16/18 | | | | Betty Young $6,845 - Tanisha Lewis $4,556 |
| 179 | JOSEPH DOR & JOE SHOW DUNLOP | 2718 GILMAY AVE | Las Vegas | NV | $29,326.60 | $6,616.00 | $33,000.06 | COX HAYNES | 7/16/18 7/26/18 | | | | Tracy Reyes $5,262 - Sandy Sanchez $4,222 - Toni Reyes $2,299 - Chase Isabel $4,610 - Joseph Payne $4,690 - Gary Hughes $4,271 |
| 180 | ERIC J. SCHINDLER GARRET SCHINDLER | 13228 Creek 502 Road | EL CAJON | CA | $10,754.00 | $10,538.00 | $15,197.20 | COX | 7/26/18 7/26/18 7/28/18 | | | | Amy Yoshimoto $9,910 - Lorenna Cabatit $4,795 - Nathan Yellow Horse $4,540 |
| 181 | | 7855 NATOMA ST | CORONA | CA | $14,900.00 | $17,200.00 | $10,900.00 | COX BROOKS | 7/27/18 7/26/18 | | | | Colin Figueroa $4,610 - Edea Sharpen $8,300 - Amy Deshoun $5,300 - Nicholas Bila $5,590 - Nathan Bila $3,270 - Amy Deshoun $6,500 |
| 182 | ROBERT JOHNSON BETTY R. JOHNSON STEPHEN B. KLEIN | 809 GREENGLADE | WILL VALLEY | CA | $0.00 | $0.00 | $0.00 | COX | 07/07/18 | | | | Cox's phone# 415-529-3264 captured by bank |
| 183 | David K. Gottlieb Diane P. Gottlieb | 6200 Park Ridge | Calabasas | CA | $79,720.00 | $73,300.00 | $18,000.00 | COX BROOKS HUTTON | 4/9/18 4/2/18 4/5/18 6/3/18 6/9/18 | | | | N/A |
| | RITA TUAN | 11242 Marquetta Creek Hwy | San Diego | CA | $0.00 | $0.00 | $0.00 | COX KENTUCKY | 11/6/18 | | | | Samantha Hopkins $3,500 - Melissa Robinson $3,300 - Cassalyn Silen $3,500, $3,300, $4,600 - Frederick Coleman $4,200 |

EXHIBIT Y

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 185 | 14 | MARGOT E. HIRSCH | 1870 Jackson St Apt 603 | San Francisco | CA | 415-513-1578 | $19,520.00 | $0.00 | $19,500.00 | 8/10/10<br>8/11/10 | COX<br>BROOKS | Brooks accessed victim information - Victim information was found at Cox's residence during Search Warrant - Cox's phone# 415-200-5208 handwritten on profile - Runners "Crystal Miranda, Crystal Richards, Portia Scales, Zguana Allen, and Quantay Tarvin" handwritten on profile | Crystal Miranda $8,000, $3,000, $5,600 - Quantay Tarvin $3,200 | | |
| 186 | 14 | Carolyn Goldberg<br>Robert Goldberg | 53 Cornell Dr | Rancho Mirage | CA | 049-484-6020 | $0.00 | $37,000.00 | $37,000.00 | 8/2/10<br>8/9/10<br>8/12/10 | COX<br>BROOKS | Brooks accessed victim information Victim information was found at Cox's residence during Search Warrant - Runners Anita Winder, Gary Hughes, and Trilla Johnson handwritten on profile - 7 electronic transfers between 8/2 to 8/9 $37,000 - UPS check delivery 1Z1701201303670250 handwritten on victim info | Trilla Johnson, Anita Winden, and Gary Hughes handwritten on bank profile | | |
| 187 | 15 | SOHRAB LEVI & ROYA ELYASZADEH | 360 N. GUNSTON DR | LOS ANGELES | CA | (310) 670 - 0063<br>(310) 472 - 1848 | $117,147.72 | $3,900.00 | $121,047.72 | 5/5/09<br>5/8/09<br>5/11/09<br>5/12/09<br>6/22/09<br>8/11/10<br>8/12/10 | COX<br>SMITH<br>YOUNG<br>BROOKS<br>HAWKINS<br>HUTTON | Brooks accessed victim information - victim information found at Cox/Hawkins residence during SW - Runner ID of Young/Smith - Harland Clarke recording 804030440003 - Cox's phone# 415-200-5208 captured by bank and handwritten on profile - Runner Samantha Hopkins Crystal Miranda, Pamela Darzkobe, Tamera Chavies, Michael Thompson, Miranda Rice-Wyse, Riba Jordan, Walter Anthony, Sun'zee Williams, Brandi Rael, Zguana Allen, and Dashae Craig handwritten on documents found at Cox's residence | Jan Allen $6,500 - Andrew Sedillos $6,100 - Justine Rivera $5,100 - Breannia Harvey $7,800 - Aundrea Wilson $6,500 - Timothy Lopez $3,500 - Nickayla Coleman $6,800 - Sharnetta Sails $3,595.82 - Timothy Lopez $5,000 - George Lopez $4,100 - Lindsey Natto $1,400 - Derrian Gibson $5,000 - George Lopez $5951.80 - Timothy Lopez $6,000 - Michael Thompson $6,100 - Jason Rutherford $7,500, $5,100 - Kristina Ellis $4,100 - Aundrea Wilson $7,100 - Chad Bishop $8,900, $4,000 - Samantha Hopkins $3,000 attempt | | |
| 188 | 15 | ALBERT COHEN<br>MARGO COHEN<br>EDWARD COHEN | 6518 CAMINITO MUNDANO | SAN DIEGO | CA | 858-353-6529 | $8,201.00 | $11,789.00 | $20,000.00 | 8/16/10<br>8/23/10<br>8/26/10<br>11/17/10 | COX<br>HAWKINS | victim information found at Cox/Hawkins residence during Search Warrant - Cox's phone# 415-200-5208 handwritten on documents with victim info - Runner Elyssa Lopez, Macca Cook, Sarah Stevens, Jason Hogan, Darion Hayes, Hayley Dobson, Andrew McCray, Luis Yeliz, Arthur Eves, and Davaughn Stamps handwritten on documents found at Cox's residence - Cox's phone# 415-200-5208 was captured by the bank - Cox's email "thabiggone@yahoo.com" was captured by the bank - $20,000 was transferred online | Anthony Castaldo $4,550.50 - Elyssa Lopez $3,850.50 | | |
| 189 | 15 | Arnold A. Hansen aka Ocotillo Income Tax<br>EAGLE INCOME TAX | 11000 Washington Pl | Los Angeles | CA | 310-391-0003 | $4,680.00 | $9,657.21 | $14,337.21 | 08/23/10 | HAWKINS<br>COX<br>BROOKS | Brooks accessed victim information - victim information found at Hawkins residence during Search Warrant - Runner Elyssa Lopez cashed check and was handwritten on Albert Cohen profile found at Cox's residence during Search Warrant - electronic transfer $14,337.21 | Elyssa Lopez $4,680 | | |
| 190 | 15 | HENRY M. LEVY | 8712 LAKE SHORE BLVD NE | SEATTLE | WA | 206-601-7077 | $6,000.00 | $24,845.00 | $30,845.00 | 8/30/10<br>8/31/10 | HAWKINS<br>BROOKS<br>COX | Brooks accessed victim information - victim information found at Hawkins residence during Search Warrant - Runner Shania Easter handwritten on Linda Read acct info found at Cox's residence during Search Warrant | Shanise Easter $2,000 - Erick Sanchez $4,000 - Hector Grajeda $2,000 attempt - Roselyn Warnock $2,000 attempt, $4,200 attempt, $4,200 attempt - UNK suspect $3,700 attempt - Carlos Jovel $4,900 attempt - Unk suspect $2,305 attempt | | |
| | 15 | PRETZEL KING LLC<br>JOHNATHAN KING<br>DAVID KING<br>LINDA H READ | 3030 EDGEWICK DR | GLENDALE | CA | 818-634-2449 | $52,404.41 | $21,900.00 | $74,304.41 | 4/17/09<br>7/9/10<br>8/18/10<br>8/27/10<br>8/30/2010<br>12/1/10<br>12/2/10<br>12/3/10<br>12/8/10 | COX BROOKS<br>CHATTON | Brooks accessed victim information - victim information found at Cox's residence during Search Warrant - Cox's phone# 415-200-5208 handwritten on profile - Cox's email "Thabiggone@yahoo.com" handwritten on profile - Check #358, #362 were verified by the teller who called Cox's phone# 415-200-5208 - Runner "Eva Mae Gurney, Shania Easter, Latee Burleson, Ebony Jones Lindsy Jacobs, Cognac Young, Marques Johnson, and Eva Gurney handwritten on profile - Check #424 "Andrew Prosser" has 21640 Paintbrush Lane listed | Jeremy Pardue $6,900 - Elizabeth Gonzalez $3,100 cashed $4,000 attempt - Frank Henriquez $11,210.23 - Eva Gurney $3,000, $6405.05 - Latee Burleson $4038.08 - Andrew Prosser $4,765.04 - Ashley Kiefert $7,000 - Lynn Pierce $5,000 | | |

EXHIBIT Y

15B

Page 17

EXHIBIT Y

EXHIBIT Y

EXHIBIT Y

15B

| # | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | CHERYL LYNN KNOW | 3804 DUNN DR, APT 131 | LOS ANGELES | CA | 310-571-0311 | $46,900.00 | $0.00 | $46,900.00 | 3/21/10 5/7/10 6/7/10 9/7/10 | COX 5/10/2015 | Brooks accessed Victim Information – Victim Information was found at Cox's residence during Search Warrant – Cox's phone# 619-229-2233 captured by Harold Gionis · Runner's "Daniel Hollick, Jeremy Fairfax, Angelique Childress, Aroe McKdes, ChrisMai Love, John Tyler, Ronald Carr, and Cornell J. reniDr" launder on victims note. | Cornell Francis $3,100 · David Kirfield $4,000, $3,100, $3,000 · Aroe McKdes $6,000, $3,100 · Jeremy Fairfax $4,000 · Ronald Carr $3,000 · Angelique Childress $4,000 |
| 15 | LISA E. MEDRANO (ETHAC) J. MEDRANO | 620 Via De La Paz | PACIFIC PALISADES | CA | 562-758-4156 | $10,130.00 | $0.00 | $10,130.00 | 5/6/10 6/6/10 9/19/10 | COX 5/10/2015 | Brooks accessed Victim Information – Victim Information was found at Cox's residence during Search Warrant in a partial phone message file. File kpls by laundering on Victim profile - Runners Monique Marquez and Aroe Amuzon laundering on partial | Veronica Kiwabanca $5,130 · Tamara Johnson $5,200 · Robert Claremore $3,000 |
| 16 | LEONARDO J FRANC, JR | 105 19TH ST APT E | HUNTINGTON BEACH | CA | 714-375-3700 | $17,850.00 | $11,250.00 | $29,150.00 | 3/6/10 5/6/10 6/6/10 9/6/10 9/7/10 | HAWKINS COX | Runner John Taylor laundering on Cheryl Edwas. Info found at Cox's residence during Search Warrant · Runner Carmen Farley/Cox cashed a check at Victim's bank · Info found at Cox's residence at Cox/Medina residence during Search Warrants · Runners phone# 310-377-6573 captured by bank | John Taylor $4,800 · Yolanda Williams $3,600 · Emma Summy $3,300 · Carmen Pennington $3,350 change? · UMX suspect $3,800 |
| 17 | ANDREW GOLDSTEIN Shannon Amneid Israel Levitin | 1421 9TH / APT 1 | SANTA MONICA | CA | 310-454-0715 | $11,800.00 | $0.00 | $11,800.00 | 5/6/10 6/7/10 9/18/10 10/27/10 | COX BROOKS | Brooks accessed Victim Information · Victim Information was found at Cox's residence during Search Warrant · UPS 12315320014417224, 12315320014417224, 12315320013020033 transferred to Medina residence · Victim reported his phone was forwarded to Cox phone# 619-200-6397 · electronic transfer of $5000 by the bank | Brandon Brown $3,000 · Gabe Davis $6,000 · Exlde Aduson $3,000 |
| 18 | CAREY J. ELLIS VICKIE ELLIS | | FONTANA | CA | 909-731-7830 | $11,000.00 | $11,000.00 | $22,000.00 | 5/6/10 9/11/10 9/14/10 | COX BROOKS | Brooks accessed Victim Information · Victim Information was found at Cox's residence during Search Warrant · Kennedy's phone# 315-371 2203 used to transfer/forward call to runner. Vickie Ellis, Carey Ellis, and David Bethry were laundered on the victim profiles · Funds were electronically transferred · Cox's phone# 619-300-5705 test captured by the bank | John Thyrton $3,000 · LaJenaka Stivas $2,000, $3,700 |
| 19 | Harold A Lercades | 864 Oaktree Ave | Chula Vista | CA | 619-628-6014 | $25,549.37 | $12,260.00 | $37,741.37 | 4/21/08 4/11/09 10/13/08 5/5/10 9/7/10 12/25/10 | HAWKINS PAYTE KENNEDY COX | Hayes accessed Victim Information – Victim Information was found at Cox's residence during Search Warrant · Kennedy's phone# 315-371 2203 using captured on victim profile · runners Nurie Kennedy, Carmen Farley, and Charles launder/Cox online Nursing | Belinda Moore $3,000 · Roberta Lewis $3,400 · Jeremy Stella $2,500 · Tony Owens $2,000,8.00 · Dancley Roses $3,813.50 · Aryane Oel $3,370.a Hutson Del $3,700 |
| 20 | MARTIN J OCHOA ANNE OCHOA | 1501 MAGNOLIA ST | PACOIMA | CA | 626-361-6749 | $9,790.00 | $10,000.00 | $19,790.00 | 3/16/09 9/30/10 | COX | Victim Information found at Cox's residence during Search Warrant · Runners Tony Farley, Angelique, and Sully Pittman" launder/Cox on victim kits · electronic transfers $13,000 | Ivy Farley $3,000 · Sully Pittman $3,000 |
| 21 | Paul M. Gebiti | 103 Marlowe Ave | Pasadena | CA | 676-151-1777 | $22,000.00 | $8,200.00 | $30,200.00 | 9/6/10 9/7/10 9/7/10 9/27/10 | COX 5/10/2015 | Brooks accessed Victim Information · Victim Information was found at Cox's residence during Search Warrant · Runners David Berthry, Joshua Amezon, and Angelica McrCnes" launder/Cox on bank profile | David Berthry $3,800 · Gerald Berry $4,000 · Christopher Jackians $4,000 · Joshua Amezon $2,000 · Andrew Fucker $3,200 change? · Emma Summy $3,000 change? |
| 22 | Sanford Cohen Charlotte Cohen | 12434 Crystal Pointe Dr Unit 101 | Fullerton | FL | 561-455-6547 | $13,800.00 | $0.00 | $13,800.00 | 11/22/10 | COX | Runner Tatyana Timothy cashed check on Christopher Swift acct. Both Info was found at Christopher's residence during Search Warrant · Runner Tatyana Timothy cashed check on Arthur Cream acct. Both Info was found at Cohen residence during Search Warrant · Runner Tatyana Timothy laundered on David Anderson's Info acct. Info found at Cohen residence during Search Warrant | Tatyana Timothy $3,800 · Tiffany Johnson $3,600 · Zachary Torres $3,900, $3,900 |
| 23 | | | Boynton Beach | FL | 561-455-6547 | | $0.00 | $19,100.00 | 9/7/10 9/27/10 10/7/10 | HAWKINS COX BROOKS | Brooks accessed Victim Information · Victim Information was found during Search Warrant | Larry Deeth Jr. $4,300 · Carmen Dorsey $3,300, $3,200 · Thandle Fields $4,000 |

192   193   194   195   196   197   198   199   EXHIBIT Y

Page 15

| Name | Address | City | State | Phone | Amount | Amount | Amount | Date | Code | Description | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOUGLESTER PRIVATE EQUITY MANAGEMENT MICHAEL A HALPERN NANCY STERN HALPERN | 11111 SANTA MONICA BLVD | LOS ANGELES | CA | 310-235-6854 | | | | | HAWKINS COX BROOKS | | |
| DARREN BAUER KAHAN REBECCA BAUER KAHAN | 99 Loma Chica Ave | Oakland | CA | 510-332-6352 | $29,250.00 | | $29,250.00 | 8/20/19 | COX HAWKINS | | Debby Prescott $5,000 |
| MARK D LANDIS MARLA Y LANDIS | 5653 TOTEM CT | ANTIOCH | CA | 925-754-4651 | $5,000.00 | $5,000.00 | $5,000.00 | 8/22/19 | COX BROOKS | | |
| Darsh M. Sosthweia Sosthweia Properties LTD | 822 1/2 N. Oxford Ave | Los Angeles | CA | 213-327-2512 | | | | | COX | | |
| Robert A Lauredon | 617 Deadliend Rd. | EL CAJON | CA | | | | | | COX | | NA |
| JANET ROSS | 3475 HACIENDRE LN | CHICO | CA | 916-566-5401 | | | | | COX | | NA |
| MARC J. GOULD KAREN L GOULD | 9763 VANCONEGROS DR | RENO | CA | (760) 271-1994 (760) 342-7214 | $0.00 | $0.00 | $0.00 | | HAWKINS COX BROOKS YOUNG | | NA |
| RATHUR FAMILY TRUST Donald B. Rather | 19052 Via Farcas | DelMar Myrle | CA | 858-690-4719 | $0.00 | $102,000.00 | $150,000.00 | | COX BROOKS | | |
| DUANE & BETH ARMSTRONG ROXIRE SITEIN RHYSUE SITEIN | 1113 RETREAT | IRVINE | CA | 949-278-8814 | $39,500.00 | $39,500.00 | $39,000.00 | | BROOKS | | |
| GARY & JANE SILVERMAN DJ STICCALDO | 909 FELOSTO RD | BELLINGHAM | WA | 360-595-5555 | $43,500.00 | $0.00 | $43,500.00 | | COX BROOKS LITTLE DEE ROCC BUD DEE ROCC | | |
| CHOY L. HOTHMAN DONALD G. HOTHMAN | 1011 FIRL DR | FRAZIER PARK | CA | 661-245-5695 | $35,000.00 | $5,000.00 | $35,000.00 | | COX BROOKS | | |

EXHIBIT 4

15B

| 213 | CARL B. AUSTIN-LAY | 3716 CALLE RUIZ | WEST COVINA | CA | 626-810-7016 | $10,600.00 | $16,598.66 | $13,737.65 | Brooks accessed victim information - victim information found at Cox's residence during Brooks Warrants - check made to order of victim $15,600 - Cox's phone # 619-200-1726 changed on victim's bank. - Cox's phone # 619-200-1726 listed on victim's profile - Runner "Michelle Harden, LaTonya Lingo, and Evelyn Thomas" # written on victim profile - "Thabigsmm@yahoo.com" was provided to victim - handwriting and "Thabigsmm@yahoo.com" on bank - Cox's email "Thabigsmm@yahoo.com" on victim online banking - funds wired and ending amts. being purchased with Cox's profile ending #5440 | BARE 8/27/10 9/2/10 10/6/10 | HARDEN COX BROOKS | Stacey Cheatham $2,000 - Michelle Harden $3,300 - Alyssa Rodriguez $3,000 - Jayson Smith $3,000 - Thabh Tran Cruzajidann $3,900 | 16 |
| 214 | ANDREW GELDIN | 13814 Yuba St. | Alta Loma | CA | 909-890-3111 | $13,390.80 | $10,234.80 | $22,438.60 | Brooks accessed victim information - victim information found at Cox's residence during Search Warrant - Cox # phone # changed on victim's info - Cox's phone # 619-204-5216 explained by victim - Cox's profile # ending #5440 - Search Santa Monica phone Thabigsmm@yahoo.com on bank - Cox's email "Thabigsmm@yahoo.com" on victim online banking - wire transfer $12,343 - funds wired $22,438 and $12 carry out on victim profile | 10/14/10 10/18/10 10/22/10 10/26/10 11/22/10 1/5/11 1/10/11 | HARDEN COX BROOKS SMITH | Keith Johnson $4,000 attempt - Shawn Lacy $3,000 - Darryl Young $3,000 - Veronica Brown $3,300 - Carmen Pennington $3,200 - Jorge Ja Herston $4,900 | 18 |
| 215 | ANDREW STANLEY DEBORAH STANLEY | 13814 Yuba St. | Santa Monica | CA | 310-452-0404 | $32,273.88 | $32,116.00 | $14,145.60 | victim information found at Cox's residence during Search Warrants | 10/2/10 10/5/10 | COX | Leon Bustos $3,300 | 18 |
| 216 | HERBERT RITCH MARLENE RITCH | 2915 ALTADE ST | Las Vegas | NV | 702-952-9409 | $16,340.90 | $18,234.90 | $27,438.80 | victim information found at Cox's residence during Search Warrants - reviewed transfers $16,340 | 10/14/10 10/5/10 | COX | Michael Taylor $5,340 | 18 |
| 217 | ARNOLD A JENSEN | 16815 ROULEROE DR | PACIFIC PALISADES | CA | 310-454-3372 | $16,760.90 | $10.00 | $16.00 | victim information found at Cox's residence during Search Warrant - Runner's # phoned 213-271-0692 - changed on profile - "Ms. Harden" # phoned for check and "Ms. Harden" for check $16,000 - 112-4372 joked on account - Runner "Alonzo Milian" listed on victim online banking | 10/26/10 10/22/10 1/2/11 | HARDEN COX KENNEDY | Lery Harris $3,300 attempt - Shentan Swofford $3,000 attempt - Tonia Johnson $3,300 - Evelyn Thomas $3,300 - Shawn Holmes $3,300 - Crystal Pryor $3,200 - Michael Taylor $3,340 - Runner Evasion $4,900 - Alonzo McCloud $3,900 | 17 |
| 218 | ANDREW O. SPARKS CLARA N SPARKS | 5851 Arlington Ave | LOS ANGELES | CA | 323-295-0811 | $18,200.90 | $0.00 | $19,200.90 | Brooks accessed victim information - victim information found at Cox's residence during Search Warrant | 10/22/10 10/20/10 10/21/10 | COX BROOKS | Joe Miller $3,000, $3,000 - Jerome Lopez $3,270 - Brandon Johnson $3,000 | 17 |
| 219 | LARRY F. JOHNSON | 301 E HUNTINGTON DR #2 | MONROVIA | CA | 626-256-2314 | $5,900.90 | $0.00 | $5,600.00 | victim information found at Cox's residence during Search Warrants - Harden phoned 310-337-4073 handwritten on victim info | 10/1/10 11/4/10 | COX HARDEN | Wayne Jones $5,600 | 17 |
| 220 | Barbara Slepal Stuart Elton Slepal | 16570 Edgar Street | PACIFIC PALISADES | CA | 310-980-7352 | $60,100.90 | $0.00 | $63,700.00 | Brooks accessed victim information - victim information found at Cox's residence during Search Warrant - Runner "Michelle Williams, Johnathan Mitchell, and Tomika LaJean" handwritten on profile - Runner Lisa Spinoza, Jerome Robinson, and Myer - Kane, and Evelyn Thomas handwritten on victim info - Runner phoned 323-605-3401 - on bank profile and reported to FIU - "HEB" next to Runner Cyphenan handwritten on profile | 11/4/10 11/8/10 11/9/10 11/8/10 1/4/11 1/2/11 | COX KENNEDY BROOKS WHITSACK | Abbas Myers $2,300, $3,400, $3,000, $3,200 - Cris Steffel $3,000, $3,000, $3,300 - Tomika LaJean $3,000 - Priscilla Pryor $3,200 - Kenneth Powell $3,400 - Runal Lynn Hernandez $3,900 | 17 |
| | IRONE F. LARUEE | 5 Fabiola Way | Huntington Bay | CA | 714-504-0704 | $0.00 | $0.00 | $0.00 | victim information found at Cox's residence during Search Warrants | 11/0/10 | COX | NA | 17 |
| | Sukanto Jacomosani | 3725 Emerald St. Apt 64 | Torrance | CA | 323-254-3311 | $16,640.00 | $0.00 | $16,640.00 | victim information found at Cox's residence during Search Warrant probed at both locations | 11/17/10 | COX | Arnold Thompson $8,000 - Shanda Adams $8,600 - Wayne Owens $7,740 | 17 |

EXHIBIT 4

| Name | Address | City | State | Phone | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DR ALAN ROSEN UNCLE ROSEN | 321 Logie Hollow Ct | Houston | TX | 713.614.4417 | $0.00 | $0.00 | $0.00 | 11/25/2010 | COX HANSON | N/A |
| ARTHUR E GREENE JUDY GREENE ROBERT T BARTLETT | 1549 Putnam St | Alta Loma | CA | | $5,200.00 | | $15,000.00 | 11/25/2010 11/24/2010 12/3/10 10/10/10 | COX | victim information found at Cox's residence during Search Warrant - relationd transfer 11/1/2010 | Lowell Bowman $5,200- Walter Martinez $4,000- Jeannine Williams $4,000- | |
| DWAYNE A. FISCHER | | | CA | | $11,000.00 | $100.00 | $14,000.00 | 11/25/2010 | COX BROOKS | Brooks excess to Victim information Victim information was found at Cox's residence during Search Warrant | N/A | |
| | | | CA | | $0.00 | $0.00 | $0.00 | 11/25/2010 | | | | |
| BETTY L STEPHENS ALLISON STEPHENS ANGIE DICKSON | 259 Valdez Ct Apt G | AZUSA | CA | 626.372.6415 | $3,300.00 | $50,000.00 | $38,100.03 | 11/29/2010 | COX | Victim information found at Cox's residence during Search Warrant - Dollar $32 per to be transferred to owner 11/1/2010 Victim Thomas is Cox information refers us Jacob H, Gold account | Brittany Smith $3,100- Herold Jackson $3,500- Angela Young $3,100- Michael Thomas $30,000.00/owner | |
| Sarah Garcia Jerry Michael Garcia | 321 W. Granada Ct. | Ontario | CA | 909.376.1032 | $0.00 | $0.00 | $0.00 | 11/24/2010 11/30/2010 | COX | Victim information found at Cox's residence during Search Warrant - Thomas "Tina" Fisher, and Natalia Mosley "Sarah" does no Victim online Statement | N/A | |
| ALEXANDER GOLDBERG GOLD GROUP SERVICE INC | 700 S SPRING LONG AVE | LOS ANGELES | CA | 323.730.6819 | $35,000.00 | $6,925.00 | $27,612.02 | 11/29/2010 12/1/10 12/2/10 | COX | Victim information found at Cox's residence during Search Warrant - electronic transfers $27,200- Ramsey Ebony Jones bankwritten on Visa card fraud probe found at Cox's residence Victim ser Ronnie Ebony Jones's bankwritten on check #893 verification | Keli Turner $3,200- Freedom Malachai $1,200- Sarah Douglas $7,200- Kevin Jones $3,200- Ebony Jones $1,000- Ebony Malcom $7,200 | |
| DARIOLD KRAMER DALOVD KRAMER | 2919 Luzica Ave | LOMG BEACH | CA | 562.234.6714 | $0.20 | $515,000.00 | $325,000.00 | 10/27/2010 7/6/2010 3/5/2010 | COX BRICKES | Victim information found at Cox's residence during Search Warrant - resistance during Search Warrant | N/A | |
| JR LEWANA AND | 1700 S Walker St Apt 103 | Los Angeles | CA | 310.790.4577 | $0.00 | $10,000.00 | $10,000.00 | 6/10/2010 | COX | Victim information found at Cox's residence during Search Warrant - electronic transfers $3,200- $7,200- Unknown subject attempted to cash check #3221 in the amount of $15,000 | Brittany McEntry $19/$12,000 handwritten with $25,000.00 handwritten with Victim bin | |
| MILA ROSELSTEIN ROSELSTEIN | 191 CROFT AVE APT 216 | LOS ANGELES | CA | 123.350.8848 | $0.00 | $375,000.00 | $278,000.00 | 6/11/2010 | COX | check order #39 in 150+ Cox's phone # #52-250- $261 action fty bank | N/A | |
| GEO FAMILY TRUST GEORGE DERIGHAN NODUKO DERIGHAN | 3112 Flan Harman Dr. | Las Vegas | NV | | $0.28 | $11,000.00 | $11,000.00 | 12/7/2010 10/3/11 1/3/11 | COX HAMMES | check order #116-4331- victim information found at Cox's residence during Search Warrant - Cox's address Gedon Purpla, Defenered Bar- handwritten on Victim bin | N/A | |
| Bruce Horowitz | 9211 Edward Riders Ave | LOS ANGELES | CA | | $0.00 | $0.00 | $0.00 | 9/20/2011 | COX | Victim information found at Cox's residence during Search Warrant | N/A | |

