THE JUSTICE FIRM
Joseph Virgilio, Esq.  (SBN: 139376)
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
Telephone: (310) 914-2444

DARDEN LAW GROUP APC
Christopher Darden, Esq (SBN: 94959)
11500 West Olympic Boulevard, Suite 400
Los Angeles, CA 90064
Telephone: (310) 654-3369

Attorneys for:    Lewellyn Cox
                  Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>LEWELLYN COX<br><br>Defendant. | Case No.:    8:20-CV-02064-DOC<br>Assigned to the<br>Honorable Judge David O. Carter<br><br>DEFENDANT LEWELLYN COX'S MOTION FOR LEAVE TO FILE A SUR-REPLY/SUPPLEMENTAL BRIEF; DECLARATION OF LEWELLYN COX IN SUPPORT THEREOF |

Pursuant to Local Rule 7-10, Defendant Lewellyn Cox hereby moves for leave to file a Sur-Reply/Supplemental Brief.

On September 2, 2021, Defendant Lewellyn Cox filed his Reply to the Government's Opposition to his 28 USC §2255 Motion.

Many of the hearings and Defendant's ultimate guilty plea were predicated on the Government's repeated representation to the Court, and Defendant, that the six-pack identification line-up that was shown to, and physically signed by, witnesses Jessica Bacque and others in **2005**.

---

The Government repeatedly represented to the Court, and Defendant, that these witnesses were the basis that proved Defendant's involvement in the criminal check writing scheme from 2005 on.

After the filing of the Reply on behalf of Defendant Cox, he finally received, after multiple Freedom of Information requests, a copy of the "mug shot" from the California Department of Corrections and Rehabilitation – Departmental Archives Unit definitively establishing what Defendant Cox contended throughout the litigation: the "2005" six-pack, which included his photograph, was a complete fabrication because the photograph used in that six-pack was not taken until **2008.** (See Declaration of Lewellyn Cox, including exhibits thereto).

Defendant seeks a fair opportunity to address this issue. Accordingly, Defendant requests that the Court permit the filing of a Sur-Reply/Supplemental Brief. At a minimum, Defendant is requesting 20 days to do so.

A proposed form of Order accompanies this Motion.

DATED:                                   THE JUSTICE FIRM

                                         By *Joseph a. Virgilio*
                                            Joseph Virgilio, Esq.
                                            Attorney for Defendant
                                            Lewellyn Cox

DATED:                                   DARDEN LAW GROUP APC

                                         By _____
                                            Christopher Darden, Esq.
                                            Attorney for Defendant
                                            Lewellyn Cox

After the filing of the Reply on behalf of Defendant Cox, he finally received, after multiple Freedom of Information requests, a copy of the "mug shot" from the California Department of Corrections and Rehabilitation – Departmental Archives Unit definitively establishing what Defendant Cox contended throughout the litigation: the "2005" six-pack, which included his photograph, was a complete fabrication because the photograph used in that six-pack was not taken until 2008. (See Declaration of Lewellyn Cox, including exhibits thereto).

Defendant seeks a fair opportunity to address this issue. Accordingly, Defendant requests that the Court permit the filing of a Sur-Reply/Supplemental Brief. At a minimum, Defendant is requesting 20 days to do so.

A proposed form of Order accompanies this Motion.

DATED:                                    THE JUSTICE FIRM

                                          By _____
                                          Joseph Virgilio, Esq.
                                          Attorney for Defendant
                                          Lewellyn Cox

DATED: 10/8/21                            DARDEN LAW GROUP APC

                                          By _____
                                          Christopher Darden, Esq.
                                          Attorney for Defendant
                                          Lewellyn Cox

## DECLARATION OF LEWELLYN COX

I, Lewellyn Cox, declare as follows:

I have personal knowledge of the matters set forth in this Declaration, and if called upon and sworn as a witness herein, I could and would testify competently as to said matters.

1. During litigation, the prosecution repeatedly represented to the Court and me that it had evidence, including a six-pack photographic line-up physically signed by Jessica Bacque and other witnesses who, in 2005, identified me as being involved in the fraudulent check scheme as of that year. One example is included in the Government's Opposition to the present Petition, where the Government claims to have obtained statements in 2005 while simultaneously having those witnesses sign their names and dates on a "2005" six-pack photographic line-up. Opposition: "...a motion by defendant for a bill of particulars; and a motion by defendant to suppress photographic identifications of defendant made by various runners in 2005, including Jessica Bacque. (ER 403; GER 311-13, 340, 358, 370.)" (Opposition, page 15 of 41, lines 7 through 10)

