Lewellyn Charles Cox IV
Reg. No. 48963-112
Beaumont Federal Prison
P.O. Box 26020
Beaumont TX 77720



FILED
CLERK, U.S. DISTRICT COURT
11-30-2021
CENTRAL DISTRICT OF CALIFORNIA
BY: KD   DEPUTY

UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff/Respondant,<br><br>v.<br><br>LEWELLYN CHARLES COX IV,<br>　　　　Defendant/Petitioner. | Case No. SA-20-02064-DOC<br>Crim Case NO. 09-0248-DOC<br><br>Request for inmate transfer to Santa Ana City Jail from Beaumont Federal Prison in Beaumont Texas. |

　　Comes now, Cox alleges Ineffective assistance of Counsel due to hardship placed upon his defense for unreasonable transfer to Beaumont Texas Federal Prison. Cox, contends that he has never met either of his counsel, and has not been allowed a prisoner phone call to his counsel. (SEE ATTACHED DECLARATION EXHIBIT A)

　　Cox, contends that he has a need for private communication unmonitored by prison officials to his two counsels of record. Cox, asks this Court to order transfer to Santa Ana City Jail in order to allow communication with his retained counsel to discuss facts of his case and seek a motion for summary judgment. In PRO SE prose Cox write this request in his own words under the penalty of perjury. Cox, contends that the critical fact of fabricated evidence was not addressed in the Government's response and therefore entitles him to relief, and or hearing.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ 11/24/21

Pg 1 of 1

EXHIBIT A

# Declaration of Llewllyn Cox

1) I have never met either of my retained counsel in person due to my location being in Beaumont Texas and my attorney and case file and court being in California.

2) I have had little communication with my counsel and have never had an unrecorded conversation with either of my counsel, on a prison phone.

3) I seek to file a motion for Summary Judgment pursuant to Federal Rules of Civil Procedure, and also seek to remove the current prosecutor due to allegation of vindictive prosecution and prosecutorial misconduct that conflict with the current prosecutor responding as representative for the government. Without private communication with counsel I have been prevented from doing so.

Under the penalty of perjury this is true

[signature] 11/24/21

LEWELLYN COX
REG # 48563-112
BEAUMONT-LOW-FCL
P.O. Box 26020
BEAUMONT TX 77720

LEGAL MAIL

U.S. DISTRICT COURT
411 W FOURTH ST
SANTA ANA CA 92701

92701-451653

NORTH HOUSTON TX 773
26 NOV 2021 PM 5 L

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 30 2021
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY