JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 20-02064-DOC                                    Date: August 12, 2022

Title: LEWELLYN CHARLES COX IV COX V. UNITED STATES OF AMERICA

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Elsa Vargas for Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DENYING REQUEST FOR ORDER FOR INMATE TRANSFER AND MOTION FOR ORDER FOR SUMMARY JUDGMENT [29, 30]**

      Before the Court is a Request for Order for Inmate Transfer ("Request") (Dkt. 29) and a Motion for Order for Summary Judgment ("Motion") (Dkt. 30) filed by Defendant Lewellyn Charles Cox, IV. In his Request, Defendant argues that he is receiving ineffective assistance of counsel due to him being transferred to federal prison in Beaumont, Texas, and requests that he be transferred to the Santa Ana City Jail. Defendant further argues various points raised in his 28 U.S.C. § 2255 motion. In his Motion, Defendant repeats complaints about counsel and reiterates similar points raised in his § 2255 motion.

      On August 10, 2022, the Court denied Defendant's § 2255 motion (Dkt. 31). Because Defendant's Request and Motion repeat arguments made in his § 2255 motion and do not raise other legal claims outside of his § 2255-related arguments, the Court **DENIES** the Request and Motion.

      The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: eva/kdu

MINUTES FORM 11
CIVIL-GEN