EXHIBIT Y

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | Jacob Gold / Tye Gold | 3715 Estelle Ct | Pasadena | CA | 626-794-6918 | $27,300.00 | $31,700.00 | $23,300.00 | 1/6/10 1/3/11 1/12/11 1/13/11 1/24/11 1/28/11 | COX | Victim information found at Cox's residence during Search Warrants - Kenners "Patrick Barnes, Clarence Floyd, Dawson Childress, Sean Lamb, Anthonell Cooke, Kevin Mt, Aaron Jones, and Rachell Thomas" handwritten with victim info | Leon Jeli #9009 $3,000 attempt - Leon 105 #9005 $3,000 attempt - Aaron Jones #9004 $3,000 attempt - Aaron Jones #9224 $4,200 attempt - Unknown suspect #9003 $3,000 attempt (Sean Lamb #9003 $3,000 handwritten with victim info) - Unknown suspect #9664 $3,300 attempt - Unknown suspect #9667 $3,000 (Kevin Campus #9007 handwritten on victim info banking - Clarence Floyd #9651 $3,000 cashed - Patrick Barnes #9015 $3,000 cashed - Patrick Barnes #9022 $3,200 cashed - Patrick Barnes #9005 $3,200 - Unknown suspect #9015 $4,200 attempt - Unknown suspect #9015 $3,200 attempt |
| 17 | Jake Harding / Larry Markus | 3352 Cross Creek St. | LOS ANGELES | CA | 323-445-6519 | $15,500.00 | $0.00 | $15,500.00 | 1/10/11 1/25/11 | COX | Victim information found at Cox's residence during Search Warrants - Rommers Sharinla Denton, Richard Falconer, and Rachell Thomas handwritten on victim notice banking | Rachell Thomas $5,500 - Ulrich Rearcs 15,100 - Trini Johnson $2,500 |
| 17 | ERIC RACINS | 31478 Foothills View | San Diego | CA | | $0.00 | $7,850.00 | $7,850.00 | 1/3/11 1/7/11 1/7/11 | COX HAWKINS | Victim information found at Cox freelancers residence during Search Warrant - Rankins phoned 310-257-8172 prepared by Matthew Clarke - Ironing transfer $4,000 - Rommers Rachell Thomas, Richard Falconer, Alvina Kates, Dennis Richmond, Shablon Denton, Dennis Clarke, Clarence Boyd, Joseph Ruth, and Clarence Childress | Sedian Holmberg $1850 attempt |
| 17 | Jack Bornklein (Jack Bonaway) Marilyn R. Bornklein | 3235 Archways Ave | Manhattan Beach | CA | | $8,800.00 | $53,000.00 | $60,700.00 | 1/3/11 2/4/11 2/15/11 2/18/11 | COX WHOSACK | Victim information found at Cox's residence during Search Warrants - Taniskan Webb such phone 8714-1894 222 Anthony Ronald Reyes, Nick Ireland Dawson, and Teresa Daniel - Rommers Ronald Davis, McKenzie Poynter, and Teresa Daniel written on sheets found in Cox's residence during Shannon Wallaces - Rommers Diana Durban, Steven Gonzalez, Teresa Mitchell, Ronald Davis, McKenzie Poynter, Anthony Duncan, Wilma Dowell, McKenzie Poynter, Steven Gonzalez, Teresa Daniel, Angela Ferreira, Sophia Electry, Jacinta Hill, and Corrella Vaughn written on victim notice found in Cox's residence during Search Warrant - Target credit card purchases $2,462.57 not calculated on operation | Teresa Davel $3,502 - Aabin Robertson 1200 |
| 17 | RON VAGHANI | 125 St. Crescent Dr. #5 | Beverly Hills | CA | 323-456-3327 | $0.00 | $0.00 | $0.00 | 3/14/11 | COX | Victim information found at Cox's residence during Search Warrants - Rommers Randy Oliver, Shawn Washington, Samuel Clark, Steven Gonzalez, Maria Clampton handwritten on online banking | N/A |
| 17 | ARTHUR B. JENSEN ERILYNE B. JENSEN | 4875 Via Primavera | Yorba Linda | CA | 714-777-4016 | $0.00 | $0.00 | $0.00 | 1/10/11 1/10/11 | COX | Victim information found at Cox's residence during Search Warrants - Rommers Randy Oliver, Shawn Washington, Samuel Clark, and "Antonie Williams" handwritten on online info | N/A |
| 18 | JET TON LEE | 4571 Overman Grid | LOS ANGELES | CA | 323-378-2899 | $19,940.00 | $0.00 | $19,940.00 | 1/1/11 1/2/11 1/2/11 | COX CHATTON | Victim information found at Cox's residence during Search Warrant - Chatton cashed victim checks and phoned 323-223-4932 used to verify - Rommers Amy Downey, and Marcus handwritten on victim banking | Jacquen Duffs $9,140 - Nacket Thomas $3,000 - Derrick Chatton $3,500, $3,000 - Maria Campus $7,000 - Clarence Floyd $4,000 - Marcus Guevera $2,000 |
| 18 | AMANDA D GREENE STEVEN C LEELAND | 19739 WHITBURN ST. | CULVER CITY | CA | 310-654-4994 | $6,000.00 | $6,000.00 | $13,000.00 | 1/11/11 1/18/11 1/20/11 1/21/11 | COX HAWKINS | Victim information found at Cox residence during Search Warrant - Rommers "Alexandria Duff, Jose Lee, Archie Cabrera, and Steven Lotman" handwritten on victim info - Cox's residence 1507 Shirai Martin on check order | Jose Lee $6,200 attempt - Alexandria Duff $3,000 |

EXHIBIT Y

EXHIBIT 1

15 B

Page 23

| # | Name | Address | City | State | Phone | | | | | | | Date | Agent | Notes | Amount |
|---|------|---------|------|-------|-------|---|---|---|---|---|---|------|-------|-------|--------|
| 242 | Jason F. Irving | 977 Patsey St | Placerville | CA | 530-672-2341 | $5,000.00 | $0.00 | $0.00 | $5,000.00 | 8/30/11 | COX KENNEDY | Victim information found at Cox's residence during Search Warrants - Kennedy's phone# 213-371-4022 handwritten on Victim note-Stephanie Goldsmith, Stephen Donofrio, Brian Kelham, Daniel Martin, Ken Garman, and Teriann Hazelwood handwritten on profile | Save Levels $5,000 |
| 273 | Shannon D Ortiz / Pascal D. Lynch | 7395 Garfield | Alameda | CA | 408-630-8487 | $3,070.00 | $21,350.00 | $35,960.00 | | 1/26/11 10/31/11 | HAWKINS COX | Victim information found at Cox/Hawkins during Search Warrant- Hawkins phone# John/e Wilson, Steven Donofrio, Brian Kelham, Daniel Martin, Ken Garman, and Teriann Hazelwood handwritten on profile | Andre Wilson $3,000 |
| 244 | DONALD SWARTZ | 3242 Taft St | Riverside | CA | 951-452-3709 | $0.00 | $0.00 | $0.00 | | 8/30/11 | COX | Victim information found at Cox's residence during Search Warrants - Adams had account takeover with fraud Attic account with Wells Fargo | N/A |
| 245 | Ron Betmancourt | 6428 E. Natoma Ave | Sacramento | CA | 916-485-5153 | $0.00 | $0.00 | $0.00 | | 8/30/11 | COX | Victim information found at Cox's residence during Search Warrants led to Wells Fargo victims | N/A |
| 276 | BRUCE L MILLER / ROADY MILLER | 2955 TIFFANY CIRCLE | LOS ANGELES | CA | 310-415-4029 | $32,290.00 | $12,000.00 | $34,790.00 | | 2/4/05 3/29/10 - 3/4/11 2/5/11 | COX KENNEDY | Victim Information found at Cox's residence during Search Warrants - COX phone # 714-204-6295 captured during 2 check orders - Kennedy's phone captured by WF - HYVCHD18 handwritten on profile 1157 Short Lane Dr, WF check orders / Ramona Shannon Ford, Hugh Fornoia, Diana Durkin, Jason Green, and others handwritten on profile | Teriann Hazelwood $6,000 Roth attempt - Shannon Ford $18,000 Roth attempt - Tia Thus $12,000 Roth attempt - Jason Green $12,000 WF - Diana Durkin $3,300, Dale $3,600 WF - Diana Durkin $3,300, Dale $3,600 WF - Jason Green $3,923 WF |
| 247 | TIMOTHY D WEST | 1592 Daggoa St | Exeter | CA | 916-846-6733 | $10,570.79 | $0.00 | $10,570.79 | | 3/3/11 2/7/11 | COX KENNEDY | Victim information found at Cox's residence during Search Warrants - Kennedy's phone# 213-371-4022 captured by WF - Shannon Taylor, Nicole Boines, Vanessa Colon, and Anna Pawnay* handwritten on online Banking Doc. | Diana Durkin $3,300 - Shannon Terrasso $2,553.92 - Kerpatta Hayes $2,810.00 - Anna Penany $2,000 |
| 248 | David Anderson | 5900 Oak Canyon Way | Roseville | CA | 916-210-7065 | $0.00 | $0.00 | $250.00 | | 3/8/11 2/10/11 2/11/11 | COX KENNEDY | Victim Information found at Cox's residence during Search Warrants - Kennedy's phone# 213-371-4022 captured by WF - Shannon Terlando Taylor, Teriann Hazelwood, Anna Penany, Eddie Pines, Michele Verardo, Jason Taylor, Nicole Boines, Vanessa Colon, and Teriann Spears* handwritten on online banking | N/A |
| 249 | JEFFREY N. KOHN | 19746 Vreeland Dr Ave | LOS ANGELES | CA | 770-843-3913 | $0.00 | $0.00 | $0.00 | | 4/21/2011 | COX | Victim information found at Cox's residence during Search Warrants | N/A |
| 250 | STEVEN MORRISON / CINDY MORRISON | 6037 Charles Oak Blvd | Beverly Hills | CA | 310-777-6409 | $0.00 | $0.00 | $0.00 | | 2/16/11 | COX BROOKS | Brooks arrested victim information - Victim information was found at Cox/Brooks's residence during Search Warrant | N/A |
| 251 | ALBERT FERDINAN / ADELE BERDMAN | 1642 18th Ave | San Francisco | CA | | $0.00 | $175,000.00 | $175,000.00 | $175,000.00 | | 4/29/2011 | COX NUTAPINDA | check order 191-290 - victim information found at Cox's residence during Search Warrant - NUTAPINDA handwritten on profile - Tia Thus handwritten on victim info. | N/A |
| 251 | MANNY FANANI / KENNEDY | 1374 Emmett St SW | Atlanta | CA | 770-555-7523 | $0.00 | $0.00 | $0.00 | | 2/16/11 | COX | Victim information found at Cox's residence during Search Warrant | N/A |
| 251 | MIGUEL URRAMILA | 6923 N. Brown St, Ad. D | Peoria | AL | 573-336-3109 | $0.00 | $0.00 | $0.00 | | 3/21/2011 | COX | Victim information found at Cox's residence during Search Warrant - Wells Fargo | N/A |
| 252 | RODNEY WRIGHT | 15632 W. Grant | Harrison | CO | 303-607-4174 | $0.00 | $0.00 | $0.00 | | 3/29/2011 | COX | Victim information found at Cox's residence during Search Warrant | N/A |
| 251 | GUY COHEN | 18122 Chickea St | Chatsw | CA | 419-737-1444 | $0.00 | $175,000.00 | $175,000.00 | | 3/31/2011 | COX | check order 1991-1250 - victim information found at Cox's residence during Search Warrant | N/A |
| 18 | George M. Father | 17342 Nightridge Dr | Santa Ana | CA | 714-282-3457 | $0.00 | $0.00 | $0.00 | | 2/1/2011 | COX | Victim information found at Cox's residence during Search Warrant | N/A |
| 18 | Abraham Rothman Ave Rothman | 1011 La Jolla Scenic Drive W | La Jolla | CA | | $0.00 | $0.00 | $0.00 | | 2/27/2011 | COX | Victim information found at Cox's residence during Search Warrant - Rajeev's "Randell Blackball, Janet Lia Ray, Peter Sullivan, Bailey Lia Ingram, Roxanne Davidquest, David Sealon, and Ayana Washington* handwritten on victim info | N/A |

EXHIBIT 1

EXHIBIT Y

15B

| # | | Name | Address | City | State | Phone | | | | Dates | Initials | Description | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 258 | 18 | Michel Teresa Adams (Franko) | 5 Kennebeck Pl | Safety Harbor | FL | | $0.00 | $0.00 | $0.00 | 02/10/11 | COX | Victim information found at Cox's residence during Search Warrants | N/A |
| 259 | 18 | Rob A. Sada | 1207 Bonita Rd | Pacifica | CA | 650-359-7444 | $0.00 | $0.00 | $0.00 | 1/3/11 2/6/11 | COX SMITH | Victim information found at Cox's residence during Search Warrants - Text message on Smith's phone #323-295-4373 - Wells Fargo | N/A |
| 260 | 13 | Stephen G. Johnston | 667 Carmel Ave | Pacifica | CA | 650-273-5519 | $0.00 | $0.00 | $0.00 | 7/7/11 2/10/11 | COX SMITH | Victim information found at Cox's residence during Search Warrants - Text message on Smith's phone #323-295-4373 - Wells Fargo | N/A |
| 261 | 18 | Bryan Harris | 2325 Old Middlefield Rd | Santa Clara | CA | | $0.00 | $100,000.00 | $100,000.00 | 02/10/11 | COX GARY CURTISS | 2 Check orders 10/14/165, 1161-1201 - victim information found at Cox's residence during Search Warrants - Gary Gray arrested by 33303 619-544717 - Gary cell phone intercept - also text message - on account intro with Bank employee Andrew Curtiss | N/A |
| 262 | 18 | Arlene Juarequi Rebeca Juarequi | 3113 N. Gurley Ave | Rosemead | CA | | $0.00 | $0.00 | $0.00 | 02/10/11 | COX | Victim information found at Cox's residence during Search Warrants | N/A |
| 263 | 18 | Harvey C. Davis | 6725 Cadella Vista St. | San Diego | CA | 619-282-6451 | $0.00 | $0.00 | $0.00 | 8/2/9/11 | COX | Victim information found at Cox's residence during Search Warrants | N/A |
| 264 | 18 | Dallas A. Hankey "Darline A. Arias" | 4527 W. Tiller | Orange | CA | | $0.00 | $0.00 | $0.00 | 02/10/11 | COX | Victim information found at Cox's residence during Search Warrants | N/A |
| 265 | 18 | Michael Aleych | 624 4th St. | Manhattan Beach | CA | | $0.00 | $0.00 | $0.00 | 02/10/11 | COX | Victim credit card number and CVC found at Cox's residence during Search Warrants | N/A |
| 266 | 19 | Mary Arellleck | 742 Oak Rd. | Huntington | CA | | $0.00 | $0.00 | $0.00 | 02/10/11 | COX | Victim credit card number and CVC found at Cox's residence during Search Warrants | N/A |
| 267 | 19 | Joy G. Hackmuth | 2318 Oak Meadow | Fieldman | MI | | $0.00 | $0.00 | $0.00 | 02/10/11 | COX | Victim credit card number and CVC found at Cox's residence during Search Warrants | N/A |
| 268 | 18 | Seward Pickett Williams | 23545 Crossett Way | Brinson Park | GA | | $0.00 | $0.00 | $0.00 | 02/10/11 | COX | Victim credit card number and CVC found at Cox's residence during Search Warrants | N/A |
| 269 | 18 | Theodore Hinsch | 8 Hasbury Dr. | Wuolipwas | PA | | $0.00 | $0.00 | $0.00 | 02/10/11 | COX | Copy of check found at Cox/Smith's residence during Search Warrants | N/A |
| 270 | 19 | Thompson's Discount Party Service | 3000E Jefferson Ave, STE E | Temecula | CA | 951-694-5722 | $0.00 | $0.00 | $0.00 | 02/10/11 | COX | Copy of check found at Cox/Smith's residence during Search Warrants | N/A |
| 281 | 19 | Maos Mexico Tea Service | P.O. Box 467 | Winchester | CA | 555-325-6551 | $0.00 | $0.00 | $0.00 | 02/10/11 | SMITH | Victim information found at Cox's residence during Search Warrants led to Michel Eagel victims | N/A |
| 282 | 19 | MICHAEL BENDER (Mike Bender) | 373 Elmwood Dr SPC 370 | Fontang | CA | 530-262-7308 | $0.00 | $0.00 | $0.00 | 3/7/11 2/10/11 | COX | Victim information found at Cox's residence during Search Warrants led to Michel Eagel victims | N/A |
| 283 | 19 | Kala Irba | 8274 Imperial Hwy, Apt 323 | Downey | CA | 562-287-0422 | $0.00 | $0.00 | $0.00 | 3/2/11 2/10/11 | COX | Victim information found at Cox's residence during Search Warrants led to Michel Eagel victims | N/A |
| 400 | | Javen Contreras Theresa Contreras | 14737 Carpling Dr. | Corona | CA | 826-816-2024 | $0.00 | $0.00 | $0.00 | 02/10/11 | COX | Victim information found at Cox's residence during Search Warrants led to Wells Fargo victims - UPS shipping label #1ZW8X81803580318 handwritten on victim info - Romero Ana Bertia, Satish Zanwin, Jeffrey Pacha, Edel Obija, and Hugo Arana confirmed on victim banking | N/A |
| | 15 | BRUCE SMITH JOAN SMITH | 27205 Cromard St. | Woodland Hills | CA | 818-313-6651 | $0.00 | $0.00 | $0.00 | 2/6/11 | COX | Victim information found at Cox's residence during Search Warrants "Romero Obija" handwritten on victim deed | N/A |
| | 15 | FREDA / MARY SMITH | 1046 OCEAN ST | RIVERSIDE | CA | 061-687-1495 | $0.00 | $19,500.00 | $19,500.00 | 8/21/011 | COX BROOKS SMITH | check order 2200-2463 - Brooks possessed victim information - Victim information was found at Smith/Cox's residence during Search Warrants - RUFAUREHA handwritten on packet - Hamar blurial Diaz handwritten on victim info | N/A |
| | 16 | JOSHUA L COHEN SHOSHANNA COHEN | add to folder | | | | $0.00 | $0.00 | $0.00 | 11/07/10 2/10/11 | SMITH COX | Victim information found at Smith/Cox residence during Search Warrants - Romero "Richard Mariposa, Dorzar Hernandez, Antonio Sanchez, and Mario Ramirez" handwritten on victim info | N/A |

15B

EXHIBIT Y

*EXHIBIT 1*

| # | Name | Address | City | State | Phone | TOTAL | TOTAL | TOTAL | Date | | Notes | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | Richard A Frain | P.O. Box 651 | Garden Grove | CA | 714-531-1577 | | | | | COX | Victim information found at Cox's residence during Search Warrant | N/A | |
| 19 | ARNOLD L TOBIAS / ARNOLD L TOBIAS SR | 15140 Nassau Ave | Los Gatos | CA | | $0.00 | $0.00 | $0.00 | 02/10/11 | COX BROOKS | Brooks accessed victim information – victim information found at Cox's residence during Search Warrant; Brooks, Accessed Goods, Visitor Numbers, and Shane is a victim. handwritten on profile | N/A | |
| 16 | BRUCE EDWARD ADLER | | | | | $0.00 | $19,600.00 | $19,600.00 | 08/27/09 | COX | check amt 2001-2011 – Found address 1323 N... Euclid Ave, Omaha – check delivery – Found address a Euclid Ave charged on Euan Wells/Gary Erick... found at Cox's during Search Warrant; Found address Euclid Ave on Angeles Patricia check delivery; Cox/Brooks on file was processing of victim information | N/A | |
| 16 | CRAIG B. SMITH / CRAIG C. SMITH | 19451 Hershey Cross Ct | Houston | TX | 281-338-4037 | $37,887.09 | $8,042.00 | $37,887.09 | 07/17/10 07/24/10 | COX | Bronco Lahey Huntington cashed check on Tire... during Search Warrant – Laing a Victim... cashed check on Alex McDowell sent | Bronco Lahey 76 Alt – Laing a Huntington $5,000 – Ashley Dial $17,743 – II cash | |
| 16 | DONTE NELSON | | | | | $0.00 | $0.00 | $0.00 | 05/25/10 | COX | Cox's posted $16,424.256 explained by bank during credit card Atd | N/A | |
| 16 | TAKE E. BASILON | 76694 Kyber Rd | Palm Desert | CA | 760-379-0971 | $0.00 | $70,000.00 | $70,000.00 | 01/24/09 | COX BROOKS | check amt c 100-3 1100 – Brooks accessed victim information; Victim information found at Cox/Brooks's residence during Search Warrant | N/A | |
| 16 | WALTER BARRY | 680 NEWELL RD | PALO ALTO | CA | | $0.00 | $0.00 | $0.00 | 04/15/09 | COX | Cox's email address Thebigpoen@yahoo captured by bank | N/A | |
| 16 | Michael R. Brewer / Gayle Brewer | 12882 Stockton Dr | Lakewood Heights | CA | 562-926-2858 | $0.00 | $0.00 | $0.00 | 02/09/11 | COX | victim information found at Cox's residence during Search Warrant | James Hoppe Jr. – Michaela Range written on profile page | |
| 19 | Joan E. Almeda | 13721 Liric St | Downey | CA | 562-925-1391 | $4,611,564.00 | $1,683,526.40 | $10,131,491.57 | | | | | |
| | | | | | TOTALS | $0.00 | $0.00 | $0.00 | | | | | TOTAL |

*EXHIBIT 1*

IS A SPREADSHEET

| BINDER | CUSTOMER NAME | | KNOWN LOSS | INTENDED LOSS | TOTAL INTENDED+ KNOWN | DATES OF OVERT ACTS | DEFENDANTS | NOTES | RUNNERS | Available Balances |
|---|---|---|---|---|---|---|---|---|---|---|

| # | Name | Amount 1 | Amount 2 | Amount 3 | Dates | Party | Description | Victim / Notes |
|---|------|----------|----------|----------|-------|-------|-------------|----------------|
| 1 | ROBERT SCHERER II | $11,913.00 | $7,915.00 | $13,519.00 | 4/20/06 4/27/06 4/28/06 6/12/06 | HAWKINS | Hawkins placed $10-201-3213 captured by the bank | Ashley Harris $5,200 - Roshlyn Gariepy $1,205, $16,600, $7,400 attempt - Craig Dombovay $3,600 attempt |
| 4 | Charles, Tereshka | $7,915.00 | $0.00 | $17,815.00 | 6/16/06 6/19/06 | HAWKINS | Victim information was accessed by the bank | |
| 4 | Ueh, Jeremy | $8,800.00 | $0.00 | $7,800.00 | 6/4/06 6/7/06 | | Victim information was accessed by the bank | |
| 2 | Around the Glock Plumbing (Floyd Roya) | | | | 6/28/06 6/29/06 7/11/06 7/18/06 7/12/06 7/19/06 7/24/06 7/26/06 7/18/06 10/18/06 | | | Saundyn Jokhai $1,600 attempt, $6,600 attempt, $6,600 attempt, $6,975, $4,603 - Valeria Nunes $1,600 attempt, $200K attempt, $200K attempt, $4,103, $2,312, $1,600 - Woody Ponti $915,25 - Jeremy Harris $1,833 - Brandon Divata $6,695, $4,603 - Rajkah Khanna $7,300, $6,695 |
| 2 | Scobeanneo, LTD | $16,942.00 | $0.00 | $16,845.00 | 6/7/06 6/9/06 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | Brandi Jones $7,241 - Charles Wolka $7,830 |
| 2 | 4232 Woodgett LLC | $64,813.00 | $0.00 | $64,613.00 | 8/2/06 8/20/06 8/29/06 8/24/06 9/1/06 9/7/06 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith - LAPD# 06-013511 | Lanelle Walden $2,610, $4,200, $4,600, $13,700 - Abrina Harris $5,000, $1,243 - Justin Palmero $4,500, $4,151 |
| 2 | Sophia Pockett | $12,345.00 | $0.00 | $12,130.00 | 6/29/06 9/6/06 9/8/06 6/7/06 | LAWRENCE SMITH HAWKINS | Lawrence accessed victim information and provided it to Smith, electronic transfer $14,200 - Hawkins Placed $10-201-1218 captured by bank | Keenith Dau $5,200, $6,600 - Elizabeth Naughton $6,600 - Donald Schoring $7,600 |
| 2 | Behzad Emad   Daroca Cafe Chisel | $20,452.00 | $6,710.00 | $20,452.00 | 8/11/06 8/12/06 8/16/06 9/11/06 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | Victor Rivera at $6,200 - Shawnsta Jones $8,100, $4,603 - Marvin Evans $5,792 - Albert Adams $5,718 attempt |
| 2 | GREEN OWNERS CONSTRUCTION | $32,250.00 | $4,650.00 | $37,250.00 | 8/11/06 8/12/06 8/16/06 | LAWRENCE HAWKINS SMITH | Lawrence accessed victim information and provided to Smith - Hawkins placed $10-201-1218 captured by bank electronic transfer $26,050 | Aedd Davis $6,600 - Marvin Evans $6,201 - Candice Bowa $2,600, $6,603 - Denisha Vance $4,200 |
| 2 | Gulf Element Corp | $18,612.00 | $0.00 | $18,612.00 | 8/2/06 8/11/06 8/26/06 8/30/06 8/16/06 9/9/06 9/1/06 9/7/06 9/9/06 | LAWRENCE HAWKINS SMITH | Lawrence accessed victim information and provided to Smith - Hawkins "Anthony Franklin" on check $10/201 bike | Reginald Harris $6,875, $6,600 - Deolala Venet |
| 4 | Elfrech b/r/1893 | $11,000.00 | $0.00 | $11,000.00 | 8/17/06 8/17/06 9/1/06 | LAWRENCE HAWKINS SMITH | Lawrence accessed victim information and provided to Smith - Hawkins "Anthony Franklin" on check $10/201 bike | Deolala Venet $6,800 - Lary Brown $7,600 - Mishele Johnson $4,600 |
| 4 | Margaret J. Allyn | $11,152.00 | $0.00 | $11,150.00 | 8/9/06 8/10/06 10/5/06 10/6/06 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | Anthony Richardson Jr. $6,200 - Melind McCurty $5,950 |
| 4 | Jessie Hudson + MM | $10,640.00 | $0.00 | $13,860.00 | 8/11/06 9/25/06 10/2/06 10/5/06 10/13/06 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | Raylee Gautos $4,200, $5,602 - Anthony Richardson at $4,800 - Lisa Cox $7,100 - Monique Hamilton $3,600 - Nica Hines $650 |
| 4 | Lenkard, Elaine | $16,054.00 | $0.00 | $16,056.00 | 7/26/06 8/2/06 8/2/06 9/28/06 10/5/06 10/9/06 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith - electronic transfer $7,40 | Anthony Richardson Jr. $4,894 - Melind McCurty $5,600 - Paris Player $6,201 |
| 2 | Noel B. Feldman Susan R. Feldman Feldman Trust | $15,070.00 | $17,255.00 | $17,270.00 | 8/3/06 8/11/06 10/2/06 10/6/06 10/8/06 10/13/06 | LAWRENCE HAWKINS SMITH | Lawrence accessed victim information and provided to Smith - Hawkins placed $10-201-1221 added to Abigator instruction | Melind McCurty $7,600, $6,600, $6,900, $6,325, $10,675, $4,520 attempt - Paris Player $6,600 - Unknown names $10,200 Sherell Bell $6,200, $6,600 attempt - Antonio Parra $7,400 |
| 2 | Diamond A, Ulton | $10,000.00 | $16,185.00 | $14,915.00 | 8/3/06 8/11/06 10/2/06 10/2/06 10/8/06 10/13/06 | LAWRENCE HAWKINS SMITH | Lawrence accessed victim information and provided to Smith - Hawkins phoned $10-201-1221 - Tiffany Barnard $1,800 attempt, $4,681 attempt, Leslie Collins $1,600 attempt | Antonio Parra $6,603 - Paul Weiss $6,600 - Tiffany Barnard $1,800 attempt, $4,681 attempt, Leslie Collins $1,600 attempt |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B & T Int'l Trading | | $10,200.00 | $0.00 | $10,200.00 | | LAWRENCE SMITH | Lawrence accessed victim information and provided to Smith - Hawkins phoned 310-303-1228 and "Smith" asked to transfer \$10,200 instructions - electronic transfer \$0.00 | Aaron Coleman \$3,795, \$3,000 - Reginald Evans \$4,200 - Jebri Robinson \$4,001 |
| Beba, Olga (Trust) | | $11,000.00 | $17,400.00 | $28,400.00 | | LAWRENCE SMITH HANNONS | Lawrence accessed victim information and provided to Smith - electronic transfer \$9,000 - Rommie Alaric Coleman cashed check at TD Bank - Trading, Hawkins phoned 310-303-1228 was captured by bank on U.S. Year | Paul Simon \$6,400 - Danielle Sanchez \$3,300 - Aaron Coleman \$1,000 attempt, Jaron Valero \$9,200 attempt - Richard McAlaney \$3,200 attempt |
| Ochmann, Danny | | $72,920.00 | $38,650.00 | $111,300.00 | | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith - electronic transfers \$111,300 | Shareka Brown \$7,010 - Sharon Jones \$8,900 - Daniel Sanchez \$8,300 - Aaron Carpenter \$7,200, \$7,000 - Richard McAlaney \$9,000, \$9,050 - Zaria Valeda \$6,400 - Cordel Wiley Jr \$4,800 |
| Jennifer Madsen | | $84,010.00 | $19,936.00 | $73,946.00 | | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith - electronic transfers \$73,946 | Darrick Floyd \$8,870, \$8,895, \$6,400 - Richard McAlaney \$8,400 - McDonald Sito \$9,050 - Felicia Peters \$4,900 - Rommie Hirman \$9,400 |
| MODE RAICHEL | | $115,948.00 | $9,802.00 | $125,930.00 | | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith - electronic transfers \$20,840 | Robert Lee \$6,245 - Richard Howell \$9,000 - Eric Travis \$9,244 attempt |
| Joseph Deeng | | $4,212.00 | $0.00 | $4,212.00 | | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | Eric Travis \$6803 |
| HAROLD AND LINDA BOSSOW | | $33,625.00 | $0.00 | $33,600.00 | | HANNONS | Rommie Luther Coleman TD Hawkins - Construction wired Oscar Rivas & TD Hawkins - Oscar Rivas & TD Hawkins - Cell, either David Santana TD Hawkins | Quinn Porter \$6,370, \$3,500 - Sayful Don \$7,312 - Luther Luther \$8,323 - Travis Stephen \$7,300 |
| MARIA BARACCROSS & PAUL, GINA BARACCROSS | | $69,917.00 | $6,344.00 | $59,697.00 | | HANNONS | Rommie Luther Lerat TD Hawkins - Hawkins phoned 310-303-1219 captured by bank - Hawkins phoned 1129 W. Spruce captured by bank | Dathmonae Glodney \$6,484 - Angel Matin Brows \$6,844 - Aleia Mahmud \$8,320, \$1,300 - Layda Dent \$7,400, \$4,484 - Timothy Brown \$3,700 - Luther Luther \$6,400, \$3,384 attempt |
| James O'Brien | | $134,090.00 | $6,604.00 | $40,704.00 | | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | Nicolle Augustine \$6,400 - Chakie Amos \$4,800 - Nicolai Edwards \$7,024, \$4,200 - Keonich Harris \$9,344 - Chakie Amos \$4,450 attempt |
| Clyde Massenat | | $4,600.00 | $8,700.00 | $14,600.00 | | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith - electronic transfers \$14,600 | Lucille Gray \$7,800 |
| Helen Rojas | | $15,312.00 | $0.00 | $15,312.00 | | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith - electronic transfers \$15,181 | Claude Lewis \$8,491 - Samuel Roberson \$4,310 |
| Katrin Williamson | | $44,056.00 | $6,019.00 | $49,896.00 | | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith - electronic transfers \$49,896 | Lerid Picket \$6,405 - Bytham Dixon \$9,100 - Aleia Mahmud \$7,244 - Samuel Roberson \$6,345 - Rafina Adia \$6,455 - Lerid Picket \$4,000 - Aleia Lens \$4,200 |
| Laura B. Elder | | $19,160.00 | $9,280.00 | $27,360.00 | | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | Robert Gerard Jr \$8,475, \$8,600 - David Bigby \$9,250 |
| Mardh (Cerritos) MD | | $54,210.00 | $0.00 | $54,210.00 | | LAWRENCE SMITH HANNONS | Lawrence accessed victim information and provided to Smith - Hawkins phoned 310-303-1228 captured by bank - electronic transfer \$58,031 | Aleia Bends \$EUNK attempt, EUNK attempt - Paul Hill \$7,400 - Ablache Toska \$3,400, EUNK attempt, \$8,320 - Janel Wheeler \$4,300 |
| PETERS MANAGEMENT SYNDICATE | | $0.00 | $55,445.00 | $55,445.00 | | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith - electronic transfer \$55,035 | Justice Drayden \$9,445 |