2. The purported 2005 signed six-pack is a fabrication. The photograph of me in that six-pack was taken in 2008. After the filing of the Reply filed on my behalf on September 2, 2021, I belatedly received a response from the California Department of Corrections and Rehabilitation – Departmental Archives Unit to my multiple Freedom of Information requests for a copy of the photograph used in the six-pack proffered by the Government in this case. Attached as Exhibit 1 is a true and correct copy of the photograph used in the purported 2005 six-pack. As correctly stated on the California Department of Corrections document, Exhibit 1, **the photograph was taken in 2008.**

3. I plead guilty in this case based upon fabricated evidence that was going to be used against me at time of trial. As evidenced throughout the prosecution in this case, I was not involved with the other defendants in this case until after my release from prison in 2008, yet my sentence

was predicated on involvement since 2005. I would not have plead guilty to all of the charges against me absent the fabricated evidence. Ms. Bacque herself testified that she did not sign the six-pack in 2005 when she took the witness stand at the suppression hearing but little other information was gained from her testimony because she then plead the 5th Amendment and refused to elaborate.

4. As I have previously declared, I was not able to see a legible copy of the purported 2005 six-pack until after sentencing. The copy I was originally shown was completely black. After sentencing, I was able to obtain a clear copy of the "2005" six-pack photographs, a true and correct copy is attached as Exhibit 2. It is obvious by comparing the two exhibits that the photograph used in the six-pack was taken in 2008, as confirmed by the Department of Corrections.

5. I am requesting that this Court give my attorneys and I the opportunity to go through the voluminous court files to show each of the egregious examples of prosecutorial misconduct regarding this fabricated exhibit.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this __8__ th day of October, 2021, at __Beaumont Prison__.

_____
Lewellyn Cox
Declarant

THE JUSTICE FIRM
Joseph Virgilio, Esq.  (SBN: 139376)
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
Telephone: (310) 914-2444

DARDEN LAW GROUP APC
Christopher Darden, Esq (SBN: 94959)
11500 West Olympic Boulevard, Suite 400
Los Angeles, CA 90064
Telephone: (310) 654-3369

Attorneys for:    Lewellyn Cox
                  Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.:    8:20-CV-02064-DOC |
|---|---|---|
| Plaintiff, | ) ) | (PROPOSED) ORDER FOR LEAVE TO FILE A SUR-REPLY/SUPPLEMENTAL BRIEF |
| vs. | ) ) | |
| LEWELLYN COX | ) ) | |
| Defendant. | ) ) ) | |

   Upon motion of the Defendant, and good cause appearing,

   IT IS HEREBY ORDERED that Defendant has leave to submit a Sur-Reply/Supplemental Brief in connection with Defendant's 28 USC §2255 Motion.

   Defendant's Sur-Reply/Supplemental Brief is to be filed on or before _____.

Dated:

                                            By:  _____
                                                 Hon. David O. Carter
                                                 United States District Judge

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of eighteen and not a party to this litigation. My business address is 5850 Canoga Avenue, 4th Floor, Woodland Hills, California 91367

On  October 8, 2021, I served the foregoing document described below as **DEFENDANT'S MOTION TO FILE SUR-REPLY/SUPPLEMENTAL BRIEF** on the interested parties to this action:

[ ]   (BY PERSONAL SERVICE) I delivered such envelope by hand to counsel for the parties as set forth below:

[ ]   (BY MAIL) I placed a true and correct copy of the above document in an envelope, postage prepaid, first-class to the address below:

United States Attorney's Office      Telephone: (213) 894-2272
Central District of California       Facsimile: (213) 894-2500
312 North Spring Street              Email: joseph.mcnally@usdoj.gov
Los Angeles, California 90012
Attn:  Joseph T. McNally, Esq.
       Assistant U.S. Attorney

[ ]   (VIA ELECTRONIC MAIL) I transmitted a true and correct copy of the above document via electronic mail to the address below:

[ ]   (BY EXPRESS MAIL COURIER) I placed a true and correct copy of the above document in an envelope, postage prepaid, and deposited the envelope in a box regularly maintained by the courier for overnight delivery:

[ ]   (BY TELECOPIER TRANSMISSION) I transmitted said document via telecopier transmission (FAX) to counsel for the party set forth above.

[XX] (State) I declare under penalty of perjury pursuant to the laws of the State of California that the above is true and correct.

_David Robinson_                         *david robinson*
(Type or print name)                              Signature

Page 1 of 1

Name: COX, LLEWELYN C.
Offender Photograph

CDC #: F23780  PID #: 11197148
Friday August 20, 2021 01:51:10 PM

Date Taken*: 10/30/2008
Source*: State Parole Office
Type*: Front View
Date ID Card Printed: 08/20/2021

Time Taken*: 15:41:25
Facility/Office:

Card Sequence: 0



Show Last Updated Information



CAL-PHOTO IMAGE NETWORK LINE-UP

1.  2.  3.

4.  5.  6.