$728,143.82

15A

ExHIBIT Y2

#51

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Tool Discount Liquidators | [redacted] | $44,079.80 | $0.00 | $44,079.80 | 11/16/06<br>11/22/06<br>12/6/06<br>12/7/06 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | Shamika Evens $6,683 - Antonio Smith $4,428, $4,309 - Marvin Dyke Kindle Jr $4,139.80 - Qian Sun $8,280, $3,848 - Richard Arturo Hernandez $5,438 - Kristy Mason $7,200 attempt, $6,954 | | |
| 3 | Tom Jeremiassen | [redacted] | $36,760.00 | $34,700.00 | $71,460.00 | 11/24/06<br>11/29/06<br>12/11/06<br>12/12/06<br>12/13/06<br>12/14/06 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | Leanna Prieto $4,600 attempt - Keturah Keith $7,000 attempt - Jennifer Landon $8,800 - Ricki Matthew $4,860 - Anna Alvarado $8,300 attempt, $8,300 attempt Cristina Garcia $8,200, $8,400 - Marcel Stewart $8,600, $8,800 attempt | | |
| 3 | A. H. Realty Inc. | [redacted] | $14,800.00 | $0.00 | $14,800.00 | 11/27/06<br>11/29/06<br>12/11/06<br>12/13/06 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | Leticia Martinez $5,600 - Jenifer Landon $9,300 | | |
| 3 | Mozell Pennington | [redacted] | $22,300.00 | $18,900.00 | $41,200.00 | 12/18/06 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith - electronic transfers $41,20( | Encolya Mason $7,600 - Amber Bumstor $8,200, $8,600 | | |
| 3 | M & S Partnership | [redacted] | $17,318.00 | $0.00 | $17,318.00 | 10/5/06<br>10/12/06<br>12/16/06<br>12/20/06<br>12/21/06 | LAWRENCE HAWKINS SMITH | Lawrence accessed victim information and provided to Smith - Hawkins phone# 310-303-1228 captured by bank | Erica Counce $5,700, $6,418 - Crystle Campbell $5,200 | | |
| 3 | Stephen Danjou | [redacted] | $36,016.00 | $0.00 | $35,016.00 | 10/6/06<br>10/12/06<br>12/19/06<br>12/21/06<br>12/22/06<br>12/23/06<br>12/26/06 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith - electronic transfers $33,70( | Christopher Miller $6,426, $6,676 - rebecca Clancy $6,684 - Kyanna Lee $4,200, $6,680 - Christina Howell $8,450 | | |
| 3 | Russell Jr., Hubbard | [redacted] | $15,800.00 | $0.00 | $15,800.00 | 11/28/06<br>12/19/06<br>12/22/06 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | archived | | |
| 3 | ANALYTICAL INDUSTRIES | [redacted] | $41,662.42 | $19,809.27 | $61,471.69 | 11/27/06<br>11/29/06<br>12/11/06<br>12/12/06<br>12/21/06<br>12/26/2006<br>12/27/06<br>12/28/06<br>1/3/07 | LAWRENCE SMITH KENNEDY | Lawrence accessed victim information and provided to Smith - Kennedy's address 2800 E. RIVERSIDE DR., #129, ONTARIO captured on chec delivery | Leon Daniels $6,800 - Kathrine Pipkins $4,206 - Leon Daniels $6,700 attempt - Shatiha Sweatt $5,300 - Denlecia Neal $ 6,100 - Elbert Williams $259 - Quiana Gomez $1,200 - Leon Daniels $UNK attempt, $6,248.42 attempt, $2,982, $2,984, $2,960 - Luvenia Wallace $1,056 - Asley Nicole Price $2,846, $2,346, $2,654.42, $2,884 attempt - Quiana Gomez $1,150 - Luvenia Wallace $310 - Madoline Villalobos $816.32 attempt, $1,850 attempt - Teresa Martinez $2,210.53 | | |
| 4 | Sam A. Moore<br>Scott A. Moore | [redacted] | $12,310.00 | $6,278.00 | $18,588.00 | 12/22/06<br>12/29/06<br>1/8/07<br>1/15/07<br>1/24/07 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | Ashanti Oard $6,450, $6,278.60 attempt - Necole Norwood $5,860 | | |
| 4 | Fitzpatrick, Lord Michael | [redacted] | $31,458.00 | $9,766.00 | $41,214.00 | 12/4/06<br>12/18/06<br>1/8/07<br>1/10/07<br>1/10/07<br>1/11/07<br>1/12/07 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | Desiree Thomas $7,446, $8,648 - Janice Miller $6,420 - Willie Newman Jr $8,944 - Dorothy Smith $9,766 attempt | | |
| 4 | Alan H. Gerson<br>Rochelle Gerson | [redacted] | $36,700.00 | $36,200.00 | $72,900.00 | 12/21/06<br>12/29/06<br>1/3/07<br>1/12/07<br>1/13/07 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith - electronic transfer $60,00( | Barbara Taylor $8,400, $7,200 - Shari Pinkney $4,800 - Ray Maxwell Jr $UNK attempt, $5,600 - Willie Newman Jr $6,300, $6,300 attempt - Prentiss Mack $4,400, $UNK attempt - Kimberly Scott $8,600 attempt - Adam Scott $UNK attempt | | |
| 4 | Angela Marie Hutley | [redacted] | $12,600.00 | $8,000.00 | $20,600.00 | 12/1/06<br>12/18/06<br>1/8/07<br>1/16/07<br>1/18/07 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | Dorothy Smith $8,000, $8,600 - Desiree Thomas $8,000 attempt | | |

15,413,532.54 ACT
491,115.27 INT

| Party | Amount | | Amount | Amount | Dates | Name | Description | Victims / Notes |
|---|---|---|---|---|---|---|---|---|
| CWK Productions | $84,100.04 | | $9.00 | $84,100.00 | 10/25/06 1/15/07 1/25/07 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | James Thompson $8,800, SUWK attempt – Nathan Fields $9,800, SUWK – Pierre Adams $8,100 – Delores Williams $7,600, SUWK – Dorothy Smith $8,000 – Toshiba Ashland $5,000 – Michael Lewis $8,600 – Akia [illegible] $5,000 |
| Net Integrated Systems Inc. | $121,876.14 | | $0.00 | $121,876.14 | 8/6/06 1/15/07 1/25/07 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | Ronni Gillich $8,814 – La Sonja Cooper $4,532.24 – Lisa Atkinson $8,214.61 |
| Sandya Liu | $36,848.00 | | $9,456.00 | $27,392.00 | 12/21/06 12/22/06 1/2/07 1/25/07 1/26/07 | LAWRENCE HAWKINS SMITH | Lawrence accessed victim information and provided it to Smith – Hawkins phone# $15,303-5355 and "Anthony" added to check shipping instructions | La Sonja Cooper SUWK attempt, $8,820 – Johnny Calloway $8,604, SUWK – Lisa Atkinson $8,214, SUWK – Marcy Lewis $9,456, attempt |
| Downey, Marissa | $23,912.00 | | $0.00 | $23,912.00 | 1/2/07 1/15/07 1/25/07 1/26/07 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | Charles Graham $8,648 – Rita Cardosa $8,574, $2,648 – Myesha Hopkins $9,382 |
| Old Bandaloop Corp LLC | $16,448.00 | | $1,546.00 | $14,870.00 | 10/18/06 10/19/06 2/2/07 2/5/07 2/3/07 1/19/07 | LAWRENCE HAWKINS SMITH | Lawrence accessed victim information and provided it to Smith – Hawkins phone # 515-303-5355 and address 1218 W. Epson St., Compton provided to check delivery | India Azevedo $5,481 – Unknown suspect $7,148 attempt |
| BCNF Inc | $42,238.00 | | $0.00 | $42,238.00 | 2/2/06 2/2/07 2/5/07 2/26/07 3/7/07 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | Sushil Saffron $9,230 – Charvis Son $6,231, $5,843 – Michael Williams $7,484 – Lance Lewis $8,484 – Jesse James $2,848 |
| ROGELY A. ALLEN | $10,724.00 | | $9,230.00 | $35,984.00 | 2/2/06 2/2/07 2/5/07 2/26/07 3/7/07 3/9/07 | HAWKINS | Hawkins address 1208 W. Spruce ST, COMPTON on check delivery | Tayrula Tobias $5,648 – Jasmine Thompson $9,318 – Natasha Arroya $4,234 attempt – Bradfield Deimos $8,404 |
| Eli, Barbara M.D. and M. Hutters | $58,860.00 | | $0.00 | $58,860.00 | 1/18/07 1/24/07 2/26/07 2/28/07 3/23/07 3/24/07 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | Monique Printzen $8,400 – Kendrick Blake $8,640 |
| Home Loan Credit Corp (Trust) | $24,480.00 | | $0.00 | $24,480.00 | 1/16/07 1/18/07 2/26/07 2/28/07 3/23/07 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | Travonia Johnson $7,289 – Andreas Johnson $5,234 – Unknown suspect $5,846 – Lerone Gillan $4,488 |
| Lula Yoon MD Inc | $0.00 | | $0.00 | $0.00 | 1/2/07 1/18/07 1/26/07 1/27/07 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | N/A |
| THOMAS C. TYER | $0.00 | | $0.00 | $0.00 | 2/01/07 | BROWN | Brown used Carmel FDW #040194 – Ramona "Raminda Johnson, Monique Printzen" handwriting in notebook with victim info | N/A |
| Evelyn, Ellen | $0.00 | $115,000.00 (circled) | $115,000.00 | | 2/2/06 8/6/06 3/14/07 3/14/07 3/17/07 3/17/07 3/19/07 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith – Checks ordered $112-3282 and $114-3410 | N/A |
| ALA, SSDN | $43,252.00 | | $48,252.00 | $45,252.00 | | HANKINS CORE | Hankins address 1328 Epson St., Compton printed on checks – Hankins phone# 323-276-4311 printed on checks – Cash on check orders Dunkingworth(phone captured by bank) | Ricky Davids $8,888 – Clifford Richardson $8,300, $8,274 – Antonio Spencer $8,432 – Ernest King $7,500 – Cathia Alvarez $8,634 |
| David Murphy | $37,480.00 | | $13,080.00 | $13,680.00 | 2/02/07 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | Crystal Anthony $8,800, $8,403 – Jamari Lee $8,206 – Alvin Young $5,698 attempt – Carline Sanford $7,604 attempt |

15A

EXHIBIT 42

| | | | | | | | | Lawrence accessed victim information and provided it to Smith | |
|---|---|---|---|---|---|---|---|---|---|
| General Production Services | | | $19,511.51 | $14,205.66 | $16,644.49 | N/M206 N/M206 4/30/07 4/30/07 | LAWRENCE SMITH | Cork's email address THADSOCO@YAHOO.COM provided it to Smith | Destiny Jones $3,922.86, 19,731.71 - Caira McKinzi $3,093.25, $3,555.31 attempt - Lauren Sizzy $5,230.75 attempt, $9,591.56, $8,245.65 - Ruby Reed $6,977.34 - Shawnda Jaime $7,913.25 - Steven Chapin $6,678.88 - Tyrone McCoy $4,182.55 |
| THOMAS A. CARSTEN | | | $0.50 | $0.50 | $0.50 | 8/07/07 | COX | | N/A |
| TRICKERS AIR | | | $39,373.00 | $6,400.00 | $37,473.00 | 10/12/07 10/24/07 10/25/07 | HAWKINS CHAMP | Accessed by Cork employee Champ - Hawkins address 168 W. SCOTT ST, LONG BEACH, CA captured by bank | 10am TEG $18,493 attempt - Victor Salmon $5,493 - Cassandra Brown $6,493 - Kendra Little $5,493 attempt - Coleman $6,493 - Alisa Black $5,493 |
| Aaron The Chang Hong Jocke & Ja Myo Trust | | | $49,726.00 | $11,450.00 | $61,100.00 | N/22/06 6/24/07 6/25/07 6/25/07 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | Del Mancelogo $7,239, $6,493 - Joseph Brooks $6,230, $5,493 - Pauline Martin $8,493 attempt - Chelsea Beaudin $5,493, $6,493 attempt - Cedias Handy $16,493 (NSA attempt) |
| WILLIAM J. GUTENHALL | | | $10,000 | $5,103.00 | $5,603.00 | 6/06/07 6/15/07 | COX | Cork's email address THADSOCO@YAHOO.COM captured by bank | David Source $5,103 attempt |
| FRED CALOS | | | $39,916.00 | $6,380.00 | $16,203.00 | 6/20/07 6/20/07 6/27/07 6/29/07 | HAWKINS | Hawkins phoned $19,503-$228 captured by bank | Kenco McEvers $7,203, $7,203 - Christopher Clark $4,333, $4,333 - Cecilia Allen $7,103 attempt |
| GARGIULO VINEYARDS LLC | | | $39,453.00 | $16,666.78 | $16,192.72 | 3/03/05 6/08/07 6/18/07 6/28/07 6/28/07 6/16/07 | HAWKINS COX | Hawkins phoned $19,503-$228 captured by bank - Cork's email address THADSOCO@YAHOO.COM captured by bank | Amanda Pratt $6,666 attempt |
| HK CASCADE | | | $32,302.00 | $9,202.00 | $46,506.00 | 6/12/07 6/13/07 6/13/07 6/25/07 6/29/07 6/11/09 | COX | Cork's email address THADSOCO@YAHOO.COM captured by bank | David Bennett $7,303 - Dara Buiner $7,203 - Marissa Manning $7,203 - Adrian Francis $6,203 attempt - Lyndell Cook $11,503 |
| BARRY HANNAH | | | $35,610.00 | $8,159.50 | $10,415.50 | 1/19/07 1/24/07 6/28/07 7/03/07 7/03/07 7/09/07 | LAWRENCE HAWKINS SMITH | Hawkins/Smith address 168 W. SCOTT ST, LONG BEACH, CA captured by bank - Hawkins phoned $19,503-$228 captured by bank - electronic benefits $10,716.55 | Tammy Reccords $5,659 - Amanda Hodges $8,659 - Carlos Lazarillades $6,803 |
| David Development Inc | | | $312,740.00 | $0.50 | $323,740.00 | 9/22/06 7/03/07 7/19/07 10/22/2008 10/24/08 10/07/09 | LAWRENCE SMITH | Victim information accessed by Lawrence and given to Smith | Rochelle Dodson $6,503 - David Holiday $6,503 - Hanika French $8,503 - Kenneth Wells $7,503 - David McMerius $7,503 |
| JANELLE A. MARKS / RONALD K. MARKS | | | | | $172,000.00 | 1/0/07 1/0/07 7/0/07 7/0/07 7/19/07 10/22/2008 10/24/08 10/07/09 | COX YOUNG LAWRENCE SMITH | Check copy of Cox residence - Young's name under line on Victim transaction/employee street - Lawrence accessed account $507 & $7897 - Accessed transaction $35,380 (Box 14) (FA-230 [July 07]) | Raynold Kelly $7,503 - Lawanta Menfield $7,503 - Christopher Thompson $6,503 - Anthony Tate $6,503 - Richard Bowens $6,503 - Melissa Rasberry $6,503 - Jessica Johnson $5,503 attempt - Tata $6,503 - Yondelvia Wells $6,503 - Christopher Shivers $5,503 - Brenda Villane $6,503 - Richard Bowens $5,503 - Anthony Tate $6,503 attempt - Christian Crews $5,503 attempt - Yondelvia Wells $5,503 attempt - Christian Downs (Lawrence) bank attempt, $5,503 attempt |
| Kiyona Alana (Kiso Trust) | | | $77,156.93 | $6,203.00 | $79,960.00 | 6/25/06 6/30/06 7/08/07 2/10/07 7/11/07 | LAWRENCE SMITH | Victim information accessed by Lawrence and given to Smith | Roxanne Riley $6,503, $6,503 - Anthony Merej $8,203 - unknown emposed $6,293 attempt |

$197,742.85 on 10/2008

$ 2,237,706.548 IN
6 (708) 188.03 IN

15A

10/07

EXHIBIT 72

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | HAILE G. SENGAL | [redacted] | $0.00 | $35,900.00 | $35,900.00 | 7/5/07<br>7/13/07 | YOUNG | Runner Kayla Dirks ID Kevin Young - electronic transfer $30,000 | Kayla Dirks $5,900 attempt | $30,000.00 | |
| 6 | Antoinette Lajoye (Lajoye Trust) | | $33,300.00 | $16,800.00 | $49,100.00 | 8/1/06<br>8/8/06<br>7/25/07<br>7/26/07 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | Ada Massey $6,000, $8,200 - Shakeima Floyd $8,900 - Shelley Donmuro $7,200 attempt - LaTrasha Williams $8,600 attempt - Joy Solomon $6,800 - Zak Ahmed $5,400 | | |
| 6 | Woodward Acoustics | | $30,267.00 | $5,000.00 | $35,267.00 | 10/24/06<br>10/27/06<br>8/14/07<br>8/15/07<br>8/16/07<br>8/17/07 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | Tommy Allen Jr. $8,000, $8,600 - Robert Burrell III $7,600 - Anthony Brown $7,600 Shamarra Smith $7,600 - Anashia Goldsmith $7,800 - Rosie Caldwell $8,000 - Emanuel Mitchell $6,000 - Kimberley Baldwin $8,600 - Denisha Leon $6,367 - Antonio Corona $6,600, $3,600 - Brandy Rice $5,000 attempt - Joel Blanchard $4,100 | | |
| 6 | Marla Glem | | $0.00 | $150,000.00 | $150,000.00 | 08/07/07 | LAWRENCE SMITH HAWKINS | Lawrence accessed victim information and provided it to Smith - Hawkins phone# 323-781-6081 captured by bank - Hawkins address 1209 W. Spruce St., Compton on check delivery - Check orders 1211-1361 and 1001-1151 | N/A | | |
| 6 | Guitar and Pen Productions Inc | | $33,550.00 | $0.00 | $33,550.00 | 1/11/07<br>1/24/07<br>8/20/07<br>8/21/07 | LAWRENCE SMITH | Lawrence accessed victim information and provided it to Smith | Yolanda Manu 46,500 - Charles Brannon $6,000, $6,800 - Andrea Mohamadu $7,900, $5,950 | | |
| 6 | Tim (David) Westbrook Barbara Westbrook | | $37,700.00 | $13,200.00 | $50,900.00 | 10/12/07<br>10/17/07<br>10/18/07<br>10/19/07<br>10/22/07 | TRICIA BLACK | Black accessed victim information | Aaron Kayes $7,000, $5,200, $UNK attempt - Damien Simmons $UNK attempt, $8,400 attempt - Geynna Buffington $7,700, $6,600, $5,400 - Shawn Smith III $4,800 attempt, $4,800 | | |
| 6 | BEVERLY BOYD (BEVERLY BOYD TRUST) | | $44,800.00 | $0.00 | $44,800.00 | 10/20/07<br>10/22/07<br>10/23/07 | TRICIA BLACK | Black accessed victim information | Tracy Peterlin $15,600, $10,800 - Emmanuel Hicks $6,600 - Rochelle Hicks $4,400 - Alvin Gamble $7,700 | | |
| 6 | WILLIE BELL BELCHER | | $10,980.00 | $0.00 | $10,980.00 | 10/23/07<br>10/24/07<br>10/25/07<br>10/26/07 | HAWKINS BLACK | Black accessed victim information - Hawkins phone# 323-781-6081 captured by bank | Sharday Tinker $5,380 - Donnica Smith $4,600 | | |
| 6 | BEVERLY WOLFE (REVOCABLE TRUST) | | $61,600.00 | $0.00 | $61,600.00 | 10/20/07<br>10/23/07<br>10/25/07<br>10/26/07<br>10/29/07<br>10/31/07 | TRICIA BLACK | Black accessed victim information | Blanca McNeir $8,400 - Antonio Phillips $10,600, $12,500, $8,800 - Pui Lok Choi $18,600 - Stephanie Reed $5,800 | | |
| 6 | GRACE STEPHENS (STEPHENS FAMILY TRUST) | | $46,900.00 | $0.00 | $46,900.00 | 10/23/07<br>10/29/07<br>10/31/07<br>11/1/07 | TRICIA BLACK | Black accessed victim information | Owen Smith $8,000, $6,500 - Bertrand Ball Jr $7,600 - Monica Ontiveros $11,600, $5,800 - Dacqueri Hopkins $7,600 | | |
| 6 | HOWARD A. COLLINS LIVING TRUST | | $0.00 | $225,000.00 | $225,000.00 | 11/5/07<br>11/6/07<br>11/8/07<br>11/9/07 | HAWKINS BLACK | Black accessed victim information - Hawkins address 1209 W. SPRUCE ST, COMPTON, CA placed on check delivery - Check orders 1001-1150, 1001-1150, and 1012-1161 | N/A | | |
| 6 | JERRY K AND SHERRY MOORE | | $25,821.98 | $17,900.00 | $43,721.98 | 11/5/07<br>11/6/07<br>11/15/07<br>11/16/07<br>4/2/08<br>4/3/08 | HAWKINS BLACK | Black accessed victim information - Hawkins address 1209 W. SPRUCE ST, COMPTON, CA captured by bank - Hawkins phone# 323-781-6081 on checks - electronic transfers $31,000 | Hilario Arredondo $6,378.50 - Tamelka Watts $8,346.48 - Helen Spry $5,900 - Tahliana Boochee $7,200 | | |
| 6 | DONNA MENTINK (MENTINK FAMILY TRUST) | | $60,232.00 | $6,400.00 | $66,632.00 | 10/12/07<br>11/8/07<br>11/13/07<br>11/14/07<br>11/15/07 | HAWKINS BLACK | Black accessed victim information - Hawkins phone# 323-781-6081 captured by bank | Denise Lucien $6,400 attempt - Cassie Butler $9,400 - Christopher Long $5,884, $6,848 - Kellie Stewart $5,200, $6,200 - Loreen Scott $8,800 - Teddy Hunter $9,200 - Gregory Morgan $8,600 | | |
| 6 | US 99 Cent Mart Plus Food Market (Howard Chau) | | $0.00 | $625,000.00 | $625,000.00 | 11/5/07<br>11/6/07<br>11/14/07<br>11/16/07<br>11/19/07<br>11/21/07 | BLACK HAWKINS | Black accessed victim information - Hawkins address 1209 W. Spruce St. captured by bank - Hawkins phone# 323-781-6081 captured by bank - check orders 2412-2672, 2421-2672, 2421-2672, 2421-2672, and 2605-2856 | N/A | $52,218.91 | |

$2,678,857.57 Act
1,003,288.03 Int.

15A

Exhibit Y2

| | | | | Dates | | Notes | Victim Detail | Amount |
|---|---|---|---|---|---|---|---|---|
| HECTOR JAIME DEALER/SHIP DIRECT | $4,600.00 | $29,437.00 | $34,437.00 | 12/16/07 9/5/07 2/10/09 3/6/08 9/6/11 8/12/10 3/12/10 3/20/10 | HAWKINS | Hamilton Address 23521 SE2ND APT 5, LANDWOOD CA orphaned by bank + electronic furniture transfer | Marilyn Deadmond $5,600 attempt – Anthony Sparks $2,225, $4,500 attempt, $3,500 attempt, $5,450 attempt – Erica Jones $10,510 – Michael Midland $17,220 Jim Osmond $5,570 – Billiana Lote $12,000 | $44,744.30 |
| JOHN HARTZ (HARTZ FAMILY TRUST) | $32,285.00 | $16,532.00 | $48,515.00 | 12/16/07 12/13/07 10/12/07 12/11/07 | HAWKINS BLACK | Black accessed victim information – Hawkins phoned 22-24 $415 captured by bank + electronic transfer $10,000 | Stanley Tinker $4,424, $10K attempt, $7,225 – Cabriel Garcia $5,405 attempt, $10K attempt, $10,450 attempt – Lucille Waldorf $4,425 attempt – Patrica Iris $8,925 attempt – Frank Jones $3,345 attempt – Elizabeth Valdez $7,400 | |
| La Vanzoyres | $13,784.00 | $0.00 | $13,784.00 | 12/16/07 12/11/07 12/15/07 | CHAMP | Champ accessed victim information (worked with Black) | archived | |
| ROY POWELL | $10,108.00 | $9,392.50 | $19,500.50 | 11/8/07 11/20/07 11/22/07 11/27/07 | BLACK CHAMP | Black accessed victim information | Marcus Byrd $10,105 – Unique Simpson $9,200 attempt | |
| LETTY BROWN | $4,625.50 | $0.00 | $4,625.50 | 11/2/07 10/27/07 11/29/07 | BLACK CHAMP | Black accessed victim information | Eljohana Williams $5,000 | |
| NINH NGUYEN | $14,000.00 | $4,000.00 | $18,000.00 | 10/16/07 12/13/07 12/9/07 | TRICIA BLACK | Black accessed victim information | Patrik Ward $8,500 attempt, $5,500 – Marla Williamson $7,580 | |
| IVY POWELL | $47,030.00 | $22,356.50 | $59,080.00 | 11/26/07 12/11/07 | BLACK CHAMP | Black accessed victim information | Alfred Johnson $5,500 – Bittany Cox $15,425, $7,500 – Ronald McLeod $10K attempt – Kristy Christopher $5,495 – Travis Collins $2,295 attempt – Cleered Williams $12,473 attempt – Paula Jackson $10,450 attempt – Demetrico Jordan $10K attempt – Juan $5,680 | $118,948.26 |
| ROBERT L JONES KADI JONES | $15,600.00 | $59,803.50 | $75,403.50 | 11/4/07 11/12/07 11/12/07 11/6/07 | TRICIA BLACK | Black accessed victim information | Nehemiah Smith $5,630, $5,630 – Thomas Tourage $5,245 – Arguha Chandowitz $9,400, $9,400 – withdrawn support $7,220 attempt, $9,000 attempt, $7,100 attempt – Demetrico Jordan $5,684 – Zjoira Capone $9,500, $9,90 | |
| JAMES GENTRY (GENTRY FAMILY TRUST) | $27,500.00 | $27,580.00 | $44,800.00 | 11/4/07 12/12/07 12/5/07 12/4/07 12/5/07 12/4/07 12/11/07 | BLACK CHAMP | Black accessed victim information | Ronald Martines $8,500 – Samuel Brown $7,425, $7,500 attempt – Patrika Eans $7,500 – Aaron Dreisler $8,950 attempt – Frida $7,500 attempt | |
| JENNIFER A. SIMON | $55,030.00 | $0.00 | $55,030.00 | 12/1/07 12/20/07 1/7/11 | TRICIA BLACK | Black accessed victim information – electronic transfer $10,000 | Erica Wilson $7,580, $5,580 – Justin McIon $4,580 – Kenisha Cox $8,585 – Gary McBurdey $5,500 – Ardson Weaver $10,500 – Socorro Guyanis $7,425, $9,920 | |
| AUTO ASSISTANCE TOWING | $54,500.00 | $0.00 | $54,500.00 | 10/25/07 10/24/07 10/24 10/31 | TRICIA BLACK | Black accessed victim information | Sam Deare $10,500, $8,500 – Alfred McIiad $15,550, $4,425 | |
| DANIEL FORGE | $41,600.00 | $22,500.00 | $64,100.00 | 10/26/07 10/24/07 10/7/07 10/26 4/8/08 9/16/08 1/7/08 | TRICIA BLACK | Black accessed victim information | Malcola Lewis $5,585 – Chelsea Austin $9,345, $5,320 attempt – Mireille Henley $10,425 – Zavilia Jones $5,500, $5,500 attempt – Gabriela Coverez $5,500 – Billy Merion or $8,500 attempt | $235,534.66 |

$3,044,402.57 Act.

$1,400/121/63

Ex. 42

EXHIBIT 2

154

| | | | | | | |
|---|---|---|---|---|---|---|
| DAVID HOLDEN | | | | | | |
| Philip J. Rost / Carol S. Rost | $151,343.33 | $0.00 | $151,343.40 | 8/2006 | HAWKINS COX | Victim information found at Cochran win's residence during Search Warrant | Ava Sam $17,010 - Christopher Ingram $8,882.50 |
| PAUL C. ROSEN | $103,842.33 | $0.00 | $103,842.33 | 8/2006 8/2006 9/2006 8/2006 | HAWKINS | Hawkins phoned 310-741-4401 explained on victim check - Hawkins address is 10311 ELONE ST., LAKEWOOD, CA used to check delivery & to Zone LAKEWOOD, CA explained on victim phoned 310-618-4407 asked to check delivery & bu | Antobella Parker $8,400 - Kathleen Gelzen $7,200 - Debra Leitford $2,210 - Patrick Gomez $2,500... |
| RONALD T. KEATON | $121,133.08 | $6,633.08 | $71,617.28 | 4/2006 8/2006 8/2006 8/2006 | HAWKINS | Hawkins address 10311 ELONE ST., LAKEWOOD, CA used to check delivery & medical transfers $27,682 | Patrick Gomez-Marion $2,750 - Leslie Rose $8,575.29 - Joshua Sanderl $2,351 - Emma Leslie $4,119... |
| JASON K STEEN / GISELLE M STEEN | $6,633.08 | $16,686.20 | $16,036.00 | 4/1/6002 | HAWKINS | Hawkins phoned 323-724-6401 captured by Hutson claims - electronic transfers $15,465 | Kimberly Clemons $6,233 - Cindy Lopez $1,066 attempt, UMIC attempt |
| JACK IN THE BOX | $8,849.65 | $0.00 | $8,849.43 | 4/2006 | HAWKINS | Robert "Chanel McAbbey" Jose/Hawkins on victim info-found at Cochran win's residence during Search Warrant/Jose Adam Chern $18.05 ct... | Jimmie Johnson - Yvette Johnson - Teresa Charlton - Luvandi Hadley - Zara Reid - Roberto Millard - Alfredo Quinlan... |
| DANIEL PENA | $65,000.00 | $0.00 | $65,000.00 | 2/2006 2/2006 2/2006 2/2006 | BLACK CHAIR | Black accessed victim information | Antboa Miller $2,886, $2,886 - Dettmore Reid $7,850 - Brigitte Maxwell $8,650 - Shawn Thomas $8,100 - Anthony Purdy $4,663 |
| PAUL TASHMAN | $66,039.00 | $0.00 | $66,039.00 | 2/2004 2/2006 2/2006 | BENSON | Holland Claris recording 9154631917 | 1 Email LLC $8,650 - time - auffernoot $8,500 - AAAT Solutions $12,615 - Nicole Green $8,500 - BENSON CALL |
| MICHAEL CARTER | $91,199.00 | $0.00 | $91,199.00 | 2/2006 2/2006 2/2006 | HAWKINS | Listed by Hvad phoned 310-816-814 which was also captured by the bank on the Paul Rosen acct Paul Rosen checks used Hawkins address 10311 ELONE ST., Lakewood | Kathryn Cole $4,510, $4,741, $4,241 - Joshua McGinty $8,145... |
| RODGER MEDEL (MEDEL FAMILY TRUST) | $7,800.00 | $96,000.00 | $50,000.00 | 12/12/07 2/2004 2/2004 | TRICIA BLACK | Black accessed victim information | Steven Clegg $10,000 attempt, $2,500 attempt, Anthony Gast $7,020 |
| BEVERLY YODER | $92,700.00 | $0.00 | $92,700.00 | 10/02/07 12/11/07 12/11/07 12/06 12/06 2/2006 | TRICIA BLACK | Black accessed victim information - electronic transfers $37,376 | Mark Keaton $16,924 - Brianna Moriarity $18,625 |
| BEVERLY BLOESSNAEL | | | | | | Black accessed victim information | Travis Pack $7,100 - Ashley Davis $8,800 - Lauren Walker $7,100 - Kathleen Jones $4,010, $4,010 - Tina Jones $8,600 - Christina Chardy $7,603... BENSON CALL BEFORE COX ARRIVED AT CHI |

IN JAIL

$3,511,036.40 ACT

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ESTHER H ROSENTHAL | | $25,650.00 | $0.00 | $25,650.00 | 4/25/08 8/22/08 8/7/08 | COX | Husband Clarke recordings 53153919991, 57193725371 - electronic transfers $24,051 | Marcelle Dennis $6,400, $8,300 - Joan Ann Calloway $8,600, $8,800 - Johnson Mayes $7,550 - Janet Wyman $3,702 - Tara Freeman $3,232 | $81,583.42 |
| AARON R. KLEIN | | $20,726.00 | $9,742.00 | $29,968.00 | 8/2/09 9/7/08 10/11/08 | WATSON BENSON | Serveda/Distributer Nicholas Watson ID Benson - electronic transfers $29,900 | Nicholas Watson $3,142, $8,342 - Andre Bidal $8,242 | |
| STEPHEN A. KAUFMAN | | $45,600.00 | $0.00 | $45,600.00 | 5/7/08 8/4/08 | STRONG BROWN | Recruiter / Strong gasketed checks - Husband Clarke recording 47294466191 | Chanetta Shaw $8,200, $8,800 - Alphonso Strong $8,400, $8,000 - Rachelle Owens $8,750 - Kurtli Henrye $8,030 - Tamara Landry $7,930 | |
| MARC ALAN ROTHCHESSO | | $8,650.00 | $14,460.00 | $23,110.00 | 8/8/08 8/18/08 | COX BENSON | electronic transfers 53133 - Husband Clarke recordings 5124425191 (Cost), 5128824100 (Cost), 5999883371 (Cost, #20185771 | Treveisha Moore $8,460 | |
| BLASE SWARTZMAN | | $47,500.00 | $15,900.00 | $62,500.00 | 8/25/08 9/9/08 | ALEXANDER S. BALDWIN HARRIS | Recruiter Alexander ID Cash, Baldwin - Husband Clarke recordings 52231460191, 52232548191 | Geo Baluck $15,900, $15,603 attempt - Dustin Gonzalez $10,800 $17,961 | |
| CARL SHAPIRO | | $54,662.00 | $0.00 | $54,662.00 | 8/28/08 9/3/08 8/26/08 8/25/09 | BROWN | Husband Clarke recording 52227371991 - electronic transfers $33,388 | Jay Tan $3,300 - Andre Foster $3,800, $8,600 - Mahila Shelton $8,600, $8,300, $7,960 - Devony Allen $8,500 | |
| AMADO CERVANTES REFUND RECYCLING | | $32,671.43 | $0.00 | $12,671.13 | 10/6/08 10/2/08 10/18/08 | BROWN | Husband Clarke recording 52233440191 | Richard Nieves $8,200 - Mike Ibrahim $8,300 - Montoya Robinson $8,503 - Corey Blanco $8,400 - Vernell Williams $8,035 - Jose Luis $8,053 - Latisha Williams $7,503 - Teresa Hadley $8,400 - Soha Lopez $8,300 | $1,417,401.95 |
| CECORETTO PRODUCTIONS | | $27,600.13 | $15,655.75 | $43,900.00 | 10/14/08 10/16/08 | | Husband Clarke recording 7244010899* | Rashida Hector $8,800.15 - Chris Robb $8,593 - Nicole Brown $8,350, $8,420.74 attempt - Amber Benitez $8,102 attempt | |
| DANNY AL GOLDBERG ELLEN H. GOLDBERG | | $3,900.00 | $0.00 | $3,900.00 | 10/17/08 | COX | Victim info found during Search Warrant at Cox's evidence | unknown scipped used false ID to withdraw money | |
| MARIANNA FRANKEL ALBERT FRANKEL | | $23,350.00 | $0.00 | $23,350.00 | 10/18/08 10/10/08 10/17/08 | COX YOUNG | Victim info found during Search Warrant at Cox's evidence - Digital evidence found on computer at Young's residence - Renard's "Wanda Aloicik, Young/Young's Vendor" hidden with victim info | Rolanda Aloicik $4,250 - Aljetia Wilson $8,500, $6,150 - Shamaine Turner $7,950 | |
| AJA, Gordon | | $9,850.00 | $0.00 | $19,850.00 | 12/5/08 12/6/08 | COX | Victim info found during Search Warrant at Cox's residence - electronic transfer $9,860 | Chase Smith $9,650, $9,941 | |
| FAROUKZ PEDIL | | $0.00 | $255,615.03 | $255,615.03 | 10/22/08 | COX | Victim info found during Search Warrant at Cox's residence - 2 check series 1500-1410, 1501-1410, 1525-1410 | N/A | |
| JACK HASOSENTHAL DONNA G. ROSENTHAL | | $19,280.00 | $0.00 | $19,340.00 | 10/22/08 10/24/08 | COX | Cash statement during bodily $105 and $4825 found at Young's residence during Search Warrant electronic transfer $802 | DeHree Giver $8,250 - Christopher McGovern $5,100 | |
| Thomas Iannone Nancy Iannone | | $62,110.00 | $13,330.00 | $65,830.00 | 10/24/08 10/22/08 10/29/08 10/26/08 | BENSON | Husband Clarke recordings 52553440191, 54251472191, 54310493001 + electronic transfers $64,933 | Ginny Dias $5,000 - Adjima Valreda $8,300 - Jonathan Lee $11,050, $7,150 - Rachel Jones $8,100 - Jasmine Ginez $8,100, $8,003 | |
| WJR, HOWARD Lori E. Dodd | | $0.00 | $75,000.00 | $75,000.00 | 10/7/08 11/6/08 | BENSON | Husband Clarke recording 54336443191, 7234492341, 8124516141 - check series 4251-4253 | N/A | |
| SARA VOLATE CHARLES LEVINE | | $8,690.00 | $10,550.00 | $19,720.00 | 11/6/08 3/26/09 | COX | Husband Clarke recordings 75157814591 (Cost), 35571418491 (Cost), 72101022201, 68310133401 (Cost), 68392557231 - electronic transfer $5,000 Guidat Rd., Rowland Heights tax recording | Lavinia Richard $7,094 attempt - La Toya Washington $5,100, $5,305 attempt | |
| RAFAEL VALENZUELA MARIA VALENZUELA | | $0.00 | $0.00 | $0.00 | 11/23/09 | COX | Victim info found during Search Warrant at Cox's evidence | N/A | |

$3,884,005.72 Act

1,509,660.70 101

EXHIBIT 42

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | Hart O. Klein<br>Barbara O. Klein | [redacted] | $0.00 | $450,000.00 | $450,000.00 | 11/10/08<br>11/12/08<br>11/14/08<br>11/25/08<br>11/28/08<br>12/12/08 | COX<br>BROWN<br>HAWKINS | Harland Clarke recordings 632633000101, 332643803101, 262850441501, 842667566701, 122568759601, 942569044801, 332909475401, 162909696301, 943144557401 - 3 check orders Nov 10, 2008, Nov 12, 2008, and Dec 11, 2008 | N/A | | |
| 7 | PACIFIC WEST INVESTMENTS INC.<br>Adrian Van Rijs | [redacted] | $12,600.00 | $0.00 | $12,600.00 | 12/1/08<br>12/8/08 | BROWN | Harland Clarke recording 38281827190* | Carleton Morgan $6,350, $6,250 | | |
| 7 | CAROL A. BARCAL | [redacted] | $19,900.00 | $0.00 | $19,900.00 | 12/3/08<br>12/12/08<br>12/15/08 | BROWN | Harland Clarke recording 682910777601 | Larry Pollard $6,900 - Cedrick Thomas $6,000 - Warren Fuselier $7,000 - Anthony Jonas $UNK attempt - Eric Caesar $UNK attempt | | |
| 7 | RAUL L. JAMORALIN<br>AGNES A. JAMORALIN | [redacted] | $26,248.00 | $0.00 | $26,248.00 | 12/17/08<br>12/18/08 | | electronic transfers $14,680 | Derald Loadholt $8,230 - Yesenia Lopez $6,643 - Rose Mary Garcia $5,842, $6,634 | | |
| 7 | WILLIAM KITE dba DYNACON ROOF REMOVAL | [redacted] | $10,000.00 | $4,600.00 | $14,600.00 | 12/30/08<br>12/31/08<br>1/2/09 | BENSON | Harland Clarke recordings 443085056401, 63074180001 - electronic transfers $14,600 | Shanica Wilson $10,000 | | |
| 7 | NAOMI S ROSEN<br>ARTHUR A ROSEN<br>NORMAN J ROSEN | [redacted] | $32,618.00 | $0.00 | $32,618.00 | 12/29/08<br>1/6/09<br>1/7/09<br>1/8/09<br>1/9/09 | COX | Runner "Jessica Woods" handwritten on victim info found at Cox's residence during Search Warrant (see Robert Johnson acct) - Cox's handwriting on checks | Tracey Barker $8,420 - Cecil Gentry $6,670, $6,894 -Donye Jones $7,652 - Sequoia King $4,982, $UNK attempt - Jessica Woods - Patrick Schilling | | |
| 7 | Chris Kohl<br>Kirsten Kohl<br>FLANAGAN LAW GROUP | [redacted] | $19,100.00 | $0.00 | $19,100.00 | 12/31/08<br>1/8/09 | COX | Cox's email address Thabiggone@yahoo captured by the bank - electronic transfers $18,000 | DeAnna Montoya $8,000 - Shaquitta Scott $8,200 - Richard Henry $3,900, $3,000 | | |
| 7 | HANI ECKSTEIN | [redacted] | $12,800.00 | $5,500.00 | $18,300.00 | 01/14/09 | COX | Cox's email address Thabiggone@yahoo captured by the bank - electronic transfers $18,300 | Crystal Rivera $6,000 - Eduardo Vasquez $6,800 | | |
| 7 | ALLEN ROSENBERG<br>MARGARETA SVENSSON-ROSENBERG | [redacted] | $4,965.00 | $26,700.00 | $31,665.00 | 1/5/09<br>1/20/09<br>7/21/10<br>7/22/10 | COX<br>BofA ID W0B66011 | victim info found during Search Warrant at Cox's residence - electronic transfer $7,000, $3,000 | Keevan Burks $6,900 - Curvin Burks $unk attempt - Harold Wise $9800 attempt - Chyra McCord $4965 | | |
| 7 | AUTO LIFT SERVICES<br>ROBIN WOODSON<br>Chris Woodson | [redacted] | $33,530.00 | $0.00 | $33,530.00 | 1/21/09<br>1/23/09<br>1/26/09 | BROWN | Harland Clarke recordings 743255460201, 663265521101 | Phillip Wooten $4,769 - Letari Martin $4,982, $4,690 - Jaynesha Harris $4,998, $4,822 - Dennis Williams $4,939 - Tinisha Moore $4,600 | | |
| 7 | DOUGLAS TOBIAS | [redacted] | $23,100.00 | $6,000.00 | $29,100.00 | 12/12/08<br>12/16/08<br>12/17/08<br>2/4/09<br>2/5/09 | COX | Harland Clarke recording 22910131701, 22910034301 - Runner Brandon Brown cashed a check on Andrew Goldstein - Goldstein acct profiles were found in Cox's residence during the Search Warrant | Brandon Brown $7,000, $3,000 - Michael Parkerton $6,000 attempt - Rafaela Moore $7,000 - Henry Holloway $6,100 | | |
| 7 | MITCHELL S HERTZ<br>JEANENE HERTZ | [redacted] | $0.00 | $75,000.00 | $75,000.00 | 2/3/09<br>2/26/09 | COX<br>HAWKINS<br>KENNEDY | Check order 8281-8560 Hawkins address 7801 STARK DR, HUNTINGTON BEACH - Kennedy's address 2800 E Riverside Dr. - Hawkins phone #310-357-6573 - victim profile info found during Search Warrant at Cox's residence | N/A | $30,333.22 | |
| 7 | ALLAN D. GOLDMAN | [redacted] | $8,000.00 | $7,000.00 | $15,000.00 | 2/24/09<br>2/26/09<br>2/27/09<br>3/2/09<br>3/3/09 | HAWKINS | Harland Clarke recordings 533600320401, 493600644701, 893643836301, 833666774501, 113566385301, 373576501801 - | Deebon Frost $8,000 - Chentelle Montgomery $7,000 attempt - Tramelle Washington $UNK attempt | | |
| 7 | EGON FIRESIDE<br>Jack Shim<br>Molly Fong | [redacted] | $29,215.36 | $0.00 | $29,215.36 | 3/3/09<br>3/4/09<br>3/6/09<br>3/9/09 | COX | victim info found during Search Warrant at Cox's residence - electronic transfers $29,215.36 | Michael Shilo $8005, $6010.36 - Jimmy Guyton III $8,200 - Tahirah Terry $7,000 | | |
| 7 | BRADLEY HELMAN<br>Janine Helman | [redacted] | $6,950.00 | $0.00 | $6,950.00 | 03/05/09 | BROWN | Harland Clarke recordings 613617998501 (Brown), 343610384201 (UNK male), 113610238301 | Laura Rutebuka $6,950 | | |

11

12

15A

$3,998,471.72 ACT
1,513,460.79 INT

EXHIBIT 72

$86,241 Act No Cox
$9,100 INT No Cox

| Name | Amount | | Total | Defendants | Account # | Victim Information | Victim Names |
|---|---|---|---|---|---|---|---|
| DAN ROTHSCHILD (ARCHITECT) DAN & SUSAN ROTHSCHILD | $27,825.61 | $0.00 | $27,825.61 | COX KENNEDY BROWN BENSON WATSON WADSACK | 3/1699 3/11699 6/2019 | Kennedy's address 2810 E. RIVERSIDE DR., #102, ONTARIO, charged on bank profile - La Verne armed report (Homefinancer) - Renner David Morris (associate of Renner Amanda Schneizer APD#18-662119) Willow/Wadsack/Johnson at merchant/distributors (see Campbell Katz, Hemmond Grand Avenue, Gary Volz, and Gary Deutsch accts) - Fraud address 1194 Sultana Ave check stakeout on Schubert ledger found at Cox residence during Search Warrant sells names associated on Cox acct | John Shaw $7,345 – David Morris $7,850 – Marion Robinson $8,641.23 – Charles Robinson $8,931.41 |
| CAMPBELL KATZ MARTY KATZ | $17,850.00 | $9,150.00 | $27,000.00 | SMITH WASHINGTON WATSON BENSON WADSACK | 3/1699 3/2699 | Washington accessed victim information and gave to Smith - Renner David Morris (associate of Renner Amanda Schneizer APD#16-66119) Willow/Wadsack/Johnson as merchant/distributors (see Campbell Katz, Hemmond Grand Avenue, Gary Volz, and Gary Deutsch accts) - Electronic provided $18,000 | Lajuana Fulton $8,500 – David Morris $7,345, $8,250 – Charmaine Taylor $7,850 attempt |
| CRAIG P. BERGMAN Marika Ottenberg | $7,500.00 | $0.00 | $7,500.00 | COX SMITH WASHINGTON | 3/1699 3/11699 3/11699 | Washington accessed victim information gave it to Smith - Renner "Tracy" Young cashed on Richard Kroetz's acct, Ken McCune was found at Cox's residence during Search Warrant | Tracy Young $7,850 |
| GLEN MONTGOMERY | $14,450.00 | $0.00 | $14,450.00 | SMITH | 3/1699 3/11619 3/22019 3/26019 | Washington accessed victim information gave it to Smith | Gentry Ray Charles $1300 attempt – Annelise Beckett $6,500 – Robert Flowers $6,650 |
| JAMAL L. ANDERSON HUSSEIN / JONATHAN | $51,750.00 | $0.00 | $51,750.00 | SMITH WASHINGTON | 3/1699 3/22699 12/6029 3/2019 3/26019 | Washington accessed victim information gave it to Smith | Rashad Scott $6,650 – Amanda Summers $7,500, $6,350 – Pamela Hardy $4,850 – Curtis Deal $8,125 – Paulina Clayton $6,045 – Deracy Salazar $4,235 – Tanisha Mayer $5,415, $5,415 attempt |
| JB BRICKELLC Jim Brickell Greg DuPreyde | $40,638.50 | $0.00 | $40,638.50 | COX BROOKS | 2/27699 3/10699 3/17699 6/7019 3/22699 7/9019 | Victim information found at Cox's residence during Search Warrant - Desk information accessed by "Brooks" - Cox residence sells profile - Renner "Brgus" handwritten on bank profile - Renner "Brgus" handwritten online banks | Bryan Morrell $5,415 $7 - Eliana Avelar $5,415.23 – Marcus Major $5,415.23 – Heather Thompson $4,850.23 – Janel Mitchell $4,415.23 – Felicia Bennett $4,415.23 – Carlie Stanley $4,500 – Amanda Johnson $5,035 |
| LEONARD NAJJAR CLAUDIA J NAJJAR | $5,998.66 | $0.00 | $5,998.66 | COX SMITH WASHINGTON | 3/1699 3/8019 6/7019 | Washington accessed victim information gave it to Smith - Renner "Jacqueline Miller" handwritten on bank profile (Harold Cohn) found at Cox residence | Jacqueline Miller $5,951 |
| Harold Cohn Sharon Cohn | $7,200.00 | $0.00 | $7,200.00 | Cox | 3/2699 4/7019 | Victim into found during Search Warrant at Cox's residence - Renner "Jacqueline Miller" handwritten online banking | Jacqueline Miller $3,200 – Eric Travis $4,000 |
| ADAM C. DEUTSCH | $15,931.00 | $0.00 | $15,931.00 | SMITH WASHINGTON | 3/26699 4/7019 4/2019 4/2019 4/7029 | Washington accessed victim information gave it to Smith | Quanty Scott $15,931 – Charles Mobley $4,000, $5,931 |
| DEAN A VIGEZ D3A DEAN A VIGEZ CONSTRUCTION | $9,310.00 | $0.00 | $9,310.00 | COX | 3/4679/919 | Victim into found during Search Warrant at Cox's residence - Fraud address 1344 N. Euclid Ave, Ontario charged on bank profile along with check delivery | Marcia Owens $4,815 – Shayaka Whitely $4,495 |
| CARYAL DEUTSCH | $7,490.00 | $0.00 | $7,490.00 | WASHINGTON SMITH COX WATSON BENSON WADSACK | 4/521 4/521 | Washington accessed victim information and gave it to Smith - Harland Clarke recording 8092378749111 - Renner David Morris (associate of Renner Amanda Schneizer APD#16-66119) Willow/Wadsack/Johnson as merchant/distributors (see Campbell Katz, Hemmond Grand Avenue, Gary Volz, and Gary Deutsch accts) | Tanilya Sewell $7,490, $4,200 attempt |

15A

EXHIBIT 42

| Name | | | | | | | | Details |
|---|---|---|---|---|---|---|---|---|
| DALE G. EPSTEIN<br>CHRISTINE EPSTEIN | $13,250.00 | $0.00 | $13,250.00 | 4/6/09<br>4/4/09 | | SMITH<br>WASHINGTON<br>KENNEDY<br>COX | | Washington account victim information and gave to Smith - Runner Tamba Sambo account which Cox is on Harland Clarke recording - Kennedy's address 7890 E. Riverside Dr. Co, Colorado - check & them |
| ANTON HAJJAR<br>NATHALIE A HAJJAR | 16,780.00 | $9,290.00 | $16,780.00 | 4/18/09<br>12/4/10<br>12/17/09<br>12/23/09 | | HANKINS<br>BROOKS<br>COX | | Victim info was accessed by Brooks and victim info was found during Smith-Warrant at CostPlus.biz residence - Cox's phone # 419-424-3434 was registered to Harland Clarke - Hajjar 664 and Hajjar's wire transfer is on victim profile | Rasheem Dyson $3,601, $3,700 |
| GREGORY O. DEUTSCH<br>Melinda M. Deutsch | $30,555.00 | $3.03 | $30,565.00 | 3/25/09<br>4/2/09<br>4/19/09 | | SMITH<br>WASHINGTON | | Washington accessed victim information and gave to Smith | Leighton Pyke $7,249 - Stephanie Mary $3,341 - Pyke cashed $3,531 |
| HERNECIO GRANO LLC<br>ANDY HERNECIK<br>RANDY HERNECIK | $16,611.25 | $19,316.45 | $19,850.00 | 4/16/09<br>4/2/09 | | HANKINS<br>WATSON | | Runner Amanda Selection ID Hankins/Watson - Runner David Merrits (wire #420 of Runner Amanda Schruier AP20 194-4334) D - Watson/Watson ID access was victim information (see Campbell Mike, Hernecik Grand Avenue, Sam Vale, and Gary Deutsch acct) - electronic transfer $15,309 | Austin Pyke $5,349 attempt - Davis Cole $7,109, $3,700 - Amanda Schruider $7,914 ht, $7,917 ht |
| HUGO R MALDONADO<br>DBA MALDONADO<br>VINEYARDS | $19,341.65 | $19,384.03 | $19,476.88 | 4/22/09<br>8/7/09<br>8/30/09 | | COX<br>BROOKS | | Brooks accessed victim information - Victim information was found at Cox's residence during Smith Warrant - electronic transfer $19,403 | Leil Vingtana $4,514 - Richmond King $4,554.83 - Claim Approval uspbk $8,139.31 - Chloe Cary $4,113.84 |
| BRIDGET GOSSER | $0.00 | $7,000.00 | $7,000.00 | 3/26/09<br>3/9/09<br>4/16/09 | | SMITH<br>WASHINGTON | | Washington accessed victim information gave it to Smith | Marvin Sawright $7,989 stamp |
| DAVID CLAUSEN | $0.00 | $19,368.89 | $19,368.89 | 4/7/4/09 | | HANKINS | | Electronic transfer $19,450, $6,714.81 - Fraud address linked to Bank's acct 14713 ATLANTIC BLVD, COMPTON, CA | Eddy Kibasyi $19,203 attempt - Unknown subject $8,909 stamped |
| Aaron Extericker | $29,700.00 | $93,500.00 | $66,700.00 | 4/28/09<br>8/6/09<br>12/7/09<br>10/7/0 | | COX | | victim info found during Smith Warrant at Cox's residence - electronic transfer $28,201 - Cox's address 14713 21st Colima Rd. Global Heights chapped on bank profile | Chris Symbosk $6,603 - Josephen Lyemen $9,706, $7,100 |
| THE TRUST FUND | $4,419.44 | $0.00 | $3,419.44 | 4/04/09 | | HANKINS<br>SMITH | | Runners Tammy Powell, Tarda Glass, Marcus Major, Corynisha Redford, Chris Luis Rojne and Darrin Elson ID base with the Sadary | Corynisha Redford $3,778.44 - James Thomas Lyemen Harris $2,419.34 |
| SHIRLEY STALLACK<br>Leif Spiess A<br>Steve Cassel | $0.00 | $4,000.00 | $4,000.00 | 3/26/09<br>3/20/09<br>4/2/01<br>8/9/2015 | | HANKINS<br>SMITH<br>WASHINGTON | | Washington accessed victim information and gave info to Darrin Oxmolite - Fraud address is linked to FlexOR's acct 14713 ATLANTIC BLVD, COMPTON, CA | Leontise Michael $4,041 |
| MICHAEL B. FLEISCH<br>FLEISCH FAMILY TRUST | $15,608.00 | $6,600.00 | $22,208.00 | 1/5/0407<br>11/9/607<br>12/27/07<br>6/5/09<br>6/3/09 | | HANKINS<br>BLACK | | Harland Clarke recording #734ET 60168, 23457 85398 (Sameboly - Fraud address linked to ClaussenOxplanbx acct 14713 ATLANTIC BLVD, COMPTON - profile's personal victim information | Shayna Smith $8,384 stamp - Randd King $4,924, $3,801, $7,209 |
| TONY HAXOOD DBA<br>AUTO FINANCE<br>SPECIALIST | $0.00 | $0.00 | $0.00 | 6/2/09<br>6/9/09 | | HANKINS | | Hankins phoned 323-241-6681 - Harland Clarke identified caller as "Anthony" - check order 9935 1155 | N/A |
| JOHN & CAROL COEN | $44,612.39 | $0.00 | $44,612.39 | | | COX<br>SMITH<br>YOUNG | | Runners (Coen's/Young's ID Young and Smith (see Gray Long, Schafa Las Cruces Robine acct65) - electronic transfers $78,405 - Runner Timothy Lopez attempted to cash 3 checks on Coen's/Young's acct. Hernniz acct 1456 was found in Cox's residence during Smith-Warrant - Runner George Lopez cashed check & Gray - Long - Chloe acct 3306 - Soha & Las Cruises found at Cox's residence during Smith-Warrant - Chloe/Las Cruises handwriting on Victim info found at Cox's residence during Smith-Warrant - Fraud address 1156 Balboa Ave, Oxnard on check delivery and runner Vanessa Flores acct 5240 - Leucha Copan acct | George Lopez $9,899 - Parisa Danielle $4,100.84 - Teresa Coen/Lopez $5,203.51 - Timothy Lopez $8,421 - Justine Rivera $4,884 - Vanessa Flores $6,340 - Leucha Copan $7,109 |

1:30 C 2017     1:10 C 2017     1:10 C 2017     1:10 C 2017

91,821,378.35 act no.

| Name | | | | Defendants | Description / Notes | |
|---|---|---|---|---|---|---|
| FRANK VARGAS | $11,940.00 | $29,250.00 | $51,200.00 | WATSON NAKANNA WADSACK COX | Summerwinter Christopher Henna ID Watson/Wadsack (see Rothman, Fine acct) - Ramer Tyeena Clark cashed a check on Rothman acct. Wadsack found at Cox's residence during Search Warrant - Ramer Kevin Davis info found at Smith/Howard's residence during Search Warrant | |
| MARK HOROWITZ MONICA WYATT | $7,990.00 | $74,950.00 | $81,980.00 | COX | Brooks accessed Victim information and profile was found at Cox's during SW - electronic transfer $12,933 | $52,981.25 Donald Harvey $1,491 attempt - Donald Harvey $16,243.26 attempt - Tyeena Clark $2,850 attempt - Kevin Davis (Dale) $11,736 |
| | | | | | | Donald Harvey $9,930 attempt - Lindsey Nolla $3,750 attempt - Timothy Lopez $7,850 attempt - Nichayla Coleman $7,910 |
| CHARLES FINKEL | $24,916.87 | $5,652.91 | $30,548.98 | WASHINGTON BROWN KENNEDY COX | BofA employee Washington D Smith/Newkins - Washington (SC Gala with Charles Finkel info - (4236371) - Richard Carter recording $6451551681 (Brown) 1245451681 (BofA mail) - UPS driver Richard Finkel ID Kennedy - Newkins/Howard/Smith cashed on Tameka Finkel acct; Tameka Finkel recording info was found at Cox's residence during Search Warrant | Aja Campbell $14,921.1 attempt - Daniel Barucha $4,174.42, $5,499 - Natasha Tracy $3,500 attempt - Michael Williams $4,491.26 |
| Timothy A. Fuhs | $39,403.00 | $174,500.00 | $192,980.98 | COX SMITH | Brooks accessed Victim information - Victim information was found at Cox's residence during Search Warrant - Young's partial email address "Little_coverjones info found on Smith's profile - electronic transfers $62,513 - electronic transfers $199,000 | Larry Wright $17,650 - Robert Ewert $3,510 - Daniel Barucha $5,499 - Alejandro Sato $4,674 - Larry Valdez/a $4,666 - Patty Sal $7,300 - Kelly Cunningham $5,000 |
| GRAY A. TENLERY | $22,600.00 | $0.00 | $52,600.00 | SMITH YOUNG | Ramer Rhonda/Tyeena ID Young and Smith (see Cox, Schmitz acct, and Julius/Schneider entry) - electronic transfers $47,500 | Justina Rivera $16,500 - Amber Wakefind $4,200 - Michael Williams $10,500, $4,500, $6,830, $4,675 - Natasha Tracy $3,500, $7,000 |
| Brian A. Lander Paul B. Lander | $5,203.00 | $611.00 | $6,000.00 | COX BROOKS | Brooks accessed victim information Victim information was found at Cox's residence during Search Warrant - electronic transfer $5,995 | Rochelle Force $5,200 |
| ARTHUR & JOHN (KINGERR) FORRESTER ARTHUR DECEASED | $20,216.00 | $0.00 | $20,216.00 | YOUNG SMITH | Ramer Rhonda/Tyeena ID Young and Smith (see Gray Levy, Schmitz acct, and Cox acct) | Robyn Wentworth $6,423 - Vanessa Rivera $6,900 - Ricardo Zamora $4,683 Michael Ripley $4,110 |
| MICHAEL A. ROTHMAN | $8,600.00 | $8,600.00 | $16,200.00 | COX HAVANNA WATSON BROOKS WADSACK | Havanna written statement ID of DiaStacio/Recordor Watson/Wadsack - Brooks accessed Victim info - Wadsack found at Cox's residence during Search Warrant - Ramer "Christopher Howard" Jan Petitis online broke in | DiMarziio $5,680 attempt - Christopher Howard $1,910 - Joshua Palitz $9,930 - Tyeena Clark $3,985 |
| HARVEY & HARRIETT BROWN | $96,543.00 | $0.00 | $96,543.00 | HAVANNA WADSACK STROUD | Ramer Raza/Caroline ID Watson/Stroud/Wadsack Havasa - Richard Carter recording $6451572601 bank mail | Pamela Hale $5,130, $4,910 - Vincent Barucha $4,590, $4,190 - Maurice Gonzalez $5,010 - Gina Sanchez $7,510 |
| BRIAN SILVERMAN | $34,603.00 | $0.00 | $34,603.00 | BROWN | Halford Clarke recording 2944541(ax61 (Brown) | Sheridan Turner $7,395, $7,600, $6,486, $3,510 - Crystal Crayton $4,690 |
| ROY HOLTZ | $74,500.00 | $15,500.50 | $90,600.00 | COX "Fine" "X" | Victim information was found at Cox's residence during Search Warrant - DiaStacio handwritten acct to ramer names - electronic transfer $41,100, $4,4,100 - Ramer "Jackson Martin" handwritten on table for $49,900/Ramer "Luther Martin" handwritten on table for | Luther Bullock $10,910 - Willie Jackson $4,630 - William Martin $4,610, $8,990, $4,940 - Natasha Tracy $3,300, $2,540 - Guadaloria $4,510, $7,500 - Julian Holloway $4,660 - Julia Webb $6,410 - Justina Lilley $4,970 bank attempt - Charlza Lilley $4,090 - Ronetta Bowen $4,910 - Martin's handwritten table for William Martin's handwritten on table for |

15A

EXHIBIT 42

| Name | Amount | Amount | Amount | Names | Dates | Victim Information |
|---|---|---|---|---|---|---|
| RONALD WELLS PARSHALL | $19,773.81 | $0.00 | $19,773.81 | 4/2/09 12/2/09 4/08/09 4/1/09 | COX | Victim information was found at Cox's residence during Search Warrant — Steven "Roboduck Tommy" handwritten on online banking — electronic transfer $18,500 - Cox's phone# 714-354-8708 (FBI asked on both profit) Thaddeus Lane $5,650 — Sharkdal Jackson $5,651, $5,152.00 — Carl Pinkerton $5,651 — American Services $5,651,$11 - Raymond Jackson $3,339 - Rodrickoln Torres $8,100 - |
| TIMOTHY A. CARTER | $37,344.00 | $0.00 | $37,344.00 | 4/8/09 4/1/09 4/2/09 | COX | Fraud address $195 SULTANA AVE, ONTARIO check delivery (Le'Victhaa2a/Sain) Coxn linked by address and income Tamara Charles which was found in Cox's residence during Search Warrant) Blake Walles $5,644 — Joshua Turner $5,200 — Jeremy Tavoni $5,400 - Catina Stewart $4,500 - Clinton Moore $4,000 - James Tyler $5,000 |
| Guylane V. Rau Katherine St.Rau | $19,676.00 | $19,676.00 | $19,676.00 | 4/16/09 4/16/09 | COX BROOKS WATSON WADSACK STRONG HAVANA | Havana written statement - Brooks accused Victim into - Victim info found at Cox's residence during Search Warrant - Brooks "Big Steve, Freddie Washington, and Vincent Rose" handwritten on Cox's profit - Rasha Strong, Watson, Wintheath with a description of Street | Marcellinis Vann $5,075 attempt - Porsha Washington $5,650 - Eric Green $5,453 attempt - Vincent Rose $7,500 attempt |
| MICHAEL HOROWITZ | $15,442.00 | $0.00 | $15,442.00 | 10/15/09 | COX BROOKS | Brooks accused victim information - Victim information was found at Cox's residence during Search Warrant - Bridgette Fuentes hand written on profit | Bridgette Fuentes $5,650 Porsha Washington $9,100, $9,100 |
| WALTER DAVID | $13,300.00 | $173,700.00 | $189,000.00 | 8/16/09 6/22/09 | COX BREADON | Victim information was found at Cox's residence during Search Warrant - DavidwtuthelgunaEle Brenton Handwritten on profit and Cox's address Orchard Dr., Plancala printed on checks electronic transfer $8,001 | Maila Villada $5,650 - Samuel Denton $4,500 |
| JAY & PENNY KOZAK | $18,486.00 | $0.00 | $18,486.00 | 6/22/09 6/22/09 | HAWKINS WADSACK STRONG WATSON HAVANA | recorder Havana Et Wadson Wadsack - Rumer Lawson Tang Et Havana Wkisadz/Strong aka "Pinole" Hawkins address 7331 STATOR DR., APT 4 FONTANA[17021/ BEACH replaced/Cox address info found at Hawkins residence during Search Warrant | Lawson Tang $5,650 - Devon Jackson $5,553 - Renee Wright $8,633 |
| MANDANON VALENZUELA | $33,990.00 | $2,010.00 | $36,000.00 | 6/25/09 7/2/09 7/9/09 7/7/09 | HAWKINS WATSON | Rumor Hawkins Taylor ID 07442150HAWKINS | Amanda McCourt $4,300, $2,004 attempt - Steven Estrella $4,300 - Zachary Bradley $5,300 - Isaac Green $5,300 - $3,300 - Christina Heller $4,100 |
| RONALD D GIGLIO ATLAS EXPROVIDER | $17,860.00 | $21,440.00 | $39,400.00 | 3/2/09 3/3/09 6/23/09 7/7/09 | COX BROWN WASHINGTON SMITH | Washington accused victim info - FBI WIRE - Hadland Clarke recording#114-314-3916 (about to Brown) Cox's phone# 714-314-3916 given to Hadland Clarke Endhar check order | Steven Estrella $5,650 - Gladia Mors $5,350, $4,649 — Michael Anderson $4,300 - Daylan $5,050 attempt - Joh'ryn'h McCoulron $5,300 attempt |
| ALEX M. SACHS | $32,600.00 | $0.00 | $55,000.00 | 6/25/09 6/22/09 7/2/09 | BROWN YOUNG SMITH | Hadland Clarke recording 114314(3915 (Brown) - enclosed tracking $15,260 - Hadland Taylor Chum cashed check on Gloria Low ante | Jennifer Chun $5,323 - Tim Wallace $5,450, $5,060 - Samuel Annia $5,560 |
| | | | | 4/2/09 6/25/09 7/9/09 7/2/09 | | Victim information found at Hawkins residence during Search Warrant - Steven "Big" Sharmin, Amanda McDavid, and Steven Estrella cashed checks on Gnekada Vann - Sarah Stevens cashed check on Gaglo oct, Cox on Hadland Clarke recording 114-314-3915 on Hadland Clarke recording 714-314-3916 - Renard Sarah Stevens - Roger Lewis profit found at Hawkins during Search Warrant, Roger Lewis profit also found at Cox's residence during Search Warrant | Sarah Stevens $5,300 - Steven Estrella $5,650 - Amanda McDavid $5,250 - Gnekada Vann $4,875 attempt |
| Jonathan M Weitz | $17,250.00 | $6,500.00 | $24,250.00 | 7/8/09 7/13/09 7/14/09 | HAWKINS HERNANDEZ SANTIAGO COX | | Claire Gonzalez $7,100 - Delgelica Bonny $6,550 - Terryl McLoe Attru $6,550 $5,060 - Edrid Bell Crazg $5,900 attempt - Roderick Rays $5,993 attempt |
| ROBERT HIGH RSI INSURANCE SERVICES | $13,020.00 | $18,498.00 | $31,182.00 | 7/8/09 7/13/09 7/14/09 | HAWKINS COX | Hadland Clarke recording 7447343516591 (pink mole) 7447343417391 (Catrcy), 7447345157391 (Lou) | Claire Gonzalez $7,100 - Delgelica Bonny $6,550 - Terryl McLoe Attru $6,550 $5,060 - Edrid Bell Crazg $5,900 attempt - Roderick Rays $5,993 attempt |

$206, 913, 54 INT NoCox

$1 37823318 8 75 ENT 5he 40 cat

15A

EXHIBIT 12

| Name | | Amount | Amount | Amount | Date | | Notes | |
|---|---|---|---|---|---|---|---|---|
| ALVINA KOHAN | | $4,505.98 | $23,741.10 | $23,545.88 | 07/15/20 | COX<br>BROOKS | Brooks accessed Victim Information Victim Information was found at Cox residence during Search Warrant - electronic transfer $23,545.88 - Cox's Phone # 714-404-8458 added to check | Brandon Williams $3,888.83 - Montez Dennis $2,500 attempt facilitated by LPOU |
| JOSEPH KOHAN (DBA J & J FABRIC) | | $25,500.65 | $5,025.00 | $24,000.85 | 7/15/20<br>7/13/20<br>7/13/20<br>7/13/20<br>7/22/20 | COX<br>BROOKS | Brooks accessed Victim Information - Victim Information was found at Cox's residence during Search Warrant - Cox's phone # 714-404-8456 added to legitimate checks | Carol Higgins $5,600 attempt - Elaina Lawrence bank attempt - Christine Chase $6,000 - Tamara Lewis $6,146.83 - Rashpa Patel $6,000 - Donald Davis $2,200 - Olympia Garza $4,008 - Maria Williams $3,532 - Edward Denton $2,600 - Sheldon Osborne $2,500 |
| JOSE DILLON, DBA SHORT PLUS MARKET STORE | | $10,507.00 | $0.00 | $10,507.00 | 7/22/20<br>7/23/20<br>7/24/20 | COX<br>WADSACK | Brooks accessed Victim Information - Victim Information was found at Cox's residence during Search Warrant - electronic transfer $10,504 | Jose Mejia $4,308 - Gilbert Wilson Jr. $4,200 - Daniel Rodriguez $3,200 - Martin Garrett $2,500 Pacific $3,308 |
| Hugh Kaur Singh    DoB: | | $5,888.25 | $17,668.85 | $33,188.00 | 7/8/20<br>7/9/20 | BROWN<br>BROOKS | Brooks accessed Victim Information - Victim Information was found at Cox's residence during Search Warrant - electronic transfer $15,004 | Brooks Kaudzian $4,925.56, $3,096 - Leah McGee $4,500 Attempt |
| MARTHA CLARE | | $74,000.00 | $54,535.00 | $154,434.44 | 7/8/20<br>7/9/20 | BROWN<br>BENSON<br>WADSACK<br>BROWN<br>MANNISON | Bulk Bribing | Artur Arbeyan $74,000 |
|  | | $500 | $917,835.00 | $700,635.15 | 12/17/88<br>7/13/20 |  |  |  |
| Eric Encinosa | | $11,532.00 | $0.00 | $11,400.00 | 07/10/20 | HANNON<br>COX | Victim Information found at Hannon residence during Search Warrant | LeKoya Hall $11,400, $4,700 |
| STACEY A. ERVIN | | $4,700.00 | $0.00 | $4,700.00 | 7/15/20 | COX | Victim Information was found at Cox's residence during Search Warrant - Fraud address 1732 N. Euclid Ave, Ontario changed on check profile along with check delivery | Jeffrey Jones $4,700 |
| AHMED MARTIN | | $14,450.00 | $141,543.50 | $141,393.50 | 04/05/20 | COX | Chase-BEWARE |  |
| KAREN & BARRY NICHOLS | | $11,880.00 | $0.00 | $11,880.00 | 7/10/20<br>8/3/20 | BROWN | Chase-BEWARE |  |
| DUNCAN BARBORUMAH | | $88.00 | $0.00 | $341,157.75 | 08/05/20 | SHANOV/ENOSSIAN<br>BROWN<br>COX<br>WADSACK<br>EDISON<br>CALDARELLA<br>MANNISON<br>OSMADOVAYTA | Halland Clarke recording $16459770100 (Brown) - Ronnie Barenkin Johnson cashed checks on Austin - Spalia accessed the Cox Wyo-Dan profiles found at Cox's residence during Search Warrant - DIAMOND BAR, CA on check delivery | Neeti Ellis $4,500, $4,500 - Tegreen Ingram $4,533 - Andrew Moore $4,500 - David Ferguson $3,288, $4,875, $6,200 attempt - Derrick Jackson $5,000 - Diana Brown $7,988 attempt |
| JACOB LOESER | | $38,200.00 | | | | | | |

| # | Name | | Amount | Amount | | CitibankAREMIRE | Notes |
|---|------|---|--------|--------|---|------|------|
| | JORGE LAMBRINOS | | $0.00 | $116,613.24 | COX BROOKS SMITH HAWKINS | | |
| 20 | | | | | | | |
| 21 | JAMES BROOKSHIRE LINDA SPRANOVIC | | $0.00 $166,030.00 | $460,200.00 | | | N/A |
| | HERBERT RADNOWITZ | | $7,000.00 $0.00 | $7,000.00 | YOUNG | Victim information found on Young's computer during Search Warrant | Amy Hunt $7,000 |
| | AARON & ANN KONER | | $28,000.00 | $50,000.00 | COX | Rutland Clarke recording $649174888x1 (Cox-electronic transfer $50,000 - Cox's Address $18513 Packhorse LN was captured by Hudson Clarke) | Breanna Terrazas $3,200 - Chardyn Stewart $5,000 - LaShonda Eady $4,200 Wanda Watson $5,000 - Marlon Anderson $3,000 |
| | David A. DON | | $0.00 | $4,610.00 | COX BROOKS | Brooks accessed information - victim information found at Cox's residence during Search Warrant - $14-$14-$228 handwritten on profile - Bank synopsis lists $14-$14-$228 as a number for the UPS client | Kristin Ortiz $4,610 |
| 22 | TAMARA CALOUSTES ATTORNEY AT LAW | | $0.00 | $14,750.00 | COX | Cox's email address TRANSOCEANE@YAHOO | Kristina Walker $3,250, $3,250 - Hecua Keissa $3,500 - Jaren Wiscoria $4,855 |
| | ROBERT AND DONNA WELKER | | $17,295.91 | $17,295.91 | COX | Ramon Alyssa Nullinger cashed check on Cox Day acct. Day's profile was found at Cox's residence during Search Warrant | Jayan Nui $6,615.91, $3,200 - Alyssa Nullinger $6,680, $3,200, $3,200 |
| 23 | NIKKOR KOROIAN | | $47,345.31 | $47,345.31 | SHARON PETROSIAN BROWN  COX  BELL | | Chase-FBI WIRE |
| | RONALD COHEN | | $71,344.48 | $71,344.48 | BROWN REAGON WAGSACK SHARONPETROSIAN | | Chase-FBI WIRE |
| | JOHN BAER | | $3,300.00 | $41,931.44 | BROWN REAGON WAGSACK | | Chase-FBI WIRE |
| | ANGELITA FEINSTEIN | | $19,820.00 | $19,820.00 | COX BROWN BROOKS | FBI WIRE - Fraud address 1222 N Euclid Ave, Ontario check delivery | Wanda Watson $4,500, $4,610 attempt - Lagasando Davis $4,500, $3,200 - Christopher Adams $4,500 - Nancy Gustamente $3,200 - April Otto $4,000 |
| | OLGA K SANCHEZ | | $30,000.00 | $30,000.00 | COX BROOKS | electronic transfer $26,000 | Gary Engal $2,240 - Esther Hochstadter $3,650 - James Gunn $4,500 - Tiffany Borton $4,500, $4,700 |
| | THOMAS C VANCE WINIFRED VANCE | | $0.00 | $10,600.00 | | Victim information accessed by Brooks - victim information found at Cox's residence during Search Warrant - Rumero Thaibadel Woods, etc | |
| | MICHAEL JONES | | $4,610.00 | $35,926.39 | COX BROOKS | | Natalad Woods $5,850 - Toni Duderstham $9,000 |

EXHIBIT 42

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | EDWARD D ROTHENBERG MARGARITA E. ROTHENBERG | [redacted] | $82,700.00 | $5,200.00 | $87,900.00 | 9/29/09 9/30/09 10/1/09 2/2/10 2/3/10 2/4/10 | COX CHATTON WADSACK WATSON | Runner "Tracy Burgett" handwritten on William Sanders bank profile which was found in Cox's residence during Search Warrant - Runner Amanda Uphill ID recruiter Chatton and distributors Wadsack/Watson | Christopher Williams $6,200 attempt - LaToya Willis $3,800 - Mikel Delariva $2,600, $3,000 - Siha Suang $6,000, $3,000 - Amanda Uphill $6,000 - Tracy Burgett $5,000, $2,800, $3,000 - Kurt Lingquist $4,600 - Elijah King $6,000 - Patrick Bedrosian $8,000 - Annette Jahnke $9,000 - Zuri Henley $8,100 - Fernando Arce $12,000 | | |
| 10 | HOWARD ROSENFELD LORNA B. ROSENFELD | | $37,200.00 | $0.00 | $37,200.00 | 9/24/09 9/25/09 | COX BROOKS | victim information accessed by Brook - victim information found at Cox's residence during Search Warrant - electronic transfer $25,000 - Runners "Augustine Medina, Anthony Webb, Khemaar Ballentine, Everett Frye Janitorial, Khemaar Ballentine, and Dolly Bullard" handwritte on bank profile | Augustine Medina $8,000 - Anthony Webb $8,800 - Everett J. Frye Janitorial $8,700 - Khemaar Ballentine $6,800 - Dolly Bullard $6,900 | | |
| 10 | PAUL A SMITH JACQUE L SMITH | | $20,900.00 | $0.00 | $20,900.00 | 8/28/09 9/23/09 9/29/09 | COX BROOKS | victim information accessed by Brooks - victim information found at Cox's residence during Search Warrant - electronic transfers $16,000 - Runners "Kalin Champoux, Natha N. Hill, and Annette Leann Jahnke" handwritten on victim profile | Kalin Champoux $8,000 - Natha N. Hill $7,000 - Annette Leann Jahnke $5,901 | | |
| 10 | Filipe D. Antunes | | $0.00 | $11,700.00 | $11,700.00 | 7/20/09 | COX BROOKS | victim information accessed by Brooks - victim information found at Cox's residence during Search Warrant | unknown suspect $unk - unknown suspect $unk | | |
| 10 | LANE THOMAS ESSMAN | | $7,740.00 | $0.00 | $7,740.00 | 6/17/09 10/7/09 | COX "Boo" | victim information found at Cox's residence during Search Warrant - Distributor/Recruiter "BOO" handwritten on victim info - Cox/Pratt address E. Arrow Hwy listed on checks | Edwin Garcia $3,540 - Nejdra Morgan $4,200 | | |
| 10 | Gibbons Construction Inc Thomas Lloyd Gibbons Beth Gibbons | | $6,500.00 | $14,500.00 | $21,000.00 | 10/13/09 10/14/09 10/16/09 | COX BROOKS | victim information accessed by Brooks - victim information found at Cox's residence during Search Warrant - Cox's phone# 714-240-8256 handwritten on bank profile - Runner "Charles Shull, and Tomica Morgan" handwritten on bank profile - electronic transfer $7,600 | Tamica Morgan $7,600 attempt - Crystal Eatmon $6,000 attempt - Charles Shull $6,900 | | |
| 10 | Donald E. Wellington Edna T Wellington | | $7,900.00 | $20,290.00 | $28,190.00 | 10/20/09 | COX HAWKINS SMITH BROOKS | victim information accessed by Brooks - victim information found at Cox/Hawkins/Smith residences during Search Warrants - Runner "George Alman" handwritten on bank profile - electronic transfers $28,190 | George Aleman $7,900 | | |
| 10 | JEFF WELLINGTON JANET WELLINGTON | | $24,120.00 | $0.00 | $24,120.00 | 10/21/09 10/30/09 11/2/09 11/3/09 11/4/09 | SMITH WADSACK WATSON | victim information found at Smith residence during Search Warrants - Runner Spinosa ID Recruiter/Distributor Watson and Wadsack - electronic transfers $19,000 | Jennifer Spinosa $5,500 - Sebastion Valle $5,200 - Jacqueline Brand $6,000, $5,000 Amari Jackson $3,400 | | |
| 10 | JON S. HOLMBERG PHYLLIS M. HOLMBERG | | $8,500.00 | $11,500.00 | $20,000.00 | 10/22/09 10/23/09 | SMITH | victim information found at Smith's residence during Search Warrant - electronic transfer $20,000 | Zadora Stoute $4,000 - Johnny Lewis $4,500 | | |
| 10 | Brian M. Katz Laura H. Katz | | $14,400.00 | $0.00 | $14,400.00 | 10/22/09 10/23/09 | COX HAWKINS BROOKS WATSON | victim information was accessed by Brooks - victim information was found at Cox/Hawkins residence during Search Warrant - Runner Jose Perez and wife Gabriella Perez ID Distributor/Recruiter Watson - Runners "Valerie Monic Watts, and Mary Francis Robert" handwritten on victim info listed as "All Bo Folks | Jose Perez $6,900, $7,500 | | |
| 10 | ALBER KOHANZADEH DBA RIVERBANK MORTGAGE | | $28,320.00 | $77,938.81 | $106,258.81 | 10/19/09 10/28/09 10/29/09 | COX | Harland Clarke recording 405674306401 with Paintbrush Lane delivery - victim information found at Cox's residence during Search Warrant - Cox's address Paintbrush Lane changed on customer profile - Cox's phone# 714-240-8256 changed on bank profile - electronic transfers $15,101, $32,371, $48,286.81 | Dajanet Smith $8,000 attempt - Malcolm Chukuani $4,500 attempt - Kenyon Rone $5,950 - Jaron Haulett $3,500 - Traycee Casino $4,500 - Malcum Chukuani $4,500 - Kenyon Rone $5,470 - Malcolm Chukuani $4,400 | | |

No COX
NO COX

$444,938.35 Act No COX
609,085.14 INT. No COX

NO COPY

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AERO B. DAY / BRE ANN DAY | $0.00 | $79,600.20 | $76,000.00 | | 12/28/09 | SMITH | check order #13-#13 – victim information found at Smith's residence during Search Warrant | N/A | |
| MADI NYE AND CHRISTINA A. BARBETTI | $0.00 | $150,209.00 | $150,000.00 | | 7/18/08 7/18/08 7/17/08 7/17/08 10/7/08 10/7/08 10/20/08 | COX BROOKS HANKINS SMITH | 2 check orders Cox 8, 287A, and July 15, 2008 – Cox on Robert Clarks residence 2 3648888088, 3647886098, 3647862198907, 3647862219A014, 4766490201A, 4565767888A014 – victim information found at Cox residence during Search Warrant | N/A | |
| AL FLORE | $0.00 | | | | | | ... victim information found at Clark's residence during Search Warrant "Angela Avila 287A" handwritten notes "Thomas Avila 287A" handwritten online banking USA Bizpro UC name) – checks found in Weslack/Watson vehicle during Falleton PD arrest (UC operations with "Thomas Avila" Hanna ID of Weslack/Watson (see Michael Robinson entry) victim info Area/Perez ID of Perez (see Robert Reid entry) – Rumors "Erica Flores, Gerardo Flores, Tabitha Conyer" handwritten online banking ... | Thomas Avilas $5,500 attempt - Jose Perez $7,000 | |
| GARY E. CORSAR OR Michelle M. Corsar | $0.00 | $8,800.00 | $8,800.00 | | 11/04/09 | COX WASSACK WATSON | Watson / Wadsack UC arrest – victim information found at Wadsack/Cox residence during Search Warrant – Check order online banking – Check #7739 found in Wadsack/Watson vehicle, Mailicc shows Pont from A.F | Travis Clarks #7739 $6,600 located during UC Operation | |
| BARBARA COMB | $0.00 | $90.00 | $90.00 | | 9/9/09 9/9/09 11/1/09 | COX BROOKS | | Unknown teller subpoena | |
| RYAN P. REDMAN / ROSEMARY K. REDMAN | $0.00 | $0.00 | $0.00 | | 11/1/09 | COX BROOKS | Brooks accessed victim information – Victim information was found at Clark's residence during Search Warrant – Rumors "Chloe Roberts, and Travis Charles" handwritten on bank profile | | |
| Rose Coleman RN | $16,800.00 | $47,200.00 | $53,000.00 | | 4/8/09 11/09/09 12/0/09 12/09 12/07/09 12/22/09 12/23/09 | COX BROOKS | Brooks / Wellington accessed victim information – Victim information was found at Clark's residence during Search Warrant – Rumors "Gabriella Martinez, Jeremy Poole, Kyle Lancaster, and Richard Stanga" handwritten on victim info – Richard Clarks recording 14/11/11/11/11, 14/11/4781091 – electronic transfer $13,200 | Wendy Giamora $13,200 – Marshall Moulder $3,200 – William Kurlin $4,000 – Desiree Rodriguez $6,100 | |
| ROMARIO A. SCHMIDLER | $19,210.00 | $5,250.00 | $32,220.00 | | 4/8/09 11/09/09 12/0/09 12/09 12/07/09 12/22/09 12/27/09 | COX BROOKS WASHINGTON SMITH | Brooks / Wellington accessed victim information – Victim information was found at Clark's residence during Search Warrant – Rumors "Gabriella Martinez, Jeremy Poole, Kyle Lancaster, and Richard Stanga" handwritten on victim info – Richard Clarks recording 14/11/11/11/11, 14/11/4781091 – electronic transfer $13,200 | Jeremy Poole $8,200 – Nicholas Stange $8,210 – Gabriela Martinez $3,210 – Kyle Lancaster $3,200 attempt | |
| AARON McKENNA | $8,700.00 | $36,200.00 | $45,300.00 | | 12/08/09 | COX SMITH BROOKS | Brooks accessed victim information – Victim information was found at Smith/Clark's residence during Search Warrant – electronic transfer #712 – Rumors "Christian Heywood, Debra Moore, Carol Gurick Contreras, and Ambassade Rojas" handwritten on bank profile | Christian Heywood $7,000 attempt – Debra Moore $2,000 attempt – Carol Gurick Contreras $4,000 – Ambassade Rojas $3,000 | |
| Barry Cramer / Jean K. Cramer | $7,235.00 | $0.00 | $7,235.00 | | 12/0/09 12/6/09 12/7/09 12/18/09 12/14/09 | COX SMITH WASHINGTON | Washington accessed victim information – victim information found at Clark's residence during Search Warrant – electronic transfer #712 | Lamar Upton $3,600 – Robert Colon $3,600 | |

15A

EXHIBIT Y2

EXHIBIT 12A

16A

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | ALAN G. GOULD | | $61,481.29 | $0.00 | $61,481.29 | 1/26/19 2/7/10 | COX | Cox's phone # 714-342-6115 was supplied by victim – electronic transfers $10,500 | | | NO COX |
| 11 | MATT GREENBAUM HOPE & GREENBAUM | | $0.00 | $0.00 | $0.00 | 6/12/16 | SMITH | Victim information found at Smith residence during Search Warrant / WPB E Zirpa act | N/A | | NO COX |
| 11 | K & G Enterprises | | $0.00 | $0.00 | $0.00 | | SMITH | | N/A | | NO COX |
| 11 | ALLAN RHONE JANICE RHONE | | $0.00 | $0.00 | $7,797.49 | 11/9/10 2/2/10 | SMITH | Victim information found at Smith residence during Search Warrant | Wayne Arnold $1,486.40 – Isabel Perez $321.14 – Clair Chavira $816.40 – Manuel Perez $816.29 – John Anderson $1,691 – Alan Romero $2,200 – Tom Anderson $392/514 | | NO COX |
| 11 | BERNARD ABRAMSON | | $11,250.00 | $0.00 | $11,250.00 | 6/2/16 1/7/16 | COX | Cox's email address Thebitcoinphones@gmail.com by hand | Nathan Smith $7,652, $4,300, $4,900 | | |
| 11 | TIMOTHY A. ROSS JANET ROSS | | $16,450.00 | $0.00 | $16,450.00 | 12/26/09 1/20/09 12/29/09 | HAWKINS | Victim information found at Hawkins residence during Search Warrant | Aaron Adams $998, $7,500 – Thomas Lord $3,000 – Jessica Cruz $7,524 | | NO COX |
| 11 | BARRY A. GOLDBERG LOIS GOLDBERG | | $4,400.00 | $0.00 | $4,400.00 | 1/22/09 | HAWKINS | Victim information found at Hawkins residence during Search Warrant | Kevin Davis $2,600, $2,861 | | NO COX |
| 11 | JAMES M. BECKMAN | | $0.00 | $0.00 | $0.00 | 1/12/16 | SMITH | Victim information found at Smith residence during Search Warrant | Chuck Jones $6,498 attempt | | NO COX |
| 11 | JAY R. KOHAN CONSTANCE K. KOHAN | | $12,351.00 | $13,250.00 | $25,601.00 | 12/28/09 12/28/09 12/29/09 | COX BROOKS | Victim information found at Brooks/Cox residence during Search Warrant – Hamilton address 13211 Salt Vale Ave, Lakewood charged on bank profile – Found on Cox Cmputer 6/29/16. Videos act | Stanley Walters $6,240 – Trucker Jordan $2,900 – Unknown suspect $1,200 Attempt- Unknown suspect $3,000 | | |
| 11 | ALLEN J. SILVERMAN DANA TA KOSMAN | | $54,700.00 | $0.00 | $54,700.00 | 12/20/09 12/28/09 | HAWKINS | Victim information found at Hawkins residence during Search Warrant | Kenneth Thompson $4,600 – Juan La Cruz $4,500 – Melissa Chavez $4,300 – Angela Smith $2,500 – Juanita Cruz $5,500 – Tomas Jordan $5,600 – Bryan Sterling $4,700 | | NO COX |
| 11 | ALICE KOSROWITZ TOM KOSROWITZ RUTH KOSROWITZ TRUSTEES & SON JACK KOSROWITZ | | $0.00 | $20,550.00 | $20,550.00 | 1/2/09 4/9/10 12/7/10 | COX BROOKS | Victim information found at Cox's residence – Cox's address located on bank profile – electronic transfers $17,476, $4,750, $5,050, $4,304 – electronic transfers $5976, $5980, $4750 | Roland & Saul E Johnson suspect $1,500 – Unknown suspect $6,500 | | |
| 11 | Justice E. Burt | | $3,700.00 | $24,396.00 | $28,096.00 | 12/14/09 12/2/09 | COX BROOKS | Brooks accessed victim information – victim information was found at Cox's residence – electronic transfers $43,200 | Jerry McCarthy $3,700 | | |
| 10 | Stephen Carlesi Genevieve Jean M. Carlesi | | $0.00 | $350,000.00 | | 12/11/09 | COX HAWKINS BROOKS | Check on bank profile – Brooks accessed victim information – victim information was found at Cox/Smith's residence during Search Warrant | N/A | | |
| 18 | BARBARA M. HANSEN JILL DUWANE HANSEN LAWRENCE F. HANSEN | | $512,674.96 | | $512,674.96 | 6/1/09 6/1/09 12/11/09 12/11/09 | COX HAWKINS BROOKS | Brooks accessed victim information – victim information was found at Cox's residence during Search Warrant – Cox accessed victim's bank profile on Cox's address located on bank profile – Account transfer "Estella Lowery, Gerald Perk, and Janene McConna" transfers on bank profile | James McConna $3,374.6 – Denise Lowery $8,200 | | |

$464,238 . 35 NOT NO COX

$624,882 . 03 NOT NO COX

2ND COX

NO COX

$ 483,733 + 35 ACT No COX

$ 659,332.83 JMT, NO COX

| # | Name | | | | Defendant | Date | | | Notes |
|---|------|---|---|---|-----------|------|---|---|-------|
| 11 | Terry P Chu | | $48,400.00 | $0.00 | $48,400.00 | HAWKINS COX | 1/14/10 1/29/10 1/29/10 | Victim information found at Hawkins residence during Search Warrant – electronic transfers | Ismael Avila $4,500 – Damon Cuiro $5,900 – Ruben Reyes $4,000, $4,000 – Sophia Franco $3,600, $3,600 – Alvin Alvarez $3,300 – Ana Sanchez $4,000 – Axel (Elisha) $3,000 – Brenda McDonald $7,000 |
| 11 | TRUCK AND SUV SUPERSTORES | | | $0.00 | | HAWKINS COX | (multiple dates) | Roland Clarke recording – Victim information (illegible) | Racine Brown $3,300, $5,600, $5,300 – Robert Howard $5,200, $4,200 – Rebekah Reynolds $4,000 |
| 11 | ALAN ONESEMAN SUSAN T. | | $74,100.00 | $0.00 | $74,100.00 | HAWKINS COX | | Roland Clarke recording – Victim information | |
| 11 | CHARLES NIELSEN | | $19,300.00 | $14,200.00 | $33,500.00 | CHATTON WADDACK WATSON | 2/9/10 2/11/10 | Robert Adams (illegible) reseller Chatton and distributors Victim information – electronic transfer $44,200 | Jeffrey Mitchell $5,300 attempt – Ricardo Ramirez $4,200 – Sylvia Blalock $3,500 – Amanda (illegible) $2,300 – Rebekah Reynolds $4,000, $3,600 |
| 11 | CURTIS A. KOON | | $9,500.00 | $0.00 | $9,500.00 | HAWKINS COX | 1/25/10 2/25/10 2/8/10 | Hawkins address (illegible) Victim information by Roland Clarke – Renters Robert Howard, and Rebekah Reynolds cashed checks on Truck and SUV acct. Truck and SUV acct. info was found at Cox/Hawkins residence during Search Warrant | Robert Howard $3,300 – Rebekah Reynolds $13,000 |
| 11 | (redacted) KATHLEEN A. KOON | | $0.00 | $0.00 | $0.00 | COX BROOKS | 2/3/10 10/11/05 10/14/09 | Brooks accessed victim information – victim information was found at Cox's residence during Search Warrant – Roland Clarke recordings (illegible) – Cox's address Paintbrush lane handwritten on back profile | N/A |
| 11 | Carl R. Goldberg | | $0.00 | $302,000.00 | $302,000.00 | COX BROOKS | 03/10/10 | 2 check orders $75+3600, $216+4300 – Brooks accessed victim information – Victim information was found at Cox's residence during Search Warrant | N/A |
| 11 | WILLIAM J STANCIOS | | $33,300.00 | $0.00 | $33,300.00 | COX BROOKS | 02/17/10 | Brooks accessed victim information – Victim information was found at Cox's residence during Search Warrant – (illegible) Brooks, Paul Green, Samantha Harrison, Paul Green handwritten on back profiles | Sylvia Blalock $4,300 – Paul Green $4,400 – Lisa Brewer $3,300 – Tracey Burgett $3,200 – (illegible) $4,000, $3,600 – Renee Markley $3,300, $3,300 |
| 11 | DAVID C LUDWIG VICTORIA LUDWIG | | $5,000.00 | $0.00 | $5,000.00 | COX SMITH BROOKS | 02/16/10 | Brooks accessed victim information – Victim information was found at Smith/Cox's residence during Search Warrant – electronic transfer $2.50 | Samantha Harrison $5,000 |
| 11 | RAYMOND E KLEINMAN | | $41,700.00 | $0.00 | $41,700.00 | COX BROOKS SMITH | 2/22/10 2/23/10 9/9/10 | Brooks accessed victim information – Victim information was found at Cox's residence during Search Warrant – Cox's placed $148,484 change on his back profile – (illegible) Aidee Summers, Tracy Markley, Tara Bailey, Chantel Hartley – and Smith admitted to unauthorized credit card use at Markley Brook (illegible) loss of $5,400 and Aidee Levine $3,800 | Aidee Summers $5,000, $7,300 – Tracey Markley $3,200 – (illegible) Levine $5,000 – Mark Diaz $4,000, $2,310 – Lisa Brewer $5,100, $3,300 – Tracey Burgett $3,300 – Aidee Levine $3,800 |

35

54

EXHIBIT 42

| | | | | | | |
|---|---|---|---|---|---|---|
| DEBORAH R. MOORES FRED W AND MARY R. MOORES TRUSTEE MEDICAL TUTION ACCOUNT | | | | | | |
| MICHELLE A. KAISER THOMAS E. KAISER | | | | | | |
| PERO BOTTOM TRUST | | | | | | |
| CHRISTOPHER MORAN | | | | | | |
| DENNIS WILCOX MICHELLE NELSON | | | | | | |
| JEANETTE MAYER STEVEN P MAYER | | | | | | |
| Frank Rothman Josephine Garland deceased | | | | | | |
| BARBARA E SARL NELSON | | | | | | |
| MICHAEL MURPHY MARY MURPHY | | | | | | |
| SUSAN E. METROS | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| SHAWN WILSON / NELINDA WILSON | | $6,680.00 | | | |
| JANA OLSEN / SCOTT OLSEN | | $32,700.00 | | | |
| CHRISTOPHER SMITH / CHERYL L SMITH | | $47,903.95 | | | |
| NOEL A. FRANCO / LUPE S FRANCO | | $26,642.00 | | | |
| STEVE M. MORRISON / JAMIE MORRISON | | $6.00 | | | |
| ANU DENDELER | | $45,200.00 | $18,000.00 | $18,000.00 | N/A |
| ROGER DAVID | | | $3.00 | $40,370.00 | N/A |

$584,700.35 ACCT NO...
$696,782.33 ...

| # | Name | Amount | Amount | Amount | Names | Description | Notes |
|---|------|--------|--------|--------|-------|-------------|-------|
| 12 | HERB A. OWICON | $17,650.00 | $0.00 | $17,650.00 | 4/8/19 4/9/19 | COX CHATTON | Rumeni like Raynes cashed check on Ari Selznick acct. Selznick acct. Info found at Cox's residence during Search Warrant • Rumeni Aristide checks cashed check on Alan Greenberg acct, Cox's email Thai(spamgt)yahoo captured by bank • Rumeni Ike Raynes CB | Jennifer Chatten $15,489 • Steven Raynes $17,650 • Ike Raynes $17,650 |
| 13 | ALAN GREENBERG / CYNTHIA GREENBERG | $9,000.00 | $8,850.00 | $17,850.00 | 4/9/19 4/9/19 4/10/19 | COX | electronic transfers $17,850 • Cox's email Thai(spamgt)yahoo captured by bank • Rumeni Jennifer Chatten's cashed check on Colin Cheyer acct | Held Baldenkoto $6,102 • Jennifer Chatten $4,850 |
| 12 | Kevin Schindler / Elizabeth Schindler | $15,000.00 | $0.00 | $15,000.00 | 4/8/19 4/11/19 | COX BROOKS RUFFANOSA HASKELL DUNLAP | Brooks accessed victim information • victim information found at Cox's residence during Search Warrant •Rumeni "Robert Steele, Shaun Pettis, Arthur Spencer, Paula Ryan, Shauna Yates, James McKinnon, Aristide Sherlock, Briana Poelis, and Nancy Krantz" handwritten on victim profile • Rumeni Nancy Krantz CB (Jane Francisco Poelis acct) | Shaun Pettis $4,703 • Robert Steele $5,000 $4,922 |
| 12 | HARESH SOOD / SUMAN SOOD | $0.00 | $0.00 | $0.00 | 3/27/18 4/11/19 | HAWKINS HAYES | Hayes accessed victim information • victim information found at Hawkins residence during Search Warrant | N/A |
| 17 | Sukhdeep Kapoor / Kara Kapoor | $48,250.00 | $37,000.00 | $84,250.00 | 3/5/19 3/6/19 3/8/19 4/17/19 4/24/19 4/25/19 | HAWKINS HAYES | Hayes accessed victim information • victim information found at Hawkins residence during Search Warrant • electronic transfer $48,250 • Rumeni victim James cashed checks on Sukhdeep acct. | Ashley Furman $4,590, Malachi Fadhma $4,590 • James Boyd $6,000 • Robert Haskell $5,590 • Ahmed Anisawi $2,000 $5,555 • Damascus Bell $5,555 attempt • Ross Anderson $4,455, $3,555, $2,650, $3,555 • Herbert Payton $3,555 |
| 12 | Robert E. Lewis, DDS | $55,270.00 | $0.00 | $55,270.00 | 4/4/19 4/5/19 4/15/19 8/9/19 8/10/19 4/23/19 | HAWKINS COX HASKELL BROOKS | Brooks accessed victim information • victim information found at Hawkins residence during Search Warrant • Rumeni "Paula Ryan, Sarah Stevens, Robert Haskell, Laveen Jackson, and James Boyd" handwritten on victim profile with check numbers and amounts | Paula Ryan $4,368 • Sarah Stevens $4,006, $2,600 • Robert Haskell $5,590 • Laveen Jackson $4,455 • Angelica Boyce $5,556 • Ryan Fowler $6,000 • Robert Howard $3,203 • $4,405, $3,393 • Robert Howard $3,203 • Douglas Newton $3,000 |
| 12 | Francisco G. Bhola / Katherine Bhola | $48,880.00 | $0.00 | $48,880.00 | 4/2/19 4/17/19 4/18/19 4/19/19 4/22/19 | COX HAWKINS HASKELL RUFFANOSA BROOKS DUNLAP | Brooks accessed victim information • victim information found at Cox/Hawkins residence during Search Warrants • Rumeni "Crystal Lofton and Donald Horecka" handwritten on victim profile • Gargano D. wares Haskell, Ruinable, Dunlap and others provide additional info • recruiters Haskell, Ruinable, Dunlap • electronic transfer $10,400 | Shaun Pettis $6,600, $6,600 • Simone Poelis $4,600 • Rico Spina $5,550 • Crystal Lofton $6,405 • Justina Cruz $6,600 • Nona Poelis $4,405, $1,155 • Gargano $2,555 • Donald Horecka $3,555 $3,600 |
| 12 | ALAN M SILVERMAN | $0.00 | $10,400.00 | $10,400.00 | 4/21/19 4/26/19 | COX | Victim information was found at Cox's residence during Search Warrant • electronic transfer $10,400 | N/A |
| 12 | BURT A. LEVY | $0.00 | $166,610.00 | $166,610.00 | 04/17/19 | HAWKINS BROOKS HAYES GAY LITTLE 918 RCC 918 918 RCC | 6 check written 191-126, 916-2101, 926-989, 991-2415, 941-799 • Repeat's-wide accessed victim information • Victim information found at Hawkins residence during Search Warrant • victim information found at Cox/Little Rock 918 Rcc | N/A |
| 13 | ALAN B SMITH | $17,131.79 | $0.00 | $23,231.79 | 4/17/19 4/22/19 5/2/19 | COX HASKELL RUFFANOSA DUNLAP | Victim information found at Cox's residence during Search Warrant • Krantz and Gargano ID'd Natashka and Marisol • Cox's phone # 616-201-2367 handwritten with victim info • Poelis chocolate flavor, Candice Cook, Mocca Cook, Carl Johnson, Julio Anzolita, Aldo Cindallo, Jason Turner, Kenneth Curry, Bernard Byrum, Danyeh Jay, Roused Doux, and Katherine Hawins handwritten with victim info. | James McGinson $616.25, $2,589 • Melissa Anderson $6,619, $2,589 • Aldo Cindallo $2,299 attempt • Krantz $4,940 • Alan Tedard $6,600 • Bernard Byrum $6,600 • Bernard McCade $5,500 attempt |

| # | Name | | | | | Accounts | Dates | Description | Victims |
|---|---|---|---|---|---|---|---|---|---|
| 12 | SUSAN GITZ | | | $7,250.00 | | $2,650.00 | $10,000.00 | 4/16/10 4/27/10 | Rumer/ Kyle Myers ID transfer/ Charities and name - Lisa Raynes - Lisa Raynes cashed checks on Ali Schroder and Rich Owens accts, id/info/profiles found at Cox's residence during Search Warrant, Cox's info/handwriting/photos found on flyer on Owens acct, electronic records ID info - Rumers Terry Bell, and Kyle Myers handwritten or found profile found at Cox's residence during Search Warrant | Terry Bell $1,250 - Kyle Myers $2,500 |
| 12 | DALE & LINDA STROUD | | | $29,900.00 | | $17,900.00 | $12,000.00 | 4/22/10 4/28/10 | Brooks accessed victim information - victim information found at Cox's residence during Search Warrant - Rumers "Melissa Anderson, Kyle Myers, LaToya Reed, Ninia Patel, Melissa Anderson, Lyclinda Straley, Terry Bell, Byron Smith, Gloria Hagen, Mark Bochenco, James MacKenna, Kevin Riddle, and Robert Hazel - handwritten on victim info - Kyle Myers ID at Charities | Gloria Hagen $2,500 - Wendy's Aloha Patel $1,500 - Melissa Anderson $1,500 - Kyle Myers $2,500 - Robert Hazel $1,500 - Kevin Riddle $1,900 |
| 13 | DAVID R PRASAD MONICA A PRASAD | | | $19,650.00 | | $2,650.00 | $16,000.00 | 3/9/10 4/22/10 4/26/10 5/18/11 | Brooks accessed victim information - Victim information was found at Cox's residence during Search Warrant - electronic records ID info - Rumers "Laura Tanner, Sara Devore, Jessica Ford, Randy Reith, and Laura Dees" handwritten on bank profile - attempted account takeover with Vitaly Egov resulting in fraud ACH held | Laurie Dees $8,000 - Laura Tanner $4,000 - GwenDolyn Miller (Ford) |
| 13 | Alan Swartz Susan Burke | | | $17,650.00 | | $5,650.00 | $12,000.00 | 4/27/10 4/26/10 4/26/10 | Victim information found at Hawkins residence during Search Warrant - Rumers Nikia Ford, Latoya Reid handwritten on victim ID info - found at Cox's residence during Search Warrant - Patel handwriting/found ID electronic transfer $2,000 | Robert Sellers $2,000 - Hazel Marissa $4,000 - Latoya Reid $1,500 - Nikia Ford $4,500 - Shaffron Naishekita $5,000 - eltmet |
| 13 | WILLIAM A POPE AND MONICA M POPE TRUSTEES FAMILY TRUST OF WILLIAM ANTHONY POPE MONICA MARGARET POPE | | | | | $11,000.00 | $11,000.00 | 4/22/10 | Brooks accessed victim information - Victim information was found at Hawkins residence during Search Warrant | Amanda Rudolph $11,000 |
| 13 | RICHARD A BROWN Merrin Brown | | | $11,000.00 | | | $11,000.00 | 5/3/10 5/4/10 5/7/10 | Brooks accessed victim information - Victim information found at Cox residence during Search Warrant - Rumers "Merica Cook lla $28,000 - Slow" - Merica Cook ID at Charities/Cashup (see Charita acct) - Rumer "Taylor Gentry, William Myers, Aisha Winder, and David Wright" handwritten on victim info | William Myers $2,500 - Merica Cook $4,000 - Aisha Winder $2,000 - Taylor Gentry $2,000 - Laura Tanner $6,000 - David Wright $2,500 - Trecia Landrum $2,500 - Lisa Jones $2,500 |
| 13 | JOSEPH FR EVANS TERESA EVANS Antonita Meyer | | | $0.00 | | $0.00 | $0.00 | 5/06/10 | Brooks accessed victim information - Victim information was found at Cox/Charities residence during Search Warrant - Rumers Mathew Woods, Nicholas Fife, and Melissa Wright handwritten on victim ID info | N/A |
| 13 | Lee E. Silverman Terry L. Silverman | | | $18,000.00 | | $18,000.00 | $18,000.00 | 6/8/10 5/7/10 | Victim information found at Hawkins residence during Search Warrant - Rumer Trecia Landrum cashed check on Silver Silverman acct - found at Cox's residence during Search Warrant | Trecia Landrum $2,500 - Patricia Davis $5,000 |

42

| # | Name | | Amount | Amount | Amount | Date | | Description | Names |
|---|------|---|--------|--------|--------|------|--|-------------|-------|
| 13 | BOB H KATZ "Robert Katz" | | | $37,450.00 | | | 05/01/19 | COX BROOKS | Brooks accessed victim information – Victim information was found at Cox's residence during Search Warrant – Cox's phone # 614-504-4338 was used to forward victim's telephone was handwritten on bank profile – Victim's name Kelly Jones, Channel Alarnosa, Michelle Cobbs, Runelvar Cobbs, Ashley Bruner, Victor Ferriera, Tria Adams, and Alan B Burnett handwritten on bank profile - electronic transfer in $18,032 | Nicholas Nile $1,500 – Cyla Moore $4,720 Channel Arceneaux $2,800 – Robyn Concepcion $4,215 – Newcastle Sampson $2,920 – Kelly Jones $4,450 – Tricia Johnson $2,700 – Jaime Garcia $6,000 – Nicole Harris $2,880 – Channel Arceneaux $4,210 attempt, $4,650 attempt – Nicholas Nile $8,500 attempt – CA, $16,107 $15,620 attempt – DL, $14,830 $7,850 attempt, $12,280 attempt – Tricia Lincham $5,600 attempt |
| 13 | ROBIN J. DESPOTES MICHAEL J. DESPOTES | | $0.00 | $5,800.00 | | 6/3/19 6/14/19 | HAWKINS HANTS COX | Victim Information accessed by Hayes – Victim information found at Hawkins residence during Search Warrant– Hawkins residence Richard Cecil, Dwayne Brown, Michael Davis, Shelby Evans, Guillermo Chaidez, Robert Sellers, Richard Cecil, Marcia Cook, Lisa Jones handwritten on Victim info – Runner Lisa Jones cashed check on Richard Botlein acct. Botlein's kids was found at Cox's residence which had Marcia Cook & Dwayne handwritten on victim info – Runner Marcia Cook, Marcia Cook, Richard Cecil till cashed checks on Richard acct. Marcia's profile was found at Cox's residence during Search Warrant – Runner's Marcia Cook and Dwayne Brown's handwritten on Alan B. Smith's profile which was found at Cox's residence during Search Warrant – Richard Botlein's profile was found at Cox's residence during Search Warrant and Botlein (franklin) handwritten on Info | Dwayne Brown $5,800 |
| 13 | ALLEN R GREENFIELD C (SHAROLD) A GREENFIELD CAROL GREENFIELD | | $26,510.00 | $13,820.50 | | 4/30/19 6/2/19 5/6/19 5/10/19 5/20/19 | COX BROOKS | Brooks accessed victim information – Victim information found at Cox's residence during Search Warrant – Cox's phone# 614-504-4338 captured by bank – Runners Chad Walker, Richard Burns, Robert Sellers, Lloyd Burnett, Caline Rhea, Jessa Tinn, Byron Perez, and Gloria Lewis handwritten on profile | Jeremy Parker $3,910, $2,900 – Elizabeth Gonzalez $19,310, $1,900 – Elyssa Lopez $5,600, $3,000 – Donald Blake III $2,300 – Santia Lewis $5,300 attempt |
| 13 | JOHN G MCDONNELL | | $11,000.00 | $14,450.00 | | 6/9/19 6/20/19 | COX | Runner Latoya Hampton cashed check on Tim Jones acct. Jones' info was found at Cox's residence during Search Warrant | Tiffany Sanchez $6,000 – Latoya Hampton $2,050 attempt, Michelle $5,500 attempt |
| 13 | JASON M ROTH ASHLEY E. ROTH | | $0.00 | $43,284.38 | $43,284.38 | 6/20/19 5/2/19 | COX BROOKS | Brooks accessed victim information – Victim information was found at Cox's residence during Search Warrant – Cox's phone# 614-504-4338 handwritten on victim profile– electronic transfer in $43,284.38 – Runners Lula Hertz, Christopher Sanders, and Ana Gonzales handwritten on victim info | N/A |
| 13 | THEODORE W. MASINO AIDA MASINO TRUSTEES FOR MASINO FAMILY TRUST | | $0.00 | $0.00 | $3,820.00 | 6/2/19 6/24/19 7/12/19 | HAWKINS COX BROOKS | Brooks accessed victim information – Victim information found at Cox/Hawkins residence during Search Warrant – Runner Araceli Torres, Giles Georgia, Willie Huron, William, Adell Stewart, Clarita Mayer, Luis Escobar, Betsy Jones, Lindsey Jones, Captain Young, Marquez Johnson, and Anna handwritten on profile | Araceli Torres $3,820 |
| 13 | TIMOTHY (TIM) JONES LIZETTE G. JONES | | $17,600.00 | $19,230.00 | | 6/20/19 | COX BROOKS | Brooks accessed victim information – Victim information was found at Cox's residence during Search Warrant | Stan-Loy Tabbert $5,350 – Joseph Howard $2,700 – Latoya Hampton $7,580 – Nicholas Nile $3,600 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | Gregory A. Shaffer Shaffer Law Firm | | $5,460.00 | $0.00 | $16,132.00 | HANVOD HAYES | Hayes accessed victim information—victim information found at Hanvod residence during Search Warrant—check book located 5/8/20—Hanvod Delhuoma Guida bookwritten on Freucosho 10 found in Hanvod residence during Search Warrant | 5 Deziah Wilds $5,146—Quienten Guida $5,265 | | |
| 15 | MATEW JACOBS FAMILY TRUST FAMILY TRUST JACOBS TRUSTEE ADRYN M. JACOBS TRUSTEE | | $16,132.00 | $16,132.00 | $16,132.00 | COX HANVOD CHATTON HASKELL WATSON | Hanvod placed $10,132.6671 changed on bank profits. Hanvod Jason Hogan ID found-Chatton/Chatton—Business Policy Division and NatAmericaiseHaskell—Businessite Policy found-Jason Hogan policies and on ID document profile found at Cox residence during Search Warrant. Jason Hogan cashed check on Prote Gaurino acct.—Geneva info found at Cox's residence during Search Warrant—Hanvod Jason Hogan found at Cox's residence during Search | Jason Hogan $4,176 attempt—Jessica Taylor $4,000—Jessie Patterson $3,200, $4,592 found at Cox's residence during Search Warrant | | |
| 15 | JOSEPH VELANOS FELIPE ARLENE VELANOS | | $15,260.00 | $0.00 | $35,260.00 | COX | victim information found at Cox's residence during Search Warrant—UPS #52KW387 1403407, and 07402910 03T7 614 has harWritten with victim info | | | |
| 14 | PEDRO GUEVARA CHARLES MENDONSA | | $16,110.00 | $0.00 | $16,110.00 | COX HASKELL CHATTON RITHANOKA | victim information found at Cox's residence during Search Warrant—Cheon Hogan info found-Haskell/Chatton on his residence to check-pedle found-Haskell written at Cox's residence in check and asked him to drive where in cash checks | Richard Duma $4,169—Princessa Chattain $3,569—Jason Hogan $3,600—Jemaen Tria found $3,567 | | |
| 14 | ALAN H ROSENSTEIN NO TRUSTEE FOR BONNIE MARSOLO | | $14,413.00 | $0.00 | | COX HANVOD COX | victim information found on Alan Rosenstein—Judith Marsolo—Remove Banned Dyson handwritten on Alan Scott Warrant—electronic transfers $27,371 | Elyssa Lopez $4,591—Durdian Hayes $1,447 | | |
| 14 | DONALD L. STUGGENBURG | | $27,050.00 | $4,671.00 | $32,276.00 | COX | Remove Banned Dyson handwritten on Alan Scott info found at Cox residence during Search Warrant—electronic transfers $27,371 | Adelia Brown $3,469—Marpas Pace Taylor $3,469, $3,460—Candy Boxernight $3,200, $3,000 | | |
| 14 | Michelle R. Rockwatz (Michelle R. Rockowitz) | | $7,850.00 | $0.00 | $27,825.00 | HANVOD | victim information found at Hanvitis residence during Search Warrant | web.com acct $310 cash withdraw—web suspect $910 cash withdraw—web suspect $1,100 cash withdraw | | |
| 14 | RODASIA NICHOLS CURTIS ROCHOLE | | $16,610.00 | $0.00 | $16,600.00 | COX YOUNG | victim information found at Cox/Young residence during Search Warrant—Young's address $310 W 420th St, Venice—was red during check delivery—Ramoi Latoia Taylor handwritten on victim info | Fakildh Enbioli $3,600—Jacob Jakoba $3,620, $3,600—Candice Cook $3,600, $3,600—Gary Chapin $3,627—Mecca Cook $3,600, $3,627—Richard Grotz $3,610, $3,610 attempt—Alphonz Chapin $3,610—Jessica Harvey $3,410—Maureen Guida—Lynn Hill $3,243 attempt | | |

NO COX

| # | | | | | | | COX | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | OMER VETSAL | | | | $7,410.52 | $0.00 | $7,410.80 | 4/30/19 6/07/19 6/10/19 | COX | Victim information found at Cox's residence during Search Warrant - Runners Tommy Powell, Trekia Glover, Marcus Major, Anthony Washington, Jesse Woods, Cayende Baldock, Benzie Stanley - found Christine Royal handwritten on victim info - Runner Marcus Major cashed check on Joseph Felipe acct, Felipe info found at Cox's residence during Search Warrant - Runner Marcus Major cashed check and SS Entra acct. Major's name was also handwritten online banking found at Cox's residence during Search Warrant | Christine Royal $3,349.00 - Marcus Major 13,761 |
| 14 | CARL & WALLACE, FRANCES KOHN | | | $14,600.00 | $0.00 | $14,600.00 | 6/2/19 6/4/19 6/7/19 | COX | runner Jessica Woods cashed check on Stuard Stearn acct, Woods handwritten on Stearn info which was found at Cox's residence during Search Warrant - Runner Jessica Woods handwritten online banking info on Omer Vetsal acct found at Cox's residence during Search Warrant - Runner Jessica Woods cashed check on Robert Davis handwritten acct, Woods handwritten on info found at Cox's residence during Search Warrant | Robert Weiss $3,150 - Jessica Woods $2,600 - Sharela Stanley $4,000 - Christina Arrington $2,031 |
| 14 | MICHELLE R. COHEN MATTHEW R. COHEN | | | $5,000.00 | $0.00 | $5,500.00 | 4/17/19 6/27/19 | COX | Victim information found at Cox's residence during Search Warrant | Stacy Thomas $3,500, $2,000 |
| 14 | Thalana Schwenck Ann | | | $0.00 | $0.00 | $0.00 | 2/11/19 6/18/19 7/02/19 | COX BROOKS | Brooks accessed victim information - victim information found at Cox's residence during Search Warrant - associated with Felipe Arrione | N/A |
| 14 | Auction Connection LLC Trapwood Auto Salvage Inc. | | | $11,600.00 | $0.00 | $11,600.00 | 6/27/19 6/20/19 7/2/19 | HAWKINS | Victim information found at Hawkins residence during Search Warrant - Hawkins address Nash Stark Dr #4, Huntington Beach on check delivery - Runners Adia Davis, Robert Davis handwritten on the invoice | Quiboda Banks $2,499 - Charise Williams $2,499, $2,000 - Adia Davis $2,600 |
| 14 | CLAIR HERRIG & MARK GREENWOOD | | | $27,756.00 | $2,000.00 | $29,756.02 | 6/25/19 6/20/19 | BROOKS | Brooks access victim information - electronic Therefore $29,756 | Chad Harris $7,000 - Albert Flores $5,000 - Beverly Parker $4,500 - Marlsa Yorktown $4,550 - Shalisa Upshaw $3,600 |
| 14 | ULLA T LARSEN Ignacio Rizarra | | | $22,010.00 | $12,600.00 | $34,600.00 | 6/25/19 6/20/19 6/30/19 7/2/19 7/9/19 | COX BROOKS | Brooks accessed victim information - Victim information found at Cox's residence during Search Warrant - electronic therefore $35,600 | Glory Amber $3,600, $4,500 - Franchiza Raymejo $6,100, $4,500 - Ebony Washington $3,600 - Arlene Thompson $2,900 |
| 14 | LONG JAKLIN Alan Richard Klein Susan Lynn Klein Barbara D. Burman | | | $14,573.00 | $0.00 | $14,573.00 | 7/8/19 7/9/19 10/11/10 | HAWKINS COX | Victim information found at Hawkins residence during Search Warrant - Cox's address 104 Golden Crane, Aliso Viejo on Hawkins phone# 310-567-6571 captured by bank - Hawkins address 7891 Stark Dr #48 captured by bank when check delivered | Theresa Wright $4,300, $5,840, $4,344 - Ramon Moon $3,689 |
| 14 | Cecilia Schiller Jody Nickamen | | | $7,200.00 | $14,600.00 | $21,800.00 | 7/8/19 7/1/19 7/9/19 | COX BROOKS KITAMORA NUTTON DUNLAP "JB" | Brooks accessed victim information - victim information found at Cox's residence during Search Warrant - electronic therefore $21,800 - Runner Marcus Hickman - Runner Anita Lewis cashed on Anita Kitamora acct, Lewis handwritten on Kitamora profile found at Cox's residence | Carlos Rodriguez $3,150 - Anita Lewis $3,850 |
| 14 | KIMBERLY A CUKMORA | | | $3,300.00 | $0.00 | $3,300.00 | 7/8/19 7/1/19 7/2/19 | COX | Runners Nichola Stringer, Chase Rader, T Woolard, Anita Petsval, victim info during Search Warrant - handwritten found at Cox's residence during Search Warrant | Chase Rader $3,300 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RUBY COHEN | | | $14,673.30 | $0.00 | $14,673.30 | 7/8/19<br>7/8/19 | RUTH/LINDA<br>HUTTON<br>"DL"<br>DUNLAP<br>SMITH<br>JUDGE<br>WOODS/JUDI<br>COLEMAN | Renee Carter Rodriguez ID<br>Ruth Ann Hutton/Darran H<br>Rodriguez cashes check on Denise Sotiloff/ cash. address profile during Search Warrant | Carlos Rodriguez $3,151 – Angelica<br>Martinez $3,251 – Alicia Avila $3,234 –<br>Donald Payne $3,133 | | |
| ARNOLD A. COLORADO<br>N/A A/K/A COLORADO | | | $11,100.00 | $6,800.00 | $18,800.10 | 7/18/19<br>7/28/19<br>7/28/19<br>7/31/19 | Roy<br>Lind a DeFeo<br>Ray DeFeo | Denise assisted in Victim Information during<br>Search Warrant. Check on Roy<br>account at C Victim address<br>residence during Search Warrant.<br>electronic transfers $3,005, $5,005 | Matthew Woods $4,198 – Matthew Villa<br>$4,009 – Ricky Thorpe $3,199 | | |
| RICHARD L. KRAVITZ<br>N/A LINDA L. KRAVITZ | | | $4,900.00 | $9,100.10 | $14,100.10 | 7/16/19<br>7/16/19 | COX<br>BROOKS | Denise assisted in Victim Information during<br>Search Warrant. Check during Victim<br>Profile on address/residence at Cox-2<br>electronic transfers $3,005, $5,005 | Tracy Young $4,115 – Tausha Levi's<br>$4,100 attempt | | |
| JOSEPH OR J DE SHON<br>MALDON' | | | | | | | COX<br>MANOWS | Remer Trust Buyer cashed check on Barbara<br>McLean acct, Victim profile found at Cox-2<br>residence during Search Warrant. Denise<br>placed $10,004.04 changed on McLean acct.<br>Remer Chase Buyer, Cherry and Sanchez<br>benches found at Cox residence during<br>Search Warrant. Remer Trust Buyer transferred<br>funds to address at Cox account.<br>Barbara address $194 Eucalyptus Ave on check<br>Phone 310-612-0830 headwriters on check $344<br>verify | They Barry $4,281 – Sandy Sanchez<br>$4,211 – Joel Hayes $4,184 – Chase<br>Model $4,189 – Joseph Payne $4,284 –<br>Gary Naples $4,211 | | |
| EDIE A. SCHINDLER<br>GARRET L SCHINDLER | | | $10,794.00 | $16,484.00 | $13,794.00 | 7/22/19<br>7/28/19<br>7/28/19 | COX | Victim information found at Cox residence during<br>Search Warrant – electronic transfer<br>$303 payment 10-14543 | Amy Anderson $6,116 attempt –<br>Lawrence $5,153, $4,043, $5,135 –<br>Johnny Rivera $6,441 | | |
| ROBERT JOHNSON<br>BETTY A. JOHNSON | | | $14,800.00 | $17,200.00 | $15,800.10 | 7/22/19<br>7/28/19 | COX<br>BROOKS | Denise assisted Victim Information during<br>Search Warrant – Denise Williams Victim<br>profile found at Cox-2 residence during<br>Search Warrant. Alisha Barnes, Donna Donta<br>Woods, Julian Hernia, Jessica Garren, Dante J.<br>Jackson, Brendon Rose, Jessica Woods, Matthew<br>Richard N/a" headwriters – electronic transfer<br>$10,001 | Eagle Figueroa $4,686 – Eddie Stampol<br>$4,112 – Amy Anderson $6,190 – Rebecca<br>$4,165 Johnson attempt – Brendon<br>$4,112 attempt – Amy Anderson $4,686<br>attempt | | |
| STEPHEN H. KLEIN | | | $0.00 | $0.00 | $0.00 | | COX | Cox's placed at $6,299 explained by hand | N/A | | |
| David K. Cortese<br>Dena P. Carter's | | | $0.00 | $0.00 | $0.00 | | | Denise assured Victim Information Victim<br>information found at Cox bottom residence during<br>Search Warrant. Andrews Williams, Rafael<br>Sutardian, Gwendolyn Abba's, Lawson Abba's, Neil<br>Ingram John, Chad Wilson, Ketie John, Julian<br>York, Matthew Barnes, Eddie Marshall, Dan<br>Jackson, Brendon Rose, Jessica Woods, Matthew<br>Woods, Ketie John, Julian York Martinez<br>Ingram found, Neil Shigh, and Fredrick Coleman"<br>hardwriters via Victim "Cox" hardwriters on<br>Victim list – Runner "Samantha Hopkins" hardwriters<br>with below – electronic transfers $39,100, $19,021 | Samantha Hopkins $3,100 – Joshua<br>Robbie $3,135 – Gwendolyn Abba's<br>$3,016, $3,234, $3,135, $4,041, $4,041 –<br>Coleman $4,298 | | |

No Cox
No Cox

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | NHA TRAN | [redacted] | [illegible] $0.00 | $0.00 | $0.00 | 12/24/10 | COX KENNEDY | victim information found at Cox's residence during Search Warrant - Cox's email "thabiggone@yahoo.com" handwritten on profile - Kennedy's phone# 213-271-0092 handwritten on profile - Runner "Tritia Johnson, Marc Williams, Szilvia Ellerby, and Wardell Thompson" handwritten on copy of chase online banking - WellsFargo identified a fraud takeover from ANI | | | |
| 14 | MARGOT E. HIRSCH | [redacted] | $19,500.00 | $0.00 | $19,500.00 | 8/10/10 8/11/10 | COX BROOKS | Brooks accessed victim information - Victim information was found at Cox's residence during Search Warrant - Cox's phone# 415-200-5268 handwritten on profile - Runners "Crystal Miranda, Crystal Richards, Portia Scales, Zguana Allen, and Quantay Tarvin" handwritten on profile | Crystal Miranda $6,000, $3,900, $5,900 - Quantay Tarvin $3,700 | | |
| 14 | Carolyn Goldberg Robert Goldberg | [redacted] | [illegible] $0.00 | $37,000.00 | $37,000.00 | 8/2/10 8/9/10 8/12/10 | COX BROOKS | Brooks accessed victim information Victim information was found at Cox's residence during Search Warrant - Runners Anita Winder, Gary Hughes, and Tritia Johnson handwritten on profile 7 electronic transfers between 8/2 to 8/9 $37,000 - UPS check delivery 1Z8701201303676256 handwritten on victim info | Tritia Johnson, Anita Winden, and Gary Hughes handwritten on bank profile | | |
| 15 | SOHRAB LEVI & ROYA ELYASZADEH | [redacted] | $117,147.72 | $3,900.00 | $121,047.72 | 5/5/09 5/8/09 5/11/09 5/12/09 6/22/09 6/11/10 8/12/10 | COX SMITH YOUNG BROOKS HAWKINS HUTTON | Brooks accesssed victim information - victim information found at Cox/Hawkins residence during SW - Runner ID of Young/Smith - Harland Clarke recording 864050440000 - Cox's phone# 415-200-5268 captured by bank and handwritten on profile - Runner Samantha Hopkins Crystal Miranda, Pamla Darzrkolie, Tamara Chavies, Michael Thompson, Miranda Rice-Wyse, Riba Jordan, Walter Anthony, Jinn'zee Williams, Brandi Rael, Zguana Allen, and Dashae Craig handwritten on documents found at Cox's residence | Jan Allen $6,600 - Andrew Sedillos $6,100 - Justine Rivera $5,100 - Breannia Harvey $7,800 - Aundrea Wilson $6,500 - Timothy Lopez $3,600 - Nickayla Coleman $6,800 Shametta Solis $3,595.92 - Timothy Lopez $5,000 - George Lopez $4,100 - Lindsey Natto $3,400 - Derrian Gibson $5,000 - George Lopez $5951.80 - Timothy Lopez $6,000 - Michael Thompson $6,100 - Jason Rutherford $7,500, $6,100 - Kristina Ellis $4,100 - Aundrea Wilson $7,100 - Chad Bishop $6,800, $4,000 - Samantha Hopkins $3,900 attempt | | |
| 15 | ALBERT COHEN MARGO COHEN EDWARD COHEN | [redacted] | $8,201.00 | $11,799.00 | $20,000.00 | 8/16/10 8/23/10 8/26/10 11/17/10 | COX HAWKINS | victim information found at Cox/Hawkins residence during Search Warrant - Cox's phone# 415-200-5268 handwritten on documents with victim info - Runner Elyssa Lopez, Mecca Cook, Sarah Stevens Jason Hogan, Darion Hayes, Hayley Dobson, Andrew McCray, Luiz Veliz, Arthur Eves, and Davaughn Stamps handwritten on documents found at Cox's residence - Cox's phone# 415-200-5268 was captured by the bank - Cox's email "thabiggone@yahoo.com" was captured by the bank - $20,000 was transferred online | Anthony Castaldo $4,350.50 - Elyssa Lopez $3,850.50 | | |
| 15 | Arnold A. Hansen aka Ocotillo Income Tax EAGLE INCOME TAX | [redacted] | $4,680.00 | $9,657.28 | $14,337.28 | 08/23/10 | HAWKINS COX BROOKS | Brooks accessed victim information - victim information found at Hawkins residence during Search Warrant - Runner Elyssa Lopez cashed check and was handwritten on Albert Cohen profile found at Cox's residence during Search Warrant - electronic transfer $14,337.28 | Elyssa Lopez $4,680 | | |
| 15 | Melissa R. Wooster | [redacted] | $9,380.00 | $3,620.00 | $13,000.00 | 08/25/10 | HAWKINS | victim information found at Hawkins residence during Search Warrant - electronic transfer $13,000 - Runners Carlos Thompson, Jessica Coday, Elyssa Lopez handwritten on victim info | Jessica Coday $4,000 - Carlos Thompson $3,140 - Novaniece Dickerson $2,240 | | |
| 15 | BILLY NICHOLS CATHY NICHOLS | [redacted] | $5,460.00 | $0.00 | $5,460.00 | 8/30/10 9/1/10 | HAWKINS | Victim information found at Hawkins residence during Search Warrant - Hawkins address 11948 Eucalyptus captured by bank - electronic transfers $5,460 | Melody McGoldrick $5,460 | | |

52
53

$663,533.35 ALT No Cox
713,502.83 INT No Cox

YR

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | HENRY M. LEVY | [redacted] | $6,000.00 | $24,945.00 | $30,945.00 | 8/30/10<br>8/31/10 | HAWKINS<br>BROOKS<br>COX | Brooks accessed victim information - victim information found at Hawkins residence during Search Warrant - Runner Shania Easter handwritten on Linda Read acct info found at Cox's residence during Search Warrant | Shanlea Easter $2,000 - Erick Sanchez $4,000 - Hector Grajeda $2,000 attempt - Roselyn Warnock $2,360 attempt, $4,260 attempt, $4,200 attempt - UNK suspect $3,760 attempt - Carlos Jovel $4,960 attempt - Unk suspect $2,806 attempt | | |
| 16 | PRETZEL KING LLC<br>JOHNATHAN KING<br>DAVID KING<br>LINDA H READ | [redacted] | $52,404.43 | $21,900.00 | $74,304.43 | 4/17/09<br>7/9/10<br>8/18/10<br>8/27/10<br>8/30/2010<br>12/1/10<br>12/2/10<br>12/3/10<br>12/6/10 | COX<br>BROOKS<br>CHATTON | Brooks accessed victim information - victim information found at Cox's residence during Search Warrant - Cox's phone# 415-200-6268 handwritten on profile - Cox's email "Thabiggone@yahoo.com" handwritten on profile Check #353, #362 were verified by the teller who called Cox's phone# 415-200-6268 - Runner "Eva Mae Gurney, Shania Easter, Latee Burleson, Ebony Jones Lindsy Jacobs, Cognac Young, Marques Johnson, and Eva Gurney handwritten on profile - Check #424 "Andrew Prosser" has 21840 Paintbrush Lane listed | Jeremy Pardue $ 6,300 - Elizabeth Gonzalez $3,100 cashed $4,800 attempt - Frank Henriquez $11,216.23 - Eva Gurney $3,000, $6465.06 - Latee Burleson $4939.08 - Andrew Prosser $4,785.06 - Ashley Klefert $7,000 - Lynn Pierce $5,000 | | |
| 15 | CHERYL LYNN SIMON | [redacted] | $44,900.00 | $0.00 | $44,900.00 | 8/31/10<br>9/2/10<br>9/3/10<br>9/7/10 | COX<br>BROOKS | Brooks accessed victim information - Victim information was found at Cox's residence during Search Warrant - Cox's phone# 415-200-6268 captured by Harland Clarke - Runners "Brent Hatfield, Jeremy Pardue, Angelique Childress, Jenae Maddies, Christina Love, John Taylor, Ronald Barr, and Cornell Francis" handwritten on victim info | Cornell Francis $5,100 - Brent Hatfield $4,000, $5,100, $5,600 - Jenae Maddies $5,900, $5,200 - Jeremy Pardue $4,000 - Ronald Baker $6,000 - Angelique Childress $4,000 | | |
| 15 | LISA E. HENNING<br>EDWARD J. HENNING | [redacted] | $16,300.00 | $0.00 | $16,300.00 | 9/8/10<br>9/9/10<br>9/13/10 | COX<br>BROOKS | Brooks accessed victim information - Victim information was found at Cox's residence during Search Warrant - a partial phone number "415-200-" is handwritten on victim profile - Runners Monique Marquez, and Brian Ammann handwritten on profile | Veronica Newhouse $5,100 - Tamarra Johnson $6,200 - Robert Clemmons $5,000 | | |
| 15 | LEONARD J WAHL JR | [redacted] | $17,900.00 | $11,250.00 | $29,150.00 | 9/7/10<br>9/8/10<br>9/10/10<br>9/24/10<br>9/27/10 | HAWKINS<br>COX | Runner John Taylor handwritten on Cheryl Simon Info found at Cox's residence during Search Warrant - Runner Carmen Pennington cashed a check on Andrew Klein acct. Klein info was found at Cox/Hawkins residence during Search Warrants Hawkins phone# 310-357-6573 captured by bank | John Taylor $6,800 - Valencia Williams $6,800 - Emme Samoy $6,300 - Carmen Pennington $5,350 attempt - UNK suspect $5,900 | | |
| 15 | ANDREW GOLDSTEIN<br>Slauson Account<br>Susan Larkin | [redacted] | $11,000.00 | $0.00 | $11,000.00 | 9/9/10<br>9/10/10<br>9/13/10<br>10/26/10 | COX<br>BROOKS | Brooks accessed victim information - Victim information was found at Cox's residence during Search Warrant - UPS 1Z8701200104117228, 1Z13462W0109336933 handwritten on victim profile - victim reported his phone was forwarded to Cox's phone# 415-200-5267 - electronic transfer of $5000 | Brandon Brown $3,000 - Brian Davis $5,000 - Brian Ammann $3,000 | | |
| 15 | CAREY J. ELLIS<br>VICKIE ELLIS | [redacted] | $11,000.00 | $11,000.00 | $22,000.00 | 9/9/10<br>9/11/10<br>9/13/10 | COX<br>BROOKS | Brooks accessed victim information - Victim information was found at Cox's residence during Search Warrant - Runner "Lakesha Birden, Nicole Young, Vickie Ellis, Carey Ellis, and David Belfrey" was handwritten on the victim profile - $22,000 was electronically transferred - Cox's phone# 415-200-5268 was captured by the bank | John Thylon $3,800 - Lakeshia Birden $2,000, $5,200 | | |
| 15 | Harold J. Larsson | [redacted] | $25,580.37 | $12,200.00 | $37,780.37 | 4/21/09<br>8/18/09<br>10/13/09<br>3/31/10<br>8/13/10<br>12/29/10<br>12/30/10 | HAWKINS<br>HAYES<br>KENNEDY COX | Hayes accessed victim information - victim information found at COX/Hawkins residence during Search Warrant - Kennedy's phone# 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 was captured on bank profile - Runners Michelle Rangel, and Josephine Ramirez handwritten online banking | Roderick Moore $8,000 - Roderick Lewis $3,800 - Jasmyn Bulls $2,000 - Troy Givens $2,564.98 - Jessica Arvizu $3,815.39 - Joanna Bell $2,700 - Quinn Bell $2,700 | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | MARTIN J COEN<br>ANNE COEN | [redacted] | $6,700.00 | $6,300.00 | $13,000.00 | 8/14/10<br>9/20/10 | COX | Victim information found at Cox's residence during Search Warrant - Runners "Ivy Fuller, Elisa Angulano, and Sally Pittman" handwritten on victim info - electronic transfers $13,000 | Ivy Fuller $2,600 - Sally Pittman $3,80[illegible] | | |
| 16 | Paul M. Cahill | [redacted] | $22,600.00 | $8,200.00 | $30,800.00 | 8/14/10<br>8/16/10<br>8/17/10<br>8/27/10 | COX<br>BROOKS | Brooks accessed victim information -Victim information was found at Cox's residence during Search Warrant - Runner "David Belfrey, Brian Ammann, and Angelica Martinez" handwritten on bank profile | David Belfrey $5,600 - Ronald Bary $6,000 - Christopher Jackman $5,000 - Jazmin Pedraza $6,000 - Andrea Foxler $5,200 attempt - Emma Samoy $3,000 attempt | | |
| 16 | BEN M ROTH<br>BETSY M ROTH | [redacted] | $11,300.00 | $0.00 | $11,300.00 | 11/22/10 | COX | Runner Tatyana Titensky cashed check on Christopher Smith acct. Smith info was found at Cox/Hawkins address during Search Warrant - Runner Tatyana Titinsky cashed check on Arthur Greene acct. Green info was found at Cox's residence during Search Warrant - Runner Tatyana Titinsky handwritten on David Anderson's info found at Cox's residence during Search Warran | Tatyana Titensky $1,800 - Tiffany Johnson $3,640 - Zachary Torrez $2,860, $3,005 | | |
| 16 | Sanford Cohen<br>Charlotte Cohen | [redacted] | $15,353.00 | $0.00 | $15,353.00 | 8/16/10<br>8/20/10<br>10/5/10 | HAWKINS<br>COX<br>BROOKS | Brooks accessed victim information - victim information found at Cox/Hawkins residence during Search Warrant | Larry Dean Jr. $4,355 - Cameron Dorsey $3,200, $2,800 - Theodis Fields $5,000 - | | |
| 16 | DORCHESTER PRIVATE EQUITY MANAGEMENT<br>MICHAEL J. HALPERN<br>NANCY STEINER HALPERN | [redacted] | $20,800.00 | $0.00 | $20,800.00 | 9/3/10<br>9/16/10 | COX HAWKINS BROOKS | Brooks accessed victim information - victim information found at Cox/Hawkins residence during Search Warrant - electronic transfer $15,00[illegible] - Runner David Wright handwritten on profile | Ivionna Recce $5,700 - Diedra Prescott $3,800 - Tiffany Daugherty $5,800 - Veronica Brown $5,600 | | |
| 16 | DARREN BAUER KAHAN<br>REBECCA BAUER KAHAN | [redacted] | $5,000.00 | $0.00 | $5,000.00 | 09/20/10 | COX<br>HAWKINS | Victim informatin found at Cox's residence during Search Warrant - Hawkins phone# "Bone 310-357-6573" handwritten on bank profile | Deitra Prescott $5,000 | | |
| 16 | MARK E LANDIS<br>MARLA Y. LANDIS | [redacted] | $11,500.00 | $15,500.00 | $27,000.00 | 9/17/10<br>9/20/10<br>9/23/10<br>9/24/10<br>9/27/10 | COX<br>BROOKS | Brooks accessed victim information - Victim information was found at Cox's residence during Search Warrant - Runner "Edward McTear, and Angelica Martinez" handwritten on bank profile | Sara Mendoza $4,000 - Curtis Stephens $3,600 - Melisha Slaughter $3,800 - Edward McTear $3,900 attempt, $3,800 attempt | | |
| 16 | Derek M. Borthwick<br>Borthwick Properties LTD | [redacted] | $15,035.22 | $0.00 | $15,035.22 | 9/23/10<br>9/24/10<br>9/27/10<br>9/28/10 | COX | Victim information found at Cox residence during Search Warrants - Runner "Tyrone Miles, Keith Corbin, Charles Carter, Shayla Davis, Leezel Barahona Lee, Sally Pittman, Ivy Fuller, Travone Fouse, and Elliott Fouse" handwritten on back of bank profile - Recruiter aliases "D BoIA, Nep, D Bone" written next to runner names | Tyrone Miles $2,460 - David Belfrey $2,580.10, $2,462.76 - Frank Wilson $2,642.36 - Ikeela Williams $4,89[illegible] | | |
| 16 | Robert J. Herndon | [redacted] | $0.00 | $0.00 | $0.00 | 09/24/10 | COX | Victim informatin found at Cox's residence during Search Warrant (Wells Fargo) | N/A | | |
| 16 | DOROTHY LEVI | [redacted] | $6,980.00 | $17,220.00 | $24,200.00 | 9/22/10<br>9/27/10 | HAWKINS | Hawkins phone#310-357-6573 captured by bank - Hawkins address 7801 Stark Dr captured by Harland Clarke - electronic transfers $13,00[illegible] | Shari Jackson $6,980 | | |
| 16 | MARC J. GOULD<br>KAREN L. GOULD | [redacted] | $0.00 | $14,000.00 | $14,000.00 | 09/16/10 | HAWKINS<br>COX<br>BROOKS<br>YOUNG | Brooks accessed victim information - victim information found at Cox/Hawkins/Young residence during Search Warrant - electronic transfer $14,000 - "Keley Bluez" aka Young handwritten on victim info - Runner David Wright handwritten on profile | N/A | | |
| 16 | JAMIE KISS | [redacted] | $0.00 | $4,000.00 | $4,000.00 | 09/28/10 | COX | Cox's phone# 415-200-5256 captured by bank - electronic transfer to Maria Landis acct $4,00[illegible] | N/A | | |

No Cox

$670,573.35 Act No Co.
730,722.83 in No Co.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | RATNER FAMILY TRUST<br>Donald G. Ratner | [redacted] | $0.00 | $150,000.00 | $150,000.00 | 8/6/10 8/9/10<br>9/21/10<br>9/28/10<br>9/29/10<br>9/30/10 | COX<br>BROOKS | 2 check orders 1001-1150, 1151-1300 - Brooks accessed victim information - Victim information was found at Cox's residence during Search Warrant - Cox's phone# 415-200-6268 captured on check orders | N/A | | |
| 18 | BRIAN J. STEIN<br>ANITA STEIN<br>ROBYN STEIN<br>JUSTIN E. STEIN | [redacted] | $19,500.00 | $10,500.00 | $30,000.00 | 8/23/10<br>8/31/10 9/2/10<br>9/3/10 9/4/10<br>9/7/10 9/8/10<br>9/30/2010 | COX<br>BROOKS | Brooks accessed victim information - Victim information was found at Cox's residence during Search Warrant - Cox phone# 415-200-6268 captured by bank and handwritten with victim info $30,000 was transferred between accounts - Runners "Brent Hatfield, Ronald Barr, Janae maddies, James Samuel, Cornell Francis, and Angelique Childress" handwritten on victim inf | Angelique Childress $6,500 - Jeremy Pardue $5,000 - Brent Hatfield $5,000 - Joe Morales $3,000 | | |
| 18 | DAVEY & MIKE SILVERMAN<br>MIKE IS DECEASED | [redacted] | $49,300.00 | $0.00 | $49,300.00 | 8/30/10<br>3/1/10 | HAWKINS<br>COX WADSACK<br>HAYES<br>C-RAY<br>LITTLE DEE ROCC<br>BIG DEE ROCC | Hayes accessed victim information - victim information found at Hawkins during Search Warrant - Runner Shane Durand ID recruiter Rutanhira and distributors - Wadsack/Watson - victim information found at C-Ray/Little Rock/Big Rocc - Mollie Hertz & Coyote Kennel Club not calculate on spreadsheet (Link Hareff Brown, Sebastian Valle, and Amanda Conley in AZ | Shana Durand $6,300 - Hareff Brown $6,000 - Dominique Moore $3,000 - Latasha Washington $5,000 - Teddy Mah $8,000 - Gustavo Valle $4,500 attempt | | |
| 18 | CINDY L. ROTHMAN<br>DONALD C ROTHMAN | [redacted] | $25,100.00 | $5,000.00 | $30,100.00 | 9/7/10<br>9/13/10<br>9/15/10<br>10/4/10<br>10/6/10 | COX<br>BROOKS | Brooks accessed victim information - Victim information was found at Cox's residence during Search Warrant - Cox's phone# 415-200-6268 captured by bank and AT&T - Cox's address 904 Golden Prados, Diamond Bar changed on bank profile - electronic transfer $13,600 | Elizabeth Tuinel $6,000 attempt - Desiree Price $3,800 - Elizabeth Tuinel $2,800 - Alisha Vernon $5,000 - Christopher Jackman $7,000 - Taira Hill $6,600 | | |
| 18 | CARL & ALBERTA DAY | [redacted] | $18,610.00 | $14,705.95 | $33,315.95 | 9/4/09<br>9/27/10<br>9/29/10<br>10/8/10 | HAWKINS<br>COX<br>BROOKS | Brooks accessed victim information - victim information found at Cox/Hawkins during Search Warrants - electronic transfer $16,000 - Cox's phone# 415-200-6268 changed on victim bank profile - Cox's phone# 415-200-6268 handwritten on victim profile - Runner "Michelle Harden, Latonya Mugo, and Rosilyn Thomas" handwritten on victim info - Cox's email address "Thabiggone@yahoo.com" was provided to attempted victim Forks2Fridges.com - SA Marbut Recorded call with Cox confirming delivery of items purchased with Day's credit card ending with 6642 ($14,705.95) | Shanay Cheatham $2,000 - Michelle Harden $3,900 - Alyssa Hullinger $4,900 - Jayson Smith $3,900 - Toni Duquekham $3,990 | | |
| 18 | ANDREW G KLEIN | [redacted] | $22,230.00 | $62,115.00 | $84,345.00 | 10/14/10<br>10/16/10<br>10/20/10<br>11/19/10<br>11/23/10<br>1/5/11<br>1/7/11<br>1/14/11 | HAWKINS<br>COX<br>BROOKS<br>SMITH | Brooks accessed victim information - victim information found at Cox/Hawkins residence during Search Warrant - "Sho/Bone" handwritten on victim info - Cox's phone# 415-200-6268 captured by victim - Hawkins phone# 310-357-4573 captured by bank - Cox's email "Thabiggone@yahoo.com" on victim online banking - electronic transfer $33,345 - Smith's phone# 323-289-4872 changed on victim profile | Keith Hillard $6,000 attempt - Shawn Lacey $6,000 - Durrell Young $3,600 - Veronica Brown $3,850 - Carmen Pennington $3,800 - Douglas Newton $4,980 | | |
| 17 | ANDREW STANLEY<br>DEBORAH STANLEY | [redacted] | $3,200.00 | $19,284.00 | $22,484.00 | 10/22/10<br>10/25/10 | COX | Victim information found at Cox's residence during Search Warrants | Leon Baskin $3,200 | | |
| 17 | HERBERT STEIN<br>MARLENE STEIN | [redacted] | $4,840.00 | $0.00 | $4,840.00 | 10/14/10<br>10/26/10 | COX | Victim information found at Cox's residence during Search Warrants - electronic transfers $4,150 | Michael Taylor $4,840 | | |

| Name | | | | Date | Payee | Description | |
|---|---|---|---|---|---|---|---|
| ARNOLD A JOSEPH | | $10,200.00 | $14,730.00 | 10/25/10 12/22/10 1/11/11 | HAWKINS COX KENNEDY | Victim information found at Cox residence during Search Warrant • Victim identity plus information changed on profile • "Rd/ Hawkins" signed for check delivery pos. to banks | Loy Harris $5,200 attempt? • Elaine Deutsch $5,000 attempt? • Willie Johnson $1,500 • Evelyn Thomas $2,200 • Batson, Inc. $2,500 • Raymond Porter $2,000 • Michael Taylor $2,500 • Karen Elander $4,000 • Arthur McDowd $2,500 |
| ANDREW G SPARKS / CLARA G SPARKS | $15,200.00 | $0.00 | $15,200.00 | 10/22/10 10/29/10 11/1/10 | COX BROOKS | Brooks accessed Victim information • Victim information found at Cox's residence during Search Warrant | Jon Miller $5,600, $3,301 • Arianne Lopez $3,700 • Brandon Johnson $6,000 |
| Kenneth A Pantaleo / Kenneth Pantaleo | $0.00 | $0.00 | $9,750.00 | 11/05/10 | HAWKINS | Victim information found at Hawkins residence during Search Warrants • Hawkins address 7591 Card Dr listed on bank's profile • Electronic transfer $4,000 • Runner Karen Elander cashed check on Arnold Joseph acct, Joseph info found at Cox residence during Search Warrant | Kenneth Brown $4,600 • Karen Elander $4,150 |
| LARRY F JOHNSON | $4,000.00 | $0.00 | $4,000.00 | 11/5/10 11/4/10 | COX HAWKINS | Victim information found at Cox/Hawkins residence during Search Warrant • Hawkins phoned 310-387-6573 handwritten on Victim list | Wayne Amos $4,000 |
| James K Tripe | $5,000.00 | $0.00 | $5,000.00 | 11/05/10 | HAWKINS | Victim information found at Hawkins residence during Search Warrant | Julius Rowe $5,000 |
| Stuart Siegel / Barbara Siegel (Stuart Siegel) | $45,200.00 | $0.00 | $45,200.00 | 11/8/10 11/8/10 11/8/10 11/17/10 3/1/11 1/8/11 | COX KENNEDY BROOKS WAGSTACK | Brooks accessed Victim information • Victim information found at Cox's residence • Runners "Eric Buchlot, Arliss Meyers, Tom Jacobs, Caphomas Williams, Juluchmen Nichol, Lyla*" cashed on profile • Runners Lisa Iglesias, Jama Pires, Elizabeth Parr, Brandon Rebus, and Evelyn Thomas handwritten on Victim list • Kennedy phoned 310-387-6573 • info changed on bank profile and reported to PD • "REP" next to Runner Caphomas handwritten on profile | Arliss Meyers $3,370, $3,400, $3,301, $3,100 • Lisa Iglesias $3,000, $2,300 • $2,550 • Tamika Logan $5,050 • Felicia Pyres $3,200 • Nichol & Powell $4,400 • Davis/Brown/Amos $3,701 |
| VONNA F LAWTER | $0.00 | $0.00 | $0.00 | 11/9/10 | COX | Victim information found at Cox's residence during Search Warrant | N/A |
| Sakanda Jawoomaush | $14,940.00 | $0.00 | $14,940.00 | 11/17/10 | COX | Victim information found at Cox's residence during Search Warrant led to Wells Fargo Victim | Amanda Thompson $5,890 • Osceia Adams $5,200 • Wayne Owens $3,750 |
| DR ALAN ROSEN / LINDA C ROSEN | $5,250.00 | $13,150.00 | $19,350.00 | 1/27/11 | COX HAWKINS | Runners Daisy Mitchell, Anjolina Martinez, Edward McTier handwritten on Victim list • Runner McTier cashed check on bank Leads acct • Leads info found at Cox's residence during Search Warrant which led Runner handwritten on Victim list • Runner McTier cashed check on Rosen acct, Rosen info found at Cox/Hawkins residence during Search Warrant • Runner Caphomas Williams handwritten on Barbara Siegel acct found at Cox's residence during Search Warrant | Cassandra Hawkins $3,100 • Caphomas Williams $3,300 attempt • Donte Smith $2,600 attempt, $2,900 attempt |
| ARTHUR B GREENE / JUDY GREENE / ROBERT T. BARTLETT | $13,615.00 | $105.00 | $14,620.00 | 1/25/11 1/24/11 2/10/11 | COX | Victim information found at Cox's residence during Search Warrant, electronic transfer $9.00 | Lovell Newton $5,890 • Malika Markey $2,400 • Ebonae Williams $2,500 • T. Hayes Thursby $1,930 |
| DWAYNE E FISCHER | $0.20 | $0.00 | $0.00 | 11/30/10 | COX BROOKS | Brooks accessed Victim information • Victim information was found at Cox's residence during Search Warrant | N/A |
| BETTY L STEERES / ALLEN G STEERES / ANN ERICKSON | $18,200.00 | $12,000.00 | $17,100.00 | 11/07/10 | COX | Victim information found at Cox's residence during Search Warrant • Online profile notes to be transferred to runner "Rachael Thomas" (Rachael Thomas is $10,000 attempt, $10,000 attempt) • Cox handwritten notes on Jacob N. Gold account | Britney Smith $5,500 • Harold Jordan $2,500 • Gaynor Young $3,400 • Rachael Thomas $10,000 attempt |

$6,294,273.35 REC'T NET LOSS

No Cox

| # | Name | | | | Date | Party | Notes | N/A |
|---|------|---|---|---|------|-------|-------|-----|
| 60 | Sarah Garcia / Jerry Michael Garcia | $0.00 | $0.00 | $0.00 | 11/24/10 11/25/10 | COX | Victim information found at Cox's residence during Search Warrants – Sharon "Tina" Fisher, and Matilda Mackey" handwritten on victim escrita banking | N/A |
| 61 | ALEXANDER GOLDBERG DBA PROMPT SERVICE INC | $32,000.00 | $4,500.00 | $27,500.00 | 11/24/10 11/25/10 12/1/10 12/7/10 | COX HAWKINS | Victim information found at Cox residence during Search Warrants – electronic transfers $27,912 – Rachael Ebony Jones handwritten on bank Real profile found at Cox's residence during Search Warrants – Rachael Ebony Jones handwritten on Thorbin Malice profile found at Cox's residence Hawkins phoned 12/14/2010 handwritten on check #452 verification | N/A |
| | DARROLD KRAMER ALLINE KRAMER | $0.00 | $162,500.00 | $162,500.00 | 10/27/10 11/11/10 12/8/10 | COX BROOKS | 7 check entries – Brooks accessed Victim information – Victim information found at Cox's residence during Search Warren | N/A |
| 62 | Johanna Bernhart | $0.00 | $0.00 | $0.00 | 12/11/10 | BROOKS | Brooks accessed Victim information | |
| 63 | JILA KOHAN ANC | $0.00 | $10,950.00 | $10,950.00 | 12/14/10 | COX | Victim information found at Cox's residence during Search Warrants – 2 electronic transfers $2,844, 17,480 – Unknown suspect attempts to cash check #982 in the amount of $3,950 | Brittany McElroy "312=13,900" handwritten with victim info – Anne Baker "388 11,517" handwritten with victim info |
| 64 | LILA ROSENSTEIN ALEXANDER ROSENSTEIN | $0.00 | $75,000.00 | $75,000.00 | 06/10/10 | COX | check entry 1014-1036 – Cox's phoned #14284-1438 explained by bank | N/A |
| | GUS FAMILY TRUST GEORGE BERGMAN NOBUKO BERGMAN | $0.00 | $162,500.00 | $162,500.00 | 12/19/10 1/6/11 1/7/11 | COX HAWKINS | check order 4191-4231 – victim information found at Cox residence during Search Warrants Cox's address Godlen Praise, Diamond Bar handwritten on victim info | N/A |
| | Adam S. Greenstein Gypsy Rose Mariflos | $6,100.00 | $3,212.00 | $6,400.00 | 12/23/10 12/29/10 1/5/11 | HAWKINS | Victim information found at Hawkins residence during Search Warrant –Runners Chantel Mackey and Shakira Deixon handwritten on bank banking – electronic transfers $1,282 – Runner Chantel Mackey cashed check and was handwritten on Jack In the Box card, found at Hawkins residence during Search Warrant | Chantel Mackey 14,519 – Coolest Hunter J/ 42,599 |
| | Bruce Horowitz | $0.00 | $0.00 | $0.00 | 8/10/11 | COX | Victim Information found at Cox's residence during Search Warrants | N/A |
| | Jacob Gold Eva Gold | $22,600.00 | $11,250.00 | $11,350.00 | 1/3/11 1/4/11 1/5/11 1/6/11 1/7/11 | COX | Victim information found at Cox's residence during Search Warrants –Runners Floyd Downson, Children, Evan Lewis, Clarence Floyd, Donovan Childress, Evan Lewis, Andrea Floyd, Goodlee, Leon Hill, Aaron Jones, and Kalani Thomas" handwritten with victim info | Leon Hill #6402 $2,803 attempt – Leon Hill #6511 $2,800 attempt –Aaron Jones #6494 $4,200 attempt – Aaron Jones #6494 $4,200 attempt – Unknown suspect #6513 $2,894 attempt (Evan Lewis, 6473) – $2,800 handwritten with victim info – Unknown suspect #6517 $3,838 (Maila Campo #6507 handwritten on victim escrita banking – Clarence Floyd #6524 $2,800 cashed – Patrick Burns #6515 $2,800 cashed – Kalani Thomas #6522 $12,900 cashed – Patrick Burns #6519 $2,800 – Unknown suspect #6514 $4,893 $2,800 – Unknown suspect #6511 $800 attempt |
| | Ada Harding Larry Harbin | $13,000.00 | $0.00 | $13,000.00 | 1/7/11 1/12/11 | COX | Victim information found at Cox's residence during Search Warrants –Runners Sharrita Dawson, Robert Parsons, and Kashad Thomas handwritten on victim escrita banking | Kashad Thomas $2,800 – Mariah Harden $2,100 –Tricia Johnson $2,500 |

$6,606, 373.35 Act. No Cox

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | ERIC SACHS | | $0.00 | $7,350.00 | $7,350.00 | Victim information found at Cox/Hawkins residence during Search Warrant – handling phones # 518-3371, 6572 recovered by Richard Clarke – electronic devices # 6,048 – Bunyata Mount, Paige, Clayton Falconer, Aleesa Rose, Donnie Richmond, Shakin Sexton, Garrick Chastion, Clarence Boyd, Jhavyn Brigg, and Donovan Chastion – | Sadea McAdory #12269 attorney |
| 17 | Jack Bernstein (Jack Deceased) Marie E. Bernstein | $18,850.00 | $33,900.00 | $52,750.00 | $145,750.00 | Victim information found at Cox's residence during Search Warrants – Text on Wozniack's phone #714-838-5510 with county ownership – Shakin Damon, and Tessa Dond – Runners Ronald Davis, McKenzie Patterson, and Tessa Dond written on checks issued to Cox's residence during Search Warrant – Runners Rhina Button, Steven deardale, Tarissa Heathwood, Donald Davis, Michael Dones, Justin Robertson, Wilma Dowell, McKenzie Patterson, Andre Wilson, Teresa Dond, Angel Ferrante, Eulalia Elder/by, Jeanie Hill, and Desert Vaughn handwritten on Victim's list found in Cox's residence during Search Warrant – Target credit card purchases $12,451.85 not calculated on spreadsheet | Teresa Dond #6,250 – Justin Robertson #250 |
| 17 | GINA VERSMAN | $0.00 | $0.00 | $0.00 | $0.00 | Victim information found at Cox's residence during Search Warrants – Runners "Patrick Barnes, and Maria George" handwritten on victim list notes | N/A |
| 18 | ARTHUR B. JENSEN ERLYNE S. JENSEN | $0.00 | $0.00 | $0.00 | $0.00 | Victim information found at Cox's residence during Search Warrants – Runners Nancy Oliver, Shawn Lacey, Cassandra Ronslow, Duncan Smith, Mislyn Shrup, and Thomas Clarke" handwritten on victim list | N/A |
| 18 | YET PAULEE | $15,643.00 | $0.00 | $15,643.00 | $15,643.00 | Victim information found at Cox's residence during Search Warrants – Checks cashed Victim checks placed #22-123-4981 used to Verify – Runners Ana Ondares, and Alex Williams handwritten online banking | Jhavyn Bulls #1,148 – Kachell Thomas #6,040 – Derrick Chastion #3,946, $2,064 – Maria Campos $7,000 – Clarence Floyd $4,500 – Jhavyn Brigg #2,700 |
| 18 | AMANDA G GREENE STEVEN B LEBLANC | $6,000.00 | $6,000.00 | $12,000.00 | $12,000.00 | Victim information found at Cox/Hawkins during Search Warrant – Runner "Alexander Sall" handwritten on online banking – Runners Ana Athia, James Splezg, Shontae Sanford, Felicia Riket, and/or Osborne, and Nicole Jones handwritten on Victim info – Cash Address 1997 Silver Rain Dr on check notes | Ana Lee $4,500 attorney – Alexandra Bell $4,500 |
| 18 | Merrill F. Irving | $5,000.00 | $0.00 | $5,000.00 | $5,000.00 | Victim information found at Cox's residence during Search Warrants – Kennedy's phone #518-371-6572 handwritten on Victim info – Runners Christopher Goldsmith, Joshua Carson, Janet Anthony, Joshua Ramirez, Ann Lee, Kachell Thomas, James Splezg, and Ann Athia handwritten online banking | Sean Lewis $5,000 |
| 18 | Shannon B Ortiz Percy D. Lynch | $13,630.00 | $21,380.00 | $35,010.00 | Victim information found at Cox/Hawkins during Search Warrants – Runners Andre Wilson, Steven Dong, Rhina Button, Diana Mount, Maria Dones, and Tarissa Heathwood handwritten on profile | Andre Wilson #1,556 |
| 18 | DONALD SWARTZ | $0.00 | $0.00 | $0.00 | $0.00 | Victim information found at Cox's residence during Search Warrants – Attempted login account takeover with Fargo Wells Fargo | N/A |
| 18 | Ron Bettencourt | $0.00 | $0.00 | $0.00 | $0.00 | Victim information found at Cox's residence during Search Warrants listed at Wells Fargo Victim | N/A |

67

68

69

70

71

| # | Name | | | | | | Recipient | Notes |
|---|---|---|---|---|---|---|---|---|
| 17 | BRUCE L. MILLER<br>BRADY MILLER | | $22,210.00 | $7,600.00 | $14,200.00 | 3/24/10<br>3/28/10<br>2/24/11 3/3/11 | COX<br>KENNEDY | Victim information found at Cox's residence during Search Warrant – COX phone #714-404-4304 captured during 2 check seizure – Kennedy phone captured by WP – HYPOCRITE handwritten on profile – 1957 Silver Lane Dr. WP check delivery – Romero Sherene Flack, Abigail Ferrera, Gina Burton, Nichol Donen, Triana Hitchonen, Jewel Hit, Ginni Virginia, Esther Shirley, and Teri Tran handwritten on victim lists | Triana Hitchonen $2,600 Bank transfer – Sherene Flack $2,600 Bank transfer – Jaclyn Theo $3,800 Bank deposited – Jacelyn Ferla $3,000 WP – Ginni Burton $3,600, $2,520 WP – Sample of every $3,800 WP |
| 18 | TIMOTHY LE WEST | | $10,570.70 | $0.00 | $10,570.70 | 2/9/11<br>2/10/11 | COX<br>KENNEDY | Victim information found at Cox's residence during Search Warrant – Kennedy phone #714-404-4304 captured by WP | Dione Burton $3,600 – Dumella Corasco $2,511.00 – Romero Flores $4,459.00 – Area Poverty $2,501 |
| 19 | Derek Anderson | | $0.00 | $0.00 | $0.00 | 2/10/11<br>2/10/11<br>2/10/11 | COX<br>KENNEDY | Victim information found at Cox's residence during Search Warrant – Kennedy phone# 314,374,4392 captured by WP – Romero "Diane Burton, Dumella Corasco, Romero Flores, Ann Poverty, Felicia Blaze, Michelle Victoria, Justin Taylor, Nicole Donen, Vanessa Alito, and Marie Angela Speck" handwritten on victim lists etc | N/A |
| 20 | Kevin Kavanaugh | | $0.00 | $0.00 | $0.00 | 2/10/11 | Smith | Victim information found in Smith's cell phone during Search Warrant - Wells Fargo Victim | N/A |
| 21 | Christopher Cole<br>Holly Cole | | $0.00 | $0.00 | $0.00 | 2/16/11 | Smith | Victim information found in Smith's cell phone during Search Warrant - Wells Fargo Victim | N/A |
| 22 | Richard Wright | | $0.00 | $0.00 | $0.00 | 2/16/11 | Leeth | Victim information found in Smith's cell phone during Search Warrant -Wells Fargo Victim | N/A |
| 23 | Job Mehra | | $0.00 | $0.00 | $0.00 | 2/16/11 | Smith | Victim information found in Smith's cell phone during Search Warrant - Wells Fargo Victim | N/A |
| 24 | JEFFERY W. KORN | | $0.00 | $0.00 | $0.00 | 2/16/11 | COX | Victim information found at Cox's residence during Search Warrant | N/A |
| 25 | MARCUS HOROWITZ | | $0.00 | $0.00 | $0.00 | 2/16/11 | SMITH | Victim information found at Smith's residence during Search Warrant | N/A |
| 26 | NEAL L. HOLMBERG<br>JULIE HOLMBERG | | $0.00 | $0.00 | $0.00 | 2/16/11 | SMITH | Victim information found in Smith's residence during Search Warrant | N/A |
| 27 | ROBERT W. GEISSLE | | $0.00 | $0.00 | $0.00 | 2/16/11 | HUTTON | Victim credit card number found at Hutton's residence during Search Warrant | N/A |
| 28 | STEVEN MORODOM<br>JACK MORODOM | | $0.00 | $0.00 | $0.00 | 2/16/11 | COX<br>BROOKS | Brooks accessed victim information – Victim information was found at SunHutton's residence during Search Warrant | N/A |
| 29 | ALBERT BERGMAN<br>ADELE BERGMAN | | $0.00 | $18,000.00 | $18,000.00 | 2/16/11 | COX<br>RUTANOBA | check seizure $18,000 – Victim information found at Cox's residence during Search Warrant – RUTANOBA handwritten on profile – Runner Risk | N/A |
| 30 | BRUCE M. CORSAR<br>JAMIE M. CORSAR | | $0.00 | $0.00 | $0.00 | 10/18/10<br>2/16/11 | HAWKINS | Victim info found at Hawkins residence during Search Warrant | N/A |
| 31 | STEVEN B. SMITH<br>JENNIFER B. SMITH | | $0.00 | $375,000.00 | $375,000.00 | 2/14/11 | SMITH | 6 check seizure – Victim information found at Smith's residence during Search Warrant | N/A |
| 32 | BONNIE GARVEY<br>MICHEAL COUNTY<br>PANCAKE HOUSE<br>IDA INDIKA DUCCHI<br>PATEL SHANMUGA<br>PATEL | | $0.00 | $0.00 | $0.00 | 2/16/11 | SMITH | Victim information found at Smith's residence during Search Warrant | N/A |
| 33 | MARTY PANNO<br>KENNEDY | | $0.00 | $0.00 | $0.00 | 2/16/11 | COX | Victim information found at Cox's residence during Search Warrant | N/A |

| # | Name | | | | | Date | | Description | |
|---|------|---|---|---|---|------|---|------------|---|
| 18 | MURIEL OLMEDA | | $0.00 | $0.00 | $0.00 | 02/16/11 | COX | Victim information found at Cox's residence during Search Warrant & Wells Fargo | N/A |
| 18 | JAN DALE JULIUS B | | $0.00 | $0.00 | $0.00 | 02/16/11 | WADSACK | Victim information found at Wadsack's residence during Search Warrant | N/A |
| 18 | KATHERINA HOFFHEGER | | $0.00 | $0.00 | $0.00 | 02/16/11 | WADSACK | Victim information found at Wadsack's residence during Search Warrant | N/A |
| 18 | RUBY L ROBERTS | | $0.00 | $0.00 | $0.00 | 02/16/11 | WADSACK | Victim information found at Wadsack's residence during Search Warrant | N/A |
| 18 | ROBERT WRIGHT | | $0.00 | $0.00 | $0.00 | 02/16/11 | COX | Victim information found at Cox's residence during Search Warrant | N/A |
| 18 | GUY COHEN | | $0.00 | $75,000.00 | $75,000.00 | 02/16/11 | COX | check order 1035-1355 - victim information found at Cox's residence during Search Warrant | N/A |
| 18 | George M. Fischer | | $0.00 | $0.00 | $0.00 | 02/16/11 | COX | Victim information found at Cox's residence during Search Warrant | N/A |
| 18 | Abraham Rothman Aka Rothman | | $0.00 | $0.00 | $0.00 | 02/16/11 | COX | Victim information found at Cox's residence during Search Warrants - Ramona "Randall Richburg, Marcy Ballston, Robert Bregal, Lisa Larkin, Rosanne Dominguez, David Sanders, and Alyssa Washington" handwritten on victim list | N/A |
| 18 | Maria Teresa Adams (Frachet) | | $0.00 | $0.00 | $0.00 | 02/16/11 | COX SMITH | Victim information found at Cox's residence during Search Warrant | N/A |
| 18 | Nel'A. Sofa | | $0.00 | $0.00 | $0.00 | 12/3/11 2/7/11 2/16/11 | COX SMITH | Victim information found at Cox's residence during Search Warrants - Text messages on Smith's phone #323-394-4072 - Wells Fargo | N/A |
| 18 | Stephen G. Johnson | | $0.00 | $0.00 | $0.00 | 2/7/11 2/16/11 | COX SMITH | Victim information found at Cox's residence during Search Warrants - Text messages on Smith's phone #323-394-4072 - Wells Fargo | N/A |
| 18 | Bryan Hertz | | $150,000.00 | $150,000.00 | $150,000.00 | 02/16/11 | COX GRAY CURTISS | 2 check orders 1591-1595, 1151-1355 - victim information found at Cox's residence during Search Warrants - Gary Gray arrested by SDSD #184-84711 - Gray cell phone records show text message on account link with Smith employee Andrew Curtiss | N/A |
| 18 | Arlene Auergal (Robert Auerzal) | | $0.00 | $0.00 | $0.00 | 02/16/11 | COX | Victim information found at Cox's residence during Search Warrant | N/A |
| 18 | JENNIFER L CHIDO | | $0.00 | $0.00 | $0.00 | 02/16/11 | COX | Victim information found during Search Warrant | N/A |
| 18 | Harvey C. Davis | | $0.00 | $0.00 | $0.00 | 02/04/11 | COX | Victim information found at Cox's residence during Search Warrant | N/A |
| 18 | Delfine A. Ramirez "Delfina A. Ayala" | | $0.00 | $0.00 | $0.00 | 02/16/11 | COX | Victim information found at Cox's residence during Search Warrant | N/A |
| 18 | Michael Ahmeti | | $0.00 | $0.00 | $0.00 | 02/16/11 | COX | Victim credit card number and CVC found at Cox's residence during Search Warrant | N/A |
| 18 | Mary Ann Black | | $0.00 | $0.00 | $0.00 | 02/16/11 | COX | Victim credit card number and CVC found at Cox's residence during Search Warrant | N/A |
| 18 | Jay G. Hochmuth | | $0.00 | $0.00 | $0.00 | 02/16/11 | COX | Victim credit card number and CVC found at Cox's residence during Search Warrant | N/A |
| 18 | Sanedfa Pidwell Williams | | $0.00 | $0.00 | $0.00 | 02/16/11 | COX | Victim credit card number and CVC found at Cox's residence during Search Warrant | N/A |
| 18 | Theodore Hench | | $0.00 | $0.00 | $0.00 | 02/16/11 | COX | Victim credit card number and CVC found at Cox's residence during Search Warrant | N/A |

| # | Name | | Amount | Amount | Amount | Date | Name | Description | N/A |
|---|------|---|---|---|---|---|---|---|---|
| 19 | Thompson's Discount Tire Center | | $0.00 | $0.00 | $0.00 | 02/14/11 | COX SMITH | Copy of check found at Cox/Smith's residence during Search Warrant | N/A |
| 19 | Meno Mobile Tire Service | | $0.00 | $0.00 | $0.00 | 02/14/11 | COX SMITH | Copy of check found at Cox/Smith's residence during Search Warrant | N/A |
| 19 | MICHAEL BENDER, Helen Bender | | $0.00 | $0.00 | $0.00 | 12/7/11 2/16/11 | COX | Victim information found at Cox's residence during Search Warrant led to Wells Fargo system | N/A |
| 19 | Kula bike | | $0.00 | $0.00 | $0.00 | 1/12/11 2/16/11 | COX | Victim information found at Cox's residence during Search Warrant led to Wells Fargo system | N/A |
| | Jason Contreras, Theresa Contreras | | $0.00 | $0.00 | $0.00 | 02/16/11 | COX | Victim information found at Cox's residence during Search Warrant led to Wells Fargo shipping number SDANV8101661724 handwritten on Victim Deed – Renters Ana Darke, Darah Ana and Abah Amid handwritten online banks | N/A |
| 19 | GARRY E. COLGSTIEN, LINDA COLLSTIEN | | $0.00 | $175,000.00 | $175,000.00 | 02/16/11 | SMITH | check order 191-520 – Victim information found at Smith's residence during Search Warrant | N/A |
| 19 | BRUCE SMITH, JOAN SMITH | | $0.00 | $0.00 | $0.00 | 2/16/11 | COX | Victim information found at Cox's residence during Search Warrant – Renter "Dina Garcia" handwritten on Victim Deed | N/A |
| 19 | DONALD A. ROWE | | $0.00 | $0.00 | $0.00 | 02/16/11 | | Victim information found during Search Warrant | N/A |
| 19 | FRED & MARY SMITH | | $0.00 | $75,000.00 | $75,000.00 | 02/16/11 | COX BROOKS SMITH | check order 2206-2241 – Brooks accessed Victim Information – Victim information was found at Smith/Cox's residence during Search Warrant – NOT Hannon handwritten on profile – Renter Mark Garcia handwritten on victim Deed | N/A |
| 19 | JOSHUA E. COHEN, SHOSHANNA COHEN | | $0.00 | $0.00 | $0.00 | 11/7/09 2/16/11 | SMITH COX | Victim information found at Smith/Cox residences during Search Warrant – Renter "Rachael Morante, Daniel Fernandez, Antonio Baldero, and Isaac Thomas" handwritten online banks | N/A |
| 19 | James M. Bechem | | $0.00 | $0.00 | $0.00 | 02/16/11 | HANNONS SMITH | Victim info located at Smith's residence during SW Hawline address 20611 Solee Ave, Lakewood handwritten on bank profile | N/A |
| 19 | Richard J. Bale | | $0.00 | $0.01 | $0.01 | 02/16/11 | COX | Victim information found at Cox's residence during Search Warrant | N/A |
| 19 | MARGARET BRUHN | | $13,384.90 | $11,772.44 | $11,772.44 | 02/16/11 | OGANDZNANYAN MARGARYAN | Check+ZBIWIRE | N/A |
| 19 | PAULINA TAI & RICK CHAN | | $0.00 | $105,515.16 | $105,489.36 | 02/16/11 | OGANDZNANYAN | Check+ZBIWIRE | N/A |
| 19 | JEANETTE CEROLLERSC | | $0.00 | $0.00 | UNKNOWN | 02/16/11 | MARGARYAN | Check+ZBIWIRE | N/A |
| 19 | ANDREW H. COHEN | | $0.00 | $70,000.00 | $70,000.00 | 12/16/09 | HANNONS | check order 191-196 – Victim Information found at Hawkins residence during Search Warrant | N/A |
| 19 | ARNOLD L. TOBIAS, ARNOLD L. TOBIAS SR | | $0.00 | $0.00 | $0.00 | 02/16/11 | COX BROOKS | Brooks accessed victim information – Victim Information found at Cox's residence during Search Warrant – Renters Airisbela Goodloe, Waleri Chambers, and Shamika Stephens handwritten on profile | N/A |

$ 690,373.35 Actual to Cox

| # | Name | | | | | Date | Party | Notes | |
|---|------|---|---|---|---|------|-------|-------|---|
| 18 | BRUCE EDWARD ABLE | | | $0.00 | $75,000.00 | 06/07/09 | COX | Check order 2010-2011 – Fixed address 5322 N. Euclid Ave, Outside check delivery – Fixed address Euclid Ave changed to Rosa Mary Garcia's. Bruce kept profiles and Rosa Mary/Mary Garcia also found at Cox during Search Warrant – Fixed address Euclid Ave on Abbels Fedmann check delivery. Cox filed on/filed on Fix info discussed Fix info/Fix | N/A |
| 18 | CHARLES E. GREENBERG CAROL L. GREENBERG TRUSTEES OF THE GREENBERG FAMILY TRUST DTD 12/14/97 | | | $2,950.00 | $0.00 | | | | |
| 18 | CRAIG E. SMITH NANCY C. SMITH | | | $10,897.86 | $3,300.00 | 12/11/08 | COX | Victim information found during Search Warrant. Rosa Mary Garcia cashed on Rosi James's acct | Rosa Mary Garcia $3,300 |
| 18 | DOYLE HUELSON | | | $0.00 | $6,640.00 | 01/27/09 02/27/09 | COX | Runout – Latoya Hampton cashed check on Tim James acct. Same profile was found at Cox's residence during Search Warrant – Latoya McClams cashed check on John McDonald acct | Sharon Twitty $5,640 – Latoya Hampton $6,890 – Ashley Dill $7,473 – Linda Wilson |
| 18 | FAYE R. BARLOW | | | $0.00 | $175,000.00 | 02/29/08 | COX | Cox's phone# 714-434-9191 captured by bank during credit card AU | N/A |
| 18 | LEE J. HORWITZ | | | $6,450.00 | $6,490.00 | 02/02/08 | | check order 1010-1101 – Brooks accessed victim information – Victim information was found at Cox's profiles residence during Search Warrant | N/A |
| 18 | MANUEL AND JUDY DUTRA | | | $0.00 | $0.00 | 07/02/08 | | Hampton phone# 212-341-4291 charged on bank profile –Hampton address 109 W Palm St. Long Beach stamped on bank profile | N/A |
| 18 | MARGARET ANN KALLOF | | | $0.00 | $0.00 | | HAWKINS | Hawkins phone# 310-529-3728 captured by bank | N/A |
| 18 | PIERNTAI POWELL-JR ORLANDO SERVICE | | | $178,000.00 | $175,000.00 | 12/31/08 | HAWKINS | Hawkins address 1209 W. SPRUCE ST, COMPTON captured by bank | N/A |
| 18 | WALTER RASRY | | | $0.00 | $0.00 | 06/13/00 | HAWKINS | 2 checks orders 2011-2200, 1901-2001, 1774-1901– Hawkins phone# 323-314-4891 captured by bank | N/A |
| 18 | Ronald a Richter | | | $0.00 | $0.00 | 06/14/10 | HAYES HAWKINS | Cox's email address The.big@mail@yahoo captured by bank | N/A |
| 18 | Michael D. Rower Gayle Rower | | | $0.00 | $0.00 | 02/16/11 | COX | victim information accessed by Hayes – victim profiles found at Hawkins residence during Search Warrant | James Hoppe Jr. – Michele Rangel written on profile here |
| 18 | Jean E. Arnett | | | $0.00 | $0.00 | | HAWKINS COX | Victim information found at Hawkins residence during Search Warrant, Jerald Axells, and Angela Martinez handwritten on victim info –Rafael Arp Lisa Martinez handwritten on Paul Cahill profile found at Cox's residence during Search Warrant | N/A |
| | | | TOTAL: | $0.00 | TOTAL: | | | | |
| | | TOTAL: | $1,275,000.00 | $19,951,413.54 | TOTAL: | | | | |

$19,951,413.54



EXHIBIT Z



EXHIBIT 2



EXHIBIT Z



EXHIBIT Z




EXHIBIT B
Z

CASE 09-CR-00248

CERTIFICATE
OF
SERVICE.

I DECLARE UNDER THE PENALTY
OF PERJURY THAT I MAILED
THESE EXHIBITS ATTACHED TO
MY FIRST 2255 ON OCTOBER 5, 2020
PLACE IN PRISONER MAILBOX
ADDRESSED TO:
DISTRICT COURT
411 W. FOURTH ST
SANTA ANA CA 92701

AUSA McNALLY
411 W. FOURTH ST
SANTA ANA CA 92701

10-5-2020



LLEWELLYN COX
REG. No. 48963-112
BEAUMONT FCC-LOW
P.O. BOX 26020
BEAUMONT TX 77720

DOC

DISTRICT COURT
411 W. FOURTH ST
SANTA ANA CA 92701

LEGAL MAIL

RECEIVED
CLERK, U.S. DISTRICT COURT

OCT 23 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY